UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA        :

   - v.-                                                  :    S2 17 Cr. 686 (LAK)

JAMES GATTO,                              :
MERL CODE,
CHRISTIAN DAWKINS,              :

         Defendants.
------------------------------------------------------------x

IT IS HEREBY ORDERED THAT Courtroom Connect, a Southern District of New York contracted vendor, may provide the Government in the *United States* v. *James Gatto, et al.*, S2 17-CR-686 (LAK), with an Internet connectivity feed for the duration of the trial proceedings, set to begin on Monday, October 1, 2018. Courtroom Connect should make proper arrangements with the District Executive Office of the Court and the official court reporter.

SO ORDERED,

Dated: September ___, 2018
      New York, New York

_____
LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE