UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------- x
UNITED STATES OF AMERICA,              :
                                       :
v.                                     :
                                       :
JAMES GATTO,                           :   Case No. S2 17-cr-00686 (LAK)
a/k/a "Jim,"                           :
MERL CODE, and                         :
CHRISTIAN DAWKINS,                     :
                                       :
            Defendants.                :
------------------------------------- x
```

## CERTIFICATE OF SERVICE

The undersigned, a member in good standing of the Bar of the United States Court for the Southern District of New York, certifies that on September 25, 2018, she caused to be served upon the Government true and correct copies of Defendants' Memorandum of Law in Opposition to the Government's Fourth Motion *In Limine* to Preclude Questioning Regarding Misconduct by FBI Agents.

UNITED STATES ATTORNEY'S OFFICE
Edward Diskant
Noah Solowiejczyk
Aline Flodr
Eli Mark
Assistant United States Attorneys
Southern District of New York
One Saint Andrew's Plaza
New York, NY 10007
edward.diskant@usdoj.gov
noah.solowiejczyk@usdoj.gov
aline.flodr@usdoj.gov
eli.mark@usdoj.gov

NEXSEN PRUET LLC
Mark C. Moore
Andrew A. Mathias
55 E. Camperdown Way, Suite 400
Greenville, South Carolina 29601
amathias@nexsenpruet.com
mmoore@nexsenpruet.com

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Merl F. Code
300 North Main Street
Greenville, South Carolina, 29601
(864) 271-1300
merl.code@ogletreedeakins.com

*Attorneys for Defendant Merl Code*


HANEY LAW GROUP PLLC
Steven A. Haney
3000 Town Center Drive, Suite 2570
Southfield, Michigan 48075
steve@haneygroup.net

*Attorneys for Defendant Christian Dawkins*


Dated: September 25, 2018

_____
Casey E. Donnelly