- 1 -

# APPENDIX A

**Dr. Rascher's College Sports Related Experience**

**Expert Witness**
- Six expert reports, four depositions, and federal trial testimony **In Re: NCAA Athletic Grant-in-Aid Cap Antitrust Litigation**.
- Three expert reports, three depositions, and federal trial testimony in **O'Bannon et al. v. NCAA et al.**
- Two expert reports and two depositions in **Rock v. NCAA.**

**Publications**
- "A Smaller Window to the University: The Impact of Athletic De-Escalation on Status and Reputation," with Michael Hutchinson and Kimi Jennings. In Journal of Intercollegiate Sport, Vol. 9, No. 1, June 2016.
- "Competitive Equity: Can there be Balance between Athletes' Rights and a Level Playing Field?" with Andrew D. Schwarz in E. Comeaux (ed.), College Athletes' Rights and Well-Being: Critical Perspectives on Policy and Practice. Baltimore: Johns Hopkins University Press, (2017).
- "The Impact on Demand from Winning in College Football and Basketball: Are College Athletes More Valuable than Professional Athletes?" with Chad McEvoy. In Selected Proceedings of the Santa Clara University Sports Law Symposium, September 2012.
- "Neither Reasonable nor Necessary: "Amateurism" in Big-Time College Sports", with Andrew D. Schwarz. In Antitrust (Spring 2000 Special Sports Issue).
- "An Analysis of National Collegiate Athletic Association (NCAA) Football Enforcement Actions from 1990-2011," with Nicholas Fulton, Mark Nagel, and Richard Southall. 2017.
- "The Demand for College Football Bowl Games," with Terence Eddy. In *International Journal of Sport Finance*, Vol. 11, No. 2, February 2016.

**Presentations**
- "Economics of Sports." Lectures at the Oregon Law Summer Sports Institute, University of Oregon, 2014-2018 (5 times).
- "College Football and Basketball Fans Don't Root for Laundry: A comparison of the effect of winning on attendance and television viewership between big-time college football and basketball and the NBA and NFL," with Mark Nagel. Presentation at Applied Business and Entrepreneurship Association International, November 2017. (voted Best Paper Award for session).
- "College-Sport Research and Litigation: Theory and Practice Leading to Action." Panelist at College Sport Research Institute Symposium at the University of South Carolina, 2017.
- "Cartel Behavior in United States College Sports: An Analysis of National Collegiate Athletic Association Football Enforcement Actions from 1990 to 2011," with Mark Nagel, Richard Southall, and Nick Fulton. Presented at Western Economics Association International, January 2016.
- "The Business of Intercollegiate Sports," presented in the sport management department's sport law course, University of Toronto, 2016.

- "The Business of Intercollegiate Sports" presented in the sport management master's program, University of Arkansas, 2015.
- "The College Basketball Players' Labor Market: Ex Ante versus Ex Post Valuations" with David Berri and Robert Brown.  Presented at Western Economics Association International, July 2015.
- Panelist on "The Future of Intercollegiate Athletics: The Players' Perspective," at the Sports Law and Business Conference at Arizona State University, 2015.
- "The Economics of College Athletics Departments" presented in the masters in collegiate athletics program, college athletics in a digital era course, University of San Francisco, 2015.
- "Where is Everyone? An Examination of Consumer Demand for College Football Bowl Games," with Terry Eddy and Rebecca Stewart.  Presented at Collegiate Sports Research Institute conference, April 2014.
- "The Business of Intercollegiate Sports," presented in the sport management department's sport law course, University of Toronto, 2014.
- "The Finances of College Sports," presented in Matthew Brown's sport finance course, Ohio University, 2014.
- Panel member for "Financial Issues in Intercollegiate Sports." Presented at the Santa Clara University Sports Law Symposium, 2012.
- "The Impact on Demand from Winning in College Football and Basketball: Are College Athletes More Valuable than Professional Athletes?" with Chad McEvoy. In *Selected Proceedings of the Santa Clara University Sports Law Symposium*, September 2012.
- "The NCAA and the Prisoner's Dilemma".  Presented at the Sports Law Symposium at the University of Santa Clara Law School, September 2010.
- "An Analysis of the Value of Intercollegiate Athletics to its University: Methods". Presented at the Scholarly Conference on College Sport, April 2010.
- "Exploring the Myth that a Better Seed in the NCAA Men's Basketball Tournament results in an ex ante Higher Payout" with Mark Nagel, Matt Brown, and Chad McEvoy. Presented at the Sport Management Association of Australia and New Zealand, November 2007.
- "The Economic Impact of Liberty Bowl Memorial Stadium," presented at the University of Memphis, Issues in College Sports lecture series (invited panelist), March 2007.
- California State Senate Testimony on college athletics regarding Senate Bill 193 to the California State Senate Subcommittee on Entertainment.  2003.
- " 'Amateurism' in Big-Time College Sports," presented at the Western Economic Association International, 1999.

**Consulting**
- Economic impact analysis of **2017 NCAA Men's Basketball Regional Finals** on the City of San Jose.
- Economic and Fiscal impact study of the **Shamrock Series** (between **Notre Dame and Army**) college football game on the City of San Antonio and State of Texas.
- Economic and Fiscal impact study of the **2016 Valero Alamo Bowl** college football game on the City of San Antonio and State of Texas.

- Consulting on economic and financial issues related to the **University of Maryland's** exit fee from exiting the **ACC**, based on competitive benchmarking.
- Assessment of Intercollegiate Athletics at the **University of San Francisco**.
- Marketing research utilizing surveys and analysis pertaining to customer assessment for **U.C. Berkeley Athletics** and the intercollegiate football program.
- Economic analysis of the financial relationship between **University of Alabama-Birmingham** football, bowling, and rifle and the university in general.
- Economic and Fiscal impact study of the **2015 Valero Alamo Bowl** college football game on the City of San Antonio and State of Texas.
- Economic and Fiscal impact study of the **2014 AdvoCare V100 Texas Bowl** college football game on the City of San Antonio and State of Texas.
- Economic and Fiscal impact analysis of the **2014 Southwestern Athletic Conference (SWAC)** football championship on the State of Texas.
- Economic and Fiscal impact measurement of the **2014 AdvoCare Texas Kickoff** college football game between LSU and the University of Wisconsin on the City of Houston.
- "The Demand for College Football Bowl Games," with Terence Eddy, 2014.
- Economic and Fiscal impact forecast of the **2014 AdvoCare Texas Kickoff** college football game between LSU and the University of Wisconsin on the City of Houston.
- Economic and Fiscal impact study of the **2013 Valero Alamo Bowl** college football game on the City of San Antonio and State of Texas.
- Economic and Fiscal impact study of the **2013 SWAC Championship** college football game on the region and the State of Texas.
- Economic and Fiscal impact forecast of the **2012 West Coast Conference Men's Basketball Tournament** on the City of Las Vegas, and assessment of other markets for future events.
- Economic and Fiscal impact study of the **2012 Valero Alamo Bowl** college football game on the City of San Antonio and State of Texas.
- Economic and Fiscal impact study of the **2011 Meineke Car Care Bowl** college football game on the City of Houston.
- Economic and Fiscal impact study of the **2011 Valero Alamo Bowl** college football game on the City of San Antonio and State of Texas.
- Co-Lead Economic Drafter of **Letter to DOJ on competitive benefits of a College Football Playoff** vis-à-vis BCS system.
- Economic and Fiscal impact study of the 2009 NCAA college football game between **University of Notre Dame and Washington State University** on the City of San Antonio.
- Economic and Fiscal impact study of the **2008 NCAA Men's Final Four** on the State of Texas for the San Antonio Sports Foundation and the State Comptroller's Office.
- Economic and Fiscal impact study of the **2007 Valero Alamo Bowl** college football game on the City of San Antonio.
- Economic and Fiscal impact study of the **2007 Dr. Pepper Big 12 Championship** college football game on the State of Texas.
- Economic and Fiscal impact study of the **2007 NCAA Men's Basketball Regional Finals** on the City of San Jose.

- 5 -

- Support to Counsel for Plaintiffs in **White v. NCAA**, focused primarily on the successful pursuit of class certification, as well as evaluation of settlement options during court imposed mediation.
- Economic and Fiscal impact study of the **2005 NCAA D1 Women's Volleyball Championship** on San Antonio.
- Economic and Fiscal impact study of the **2004 Alamo Bowl** on the City of San Antonio.
- Economic and Fiscal impact study of the **2004 NCAA Men's Final Four** on the State of Texas.
- Fiscal/Tax Impact Forecast of the **2004 NCAA Men's Final Four** on the State of Texas.
- Testimony to **California State Senate** (2003) regarding the economics of college athletics.
- Assisted on Economic and Fiscal impact study of the **1999 NCAA Women's Final Four** in San Jose for SJSA and the NCAA.
- Economic and Fiscal impact study of the **1998 NCAA Men's Final Four** on the City of San Antonio.