```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-10-18
```

---

UNITED STATES OF AMERICA,

v.

JAMES GATTO,
a/k/a "Jim,"
MERL CODE, and
CHRISTIAN DAWKINS,

    Defendants.

**SECOND AFFIDAVIT OF RAYMOND MCLEOD**

Case No. 17-cr-00686 (LAK)

---

STATE OF NEW YORK )
                            :ss.:
COUNTY OF NEW YORK )

Raymond McLeod, being duly sworn, deposes and says:

1. When I entered Your Honor's courtroom on October 2, 2018, the Court's electronic evidence system had already been turned on by the Court's technology personnel.

2. I connected my laptop into the VGA input at defense counsel's table.

3. Because the system had been turned on, I was able to click the "publish" button on the electronic evidence system, which published defense counsel's presentation to the jury.

4. When I did so, I was unaware of the communications or lack thereof between Mr. Gatto's attorneys, the Court, and the Government with respect to defense counsel's presentation.

                                                 _____
                                                 RAYMOND MCLEOD

Sworn to before me this
3rd day of October, 2018.

_____
Notary Public

ASHLEY A. MOORE
Notary Public, State of New York
No. 01MO6172601
Qualified in New York County
Commission Expires Jan. 5, 2020