

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 13, 2018

**BY ECF AND E-MAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *United States v. Gatto,* S2 17 Cr. 686 (LAK)

Dear Judge Kaplan:

      The Government writes on behalf of all parties with respect to scheduling.  In particular, and having conferred regarding anticipated additional witnesses and evidence, the parties now believe that both the Government and the defendants will rest early this week, likely on Tuesday, October 16.  As such, and assuming the Court intends to proceed shortly thereafter to summations, the parties will be prepared to hold a charge conference at the Court's convenience.

      Respectfully submitted,

      ROBERT S. KHUZAMI
      Attorney for the United States, Acting Under
      Authority Conferred by 28 U.S.C. § 515

      Acting United States Attorney

By:   ___/s/_____
      Edward B. Diskant/Noah Solowiejczyk
      Eli J. Mark/Aline Flodr
      Assistant United States Attorneys
      (212) 637-2294/2473/2431 /1110

cc:   Defense Counsel