

# 2017-18 NCAA®
# DIVISION I **MANUAL**

EFFECTIVE
AUGUST 1, 2017

**GOVERNMENT
EXHIBIT
1503**

S2 17 Cr. 686 (LAK)



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222
NCAA.org
July 2017
[ISSN 1093-3174]

**Text Prepared By:** NCAA Academic and Membership Affairs Staff.

**Production By:** NCAA Academic and Membership Affairs Staff.

*This publication incorporates final legislative actions taken through June 28, 2017. Legislation adopted after August 1, 2016, interpretations incorporated by the Interpretations Committee, modifications of wording and editorial revisions are set off by a gray background and also include an adoption or revision date. Readers seeking the legislative history of a given provision with earlier dates of adoption or revision should consult the appropriate provisions in the 1988-89 NCAA Manual (or earlier) or the NCAA academic and membership affairs staff.*

NCAA, NCAA logo and National Collegiate Athletic Association are registered marks of the Association, and use in any manner is prohibited unless prior approval is obtained from the Association.

©2017 by the National Collegiate Athletic Association

# Table of Contents

## CONSTITUTION

### Article 1  Name, Purposes and Fundamental Policy

| | | |
|---|---|---|
| **1.1** | Name | 1 |
| **1.2** | Purposes | 1 |
| **1.3** | Fundamental Policy | 1 |

### Article 2  Principles for Conduct of Intercollegiate Athletics

| | | |
|---|---|---|
| **2.01** | General Principle | 3 |
| **2.1** | The Principle of Institutional Control and Responsibility | 3 |
| **2.2** | The Principle of Student-Athlete Well-Being | 3 |
| **2.3** | The Principle of Gender Equity | 3 |
| **2.4** | The Principle of Sportsmanship and Ethical Conduct | 3 |
| **2.5** | The Principle of Sound Academic Standards | 4 |
| **2.6** | The Principle of Nondiscrimination | 4 |
| **2.7** | The Principle of Diversity Within Governance Structures | 4 |
| **2.8** | The Principle of Rules Compliance | 4 |
| **2.9** | The Principle of Amateurism | 4 |
| **2.10** | The Principle of Competitive Equity | 4 |
| **2.11** | The Principle Governing Recruiting | 4 |
| **2.12** | The Principle Governing Eligibility | 5 |
| **2.13** | The Principle Governing Financial Aid | 5 |
| **2.14** | The Principle Governing Playing and Practice Seasons | 5 |
| **2.15** | The Principle Governing Postseason Competition and Contests Sponsored by Noncollegiate Organizations | 5 |
| **2.16** | The Principle Governing the Economy of Athletics Program Operation | 5 |

### Article 3  NCAA Membership

| | | |
|---|---|---|
| **3.01** | General Principles | 7 |
| **3.02** | Definitions and Applications | 7 |
| **3.1** | Eligibility for Membership | 7 |
| **3.2** | Active Membership | 8 |
| **3.3** | Member Conference | 13 |
| **3.4** | Affiliated Membership | 15 |
| **3.7** | Dues of Members | 16 |

### Article 4  Organization

| | | |
|---|---|---|
| **4.01** | General Principles | 17 |
| **4.02** | Definitions and Applications | 18 |
| **4.1** | Board of Governors | 20 |
| **4.2** | Division I Board of Directors | 20 |
| **4.3** | Division I Council | 22 |
| **4.4** | Committee on Academics | 24 |
| **4.9** | Committees/Cabinets | 25 |

### Article 5  Legislative Authority and Process

| | | |
|---|---|---|
| **5.01** | General Principles | 29 |
| **5.02** | Definitions and Applications | 29 |
| **5.1** | Conventions and Meetings | 29 |
| **5.2** | Elements of Legislation | 32 |
| **5.3** | Amendment Process | 33 |
| **5.4** | Other Legislative and Amendment Procedures | 39 |

### Article 6  Institutional Control

| | | |
|---|---|---|
| **6.01** | General Principle | 43 |
| **6.1** | Institutional Governance | 43 |
| **6.2** | Budgetary Control | 43 |
| **6.3** | Exit Interviews | 44 |
| **6.4** | Responsibilities for Actions of Outside Entities | 44 |

## OPERATING BYLAWS

### Article 10  Ethical Conduct

| | | |
|---|---|---|
| **10.01** | General Principle | 45 |
| **10.02** | Definitions and Applications | 45 |
| **10.1** | Unethical Conduct | 45 |
| **10.2** | Knowledge of Use of Banned Drugs | 45 |
| **10.3** | Sports Wagering Activities | 45 |
| **10.4** | Disciplinary Action | 46 |

### Article 11  Conduct and Employment of Athletics Personnel

| | | |
|---|---|---|
| **11.01** | Definitions and Applications | 47 |
| **11.1** | Conduct of Athletics Personnel | 49 |
| **11.2** | Contractual Agreements | 50 |
| **11.3** | Compensation and Remuneration | 50 |
| **11.4** | Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes | 51 |
| **11.5** | Certification to Recruit Off Campus | 52 |
| **11.6** | Scouting of Opponents | 52 |
| **11.7** | Limitations on the Number and Duties of Coaches and Noncoaching Staff Members | 53 |

### Article 12  Amateurism and Athletics Eligibility

| | | |
|---|---|---|
| **12.01** | General Principles | 61 |
| **12.02** | Definitions and Applications | 61 |
| **12.1** | General Regulations | 63 |
| **12.2** | Involvement With Professional Teams | 68 |
| **12.3** | Use of Agents | 71 |
| **12.4** | Employment | 72 |
| **12.5** | Promotional Activities | 73 |
| **12.6** | Financial Donations From Outside Organizations | 77 |
| **12.7** | General Eligibility Requirements | 78 |
| **12.8** | Seasons of Competition: Five-Year Rule | 79 |
| **12.9** | U.S. Service Academy Exceptions, Special Eligibility Provisions | 89 |
| **12.10** | Certification of Eligibility | 90 |
| **12.11** | Ineligibility | 90 |
| **12.12** | Restoration of Eligibility | 90 |

**Article 13  Recruiting**

| | | |
|---|---|---|
| **13.01** | General Principles | 93 |
| **13.02** | Definitions and Applications | 93 |
| **13.1** | Contacts and Evaluations | 96 |
| **13.2** | Offers and Inducements | 113 |
| **13.4** | Recruiting Materials | 116 |
| **13.5** | Transportation | 119 |
| **13.6** | Official (Paid) Visit | 120 |
| **13.7** | Unofficial (Nonpaid) Visit | 125 |
| **13.8** | Entertainment, Reimbursement and Employment of High School/ College-Preparatory School/ Two-Year College Coaches and Other Individuals Associated With Prospective Student-Athletes | 127 |
| **13.9** | Letter-of-Intent Programs, Financial Aid Agreements | 129 |
| **13.10** | Publicity | 130 |
| **13.11** | Tryouts | 132 |
| **13.12** | Sports Camps and Clinics | 139 |
| **13.13** | High School All-Star Games | 144 |
| **13.14** | Use of Recruiting Funds | 144 |
| **13.15** | Precollege Expenses | 145 |
| **13.16** | U.S. Service Academy Exceptions and Waivers | 147 |
| **13.17** | Recruiting Calendars | 148 |
| **13.18** | Basketball Event Certification | 155 |
| **13.19** | Women's Final Four Basketball Event Certification | 156 |

**Article 14  Academic Eligibility**

| | | |
|---|---|---|
| **14.01** | General Principles | 157 |
| **14.02** | Definitions and Applications | 157 |
| **14.1** | Admission, Enrollment and Academic Credentials | 159 |
| **14.2** | Full-Time Enrollment | 160 |
| **14.3** | Freshman Academic Requirements | 163 |
| **14.4** | Progress-Toward-Degree Requirements | 170 |
| **14.5** | Transfer Regulations | 178 |
| **14.6** | Graduate Student/Postbaccalaureate Participation | 187 |
| **14.7** | Additional Waivers for Eligibility Requirements | 188 |
| **14.8** | Academic Performance Program | 189 |
| **14.9** | Post-Enrollment Academic Misconduct | 190 |

**Article 15  Financial Aid**

| | | |
|---|---|---|
| **15.01** | General Principles | 195 |
| **15.02** | Definitions and Applications | 196 |
| **15.1** | Maximum Limit on Financial Aid— Individual | 198 |
| **15.2** | Elements of Financial Aid | 198 |
| **15.3** | Terms and Conditions of Awarding Institutional Financial Aid | 202 |
| **15.5** | Maximum Institutional Grant-in-Aid Limitations by Sport | 206 |

**Article 16  Awards, Benefits and Expenses for Enrolled Student-Athletes**

| | | |
|---|---|---|
| **16.01** | General Principles | 221 |
| **16.02** | Definitions and Applications | 221 |
| **16.1** | Awards | 221 |
| **16.2** | Complimentary Admissions and Ticket Benefits | 223 |
| **16.3** | Academic and Other Support Services | 224 |
| **16.4** | Medical Expenses | 224 |
| **16.5** | Housing and Meals | 224 |
| **16.6** | Expenses for Student-Athlete's Friends and Family Members | 226 |
| **16.7** | Entertainment | 227 |
| **16.8** | Expenses Provided by the Institution for Practice and Competition | 227 |
| **16.9** | Other Travel Expenses Provided by the Institution | 227 |
| **16.10** | Provision of Expenses by Individuals or Organizations Other Than the Institution | 227 |
| **16.11** | Benefits, Gifts and Services | 228 |
| **16.12** | Expense Waivers | 230 |

**Article 17  Playing and Practice Seasons**

| | | |
|---|---|---|
| **17.01** | General Principles | 233 |
| **17.02** | Definitions and Applications | 233 |
| **17.1** | General Playing-Season Regulations | 236 |
| **17.2** | Baseball | 248 |
| **17.3** | Basketball | 250 |
| **17.4** | Beach Volleyball, Women's | 254 |
| **17.5** | Bowling, Women's | 256 |
| **17.6** | Cross Country | 257 |
| **17.7** | Equestrian, Women's | 260 |
| **17.8** | Fencing | 262 |
| **17.9** | Field Hockey | 263 |
| **17.10** | Football | 266 |
| **17.11** | Golf | 273 |
| **17.12** | Gymnastics | 275 |
| **17.13** | Ice Hockey | 277 |
| **17.14** | Lacrosse | 279 |
| **17.15** | Rifle | 282 |
| **17.16** | Rowing, Women's | 284 |
| **17.17** | Rugby, women's | 286 |
| **17.18** | Skiing | 288 |
| **17.19** | Soccer | 290 |
| **17.20** | Softball | 292 |
| **17.21** | Swimming and Diving | 295 |
| **17.22** | Tennis | 297 |
| **17.23** | Track and Field, Indoor/Outdoor | 299 |
| **17.24** | Triathlon, Women's | 302 |
| **17.25** | Volleyball | 304 |
| **17.26** | Water Polo | 307 |
| **17.27** | Wrestling | 310 |
| **17.28** | Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico | 312 |
| **17.29** | Foreign Tours | 312 |
| **17.30** | Playing Rules | 314 |
| **17.31** | Outside Competition, Effects on Eligibility | 314 |

**Article 18  Championships and Postseason Football**

| | | |
|---|---|---|
| **18.01** | General Principles | 319 |
| **18.02** | Definitions and Applications | 319 |
| **18.1** | Regulations and Authority for Conduct of Championships | 319 |
| **18.2** | Criteria for Establishment or Continuation of Championships | 319 |
| **18.3** | Current Championships | 321 |

**18.4** Eligibility for Championships ...................... 321
**18.5** Automatic Qualification by
Conference.................................................. 325
**18.6** Playing Rules for Championships ............. 325
**18.7** Postseason Football ................................. 326

**Article 19  Infractions Program**

**19.01** General Principles ..................................... 329
**19.02** Definitions and Applications ..................... 329
**19.1** Violation Structure ................................. 329
**19.2** Expectations and Shared
Responsibility............................................ 330
**19.3** Committee on Infractions......................... 331
**19.4** Infractions Appeals Committee................ 332
**19.5** Review and Investigation of Alleged
Violations................................................. 333
**19.6** Summary Disposition Process.................. 335
**19.7** Notice of Allegations and Opportunity
to Respond................................................ 336
**19.8** Notification of Committee on
Infractions Decision.................................. 338
**19.9** Penalties.................................................. 339
**19.10** Appeal of Decisions ................................. 343
**19.11** Notice of Allegations, Opportunity to
Respond and Penalties
(Level III Cases)........................................ 345
**19.12** Restitution................................................ 345

**Article 20  Division Membership**

**20.01** General Principles ..................................... 351
**20.02** Definitions and Applications ..................... 351
**20.2** Establishment of and Compliance With
Division Criteria ........................................ 352
**20.4** Multidivision Classification/
Reclassification of Football
Subdivision ............................................... 354
**20.5** Change of Division Membership ............. 357
**20.7** Division Legislation ................................. 359
**20.8** Eligibility for National Collegiate and
Division Championships............................ 359
**20.9** Division I Membership .............................. 360

**Article 21  Committees**

**21.02** Definitions and Applications ..................... 371
**21.1** Playing Rules Oversight Panel................... 371
**21.2** Association-Wide Committees—
General Committees................................. 372
**21.3** Association-Wide Committees—Rules
Committees Without Championships
Administration Responsibilities........... 375
**21.4** Common Committees—Committees
With Playing Rules and
Championships Administration
Responsibilities......................................... 377
**21.5** Common Committees—Committees
With Only Championship
Administration Responsibilities............. 378
**21.6** Common Committees—Committees
With Governance Administration
Responsibilities......................................... 379
**21.7** Division I Committees ................................... 380

## ADMINISTRATIVE BYLAWS

**Article 31  Executive Regulations**

**31.01** General Principles ..................................... 387
**31.02** Definitions and Applications ..................... 387
**31.1** Administration of NCAA
Championships.......................................... 387
**31.2** Eligibility for Championships ..................... 391
**31.3** Selection of Teams and Individuals for
Championships Participation................... 394
**31.4** Financial Administration of
Championships.......................................... 397
**31.5** Financial Administration of Postseason
Football .................................................... 399
**31.6** Rights to NCAA Properties and
Marketing Restrictions............................. 399
**31.7** General Financial Management ............... 401
**31.8** Personnel.................................................. 403
**31.9** National Statistics Program ....................... 403

# Table of Figures

**Article 4  Organization**

| | | |
|---|---|---|
| **4-1** | Division I Governance Structure | 26 |
| **4-2** | Association Governance Structure | 27 |
| **4-3** | NCAA Board of Governors' Duties | 28 |

**Article 11  Conduct and Employment of Athletics Personnel**

| | | |
|---|---|---|
| **11-1** | Coaches' Compensation and Benefits | 58 |
| **11-2** | Coaches' Reimbursable Expenses | 59 |

**Article 14  Eligibility: Academic and General Requirements**

| | | |
|---|---|---|
| **14-1** | Initial Eligibility | 191 |
| **14-2** | Academic Misconduct Analysis | 193 |
| **14-3** | Old SAT (Before March 1, 2016) to New SAT (On or After March 1, 2016) Concordance Table | 194 |

**Article 15  Financial Aid**

| | | |
|---|---|---|
| **15-1** | Financial Aid Maximum Limits | 217 |
| **15-2** | How to Determine a Counter | 219 |
| **15-3** | Where to Count Student-Athletes Who Participate in More Than One Intercollegiate Sport | 220 |

**Article 16  Awards, Benefits and Expenses for Enrolled Student-Athletes**

| | | |
|---|---|---|
| **16-1** | Participation Awards | 231 |
| **16-2** | Championship Awards | 231 |
| **16-3** | Special Achievement Awards | 232 |

**Article 17  Playing and Practice Seasons**

| | | |
|---|---|---|
| **17-1** | Maximum Number of Contests and Dates of Competition for Each Sport | 243 |
| **17-2** | First Practice, Contest or Date of Competition, and End-of-Season Dates | 244 |

**Article 19  Enforcement**

| | | |
|---|---|---|
| **19-1** | Penalty Guidelines | 347 |
| **19-2** | Processing a Typical NCAA Infractions Appeals Case | 350 |

**Article 20  Division Membership**

| | | |
|---|---|---|
| **20-1** | General Requirements for Division I Membership | 370 |

# User's Guide

## I. MANUAL FORMAT

**BLEED TABS**
A "bleed tab" on each page helps the user turn to the desired article quickly.

**GENERAL PRINCIPLES**
General principles that are considered of particular importance in helping the user understand the rationale for the detailed regulations that follow are presented at the beginning of appropriate articles.

**DEFINITIONS AND APPLICATIONS**
Following the general principles in most articles is a section in which definitions and applications are provided for a number of the more important words or terms used in that article.

**DECIMAL NUMBERING WITH TOPIC HEADINGS**
The decimal numbering system provides efficiency and flexibility. Section headings, to at least the fourth subsection level, and for further subsections where appropriate, assist the user in identifying the section content, thus facilitating ready access to pertinent regulations. This system also facilitates a "hanging indention" presentation, which helps the reader relate the subsections to the basic section.

---

5

LEGISLATIVE PROCESS

CONSTITUTION, ARTICLE 5

## Legislative Authority and Process

**5.01  General Principles. [*]**

**5.01.1  Basis of Legislation. [*]** All legislation of the Association that governs the conduct of the intercollegiate athletics programs of its member institutions shall be adopted by the membership in Convention assembled, or by the divisional governance structures as set forth in Constitution 4, as determined by the constitution and bylaws governing each division, and shall be consistent with the purposes and fundamental policy set forth in Constitution 1, and shall be designed to advance one or more principles such as those set forth in Constitution 2. *(Revised: 1/9/96 effective 8/1/97)*

**5.01.2  Approaches to Legislative Process. [*]** The membership of the Association recognizes that certain fundamental polices, practices and principles have applicability to all members, while others are applicable to division groupings of members, based on a common philosophy shared among the individual members of the division and on special policies and concerns that are common to the nature and purposes of the institutions in the division. *(Revised: 1/9/96 effective 8/1/97)*

**5.02  Definitions and Applications.**

**5.02.1  Legislative (Constitution and Bylaw) Provisions.**

  **5.02.1.1  Dominant. [*]** A dominant provision is a regulation that applies to all members of the Association and is of sufficient importance to the entire membership that it requires a two-thirds majority vote of all delegates present and voting in joint session at an annual or special Convention. Dominant provisions are identified by an asterisk (*).

  **5.02.1.2  Division Dominant. [*]** A division dominant provision is a regulation that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by the diamond symbol (♦). *(Revised: 1/9/96 effective 8/1/97)*

  **5.02.1.3  Common. [*]** A common provision is a regulation that applies to more than one of the divisions of the Association. A common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process described in Constitution 5.3, and must be approved by all applicable divisions to be effective. Common provisions are identified by the pound sign (#). *(Adopted: 1/14/97 effective 8/1/97)*

  **5.02.1.4  Federated. [*]** A federated provision is a regulation adopted by a majority vote of the delegates present and voting of one or more of the divisions or subdivisions of the Association, acting separately pursuant to the divisional legislative process described in Constitution 5.3. Such a provision applies only to the division(s) or subdivision(s) that adopts it. *(Revised: 1/9/96 effective 8/1/97)*

  **5.02.1.5  Football Championship Subdivision Dominant. [FCSD]** A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Constitution 5.3. Football Championship Subdivision dominant provisions are identified by the initialization FCSD. *(Adopted: 1/15/11)*

**5.1  Conventions and Meetings.**

**5.1.1  Authorization.**

  **5.1.1.1  Annual Convention. [*]** There shall be an annual Convention of this Association during the second week of January or at such other time as may be prescribed by the Executive Committee.

  **5.1.1.2  Special Convention. [*]** A special Convention of the Association may be called by the Executive Committee. *(Revised: 1/9/96 effective 8/1/97)*

27

**VOTING REQUIREMENTS**
Symbols for voting requirements appear after the title of the bylaw. See page ix for a complete explanation of all symbols. Each division's Manual contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions.

## II. ORGANIZATION OF THE NCAA MANUAL

Divisions I, II and III each have a separate Manual that contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions. However, legislation that includes references to one or both of the other divisions will appear in its entirety. In addition, since each division's Manual does not contain legislation specific to the other division(s), some bylaws may have gaps in the numbering sequence.

### Constitution

Articles 1 through 6 are the NCAA Constitution, which consists of information relevant to the purposes of the Association, its structure, its membership and legislative-process information, and the more important principles for the conduct of intercollegiate athletics.

| | |
|---|---|
| **Article 1** | Name, Purposes and Fundamental Policy |
| **Article 2** | Principles for Conduct of Intercollegiate Athletics |
| **Article 3** | NCAA Membership |
| **Article 4** | Organization |
| **Article 5** | Legislative Authority and Process |
| **Article 6** | Institutional Control |

### Operating Bylaws

Articles 10 through 21 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

| | |
|---|---|
| **Article 10** | Ethical Conduct |
| **Article 11** | Conduct and Employment of Athletics Personnel |
| **Article 12** | Amateurism and Athletics Eligibility |
| **Article 13** | Recruiting |
| **Article 14** | Eligibility: Academic and General Requirements |
| **Article 15** | Financial Aid |
| **Article 16** | Awards, Benefits and Expenses for Enrolled Student-Athletes |
| **Article 17** | Playing and Practice Seasons |
| **Article 18** | Championships and Postseason Football |
| **Article 19** | Enforcement |
| **Article 20** | Division Membership |
| **Article 21** | Committees |

### Administrative Bylaw

Article 31 is an administrative bylaw, which sets forth policies and procedures for the implementation of the NCAA championships and the business of the Association. Amendments to Article 31 may be adopted by the Division I Board of Directors or Division I Council for the efficient administration of the activities that they govern. The bylaw also may be amended through the regular legislative process. (See Constitution 5.2.3.2.)

| | |
|---|---|
| **Article 31** | Executive Regulations |

The legislation included in the Division I Manual is also available online via the NCAA Legislative Services Database for the Internet (LSDBi) at www.NCAA.org. The LSDBi Manual is updated throughout the year to reflect any adopted legislation, modifications of wording, incorporations and editorial revisions. Therefore, the LSDBi Manual includes the most up-to-date legislation available and a mechanism for quickly searching and locating legislation through a variety of user-friendly methods.

Custom Manuals may be produced and printed from LSDBi. Users may select entire articles or specific constitutional provisions and bylaws to included in an abridged format. For example, a user may produce an abridged Manual that only includes legislation that is specific to a particular sport.

## III. VOTING REQUIREMENTS FOR MANUAL

The Manual presents all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms define voting requirements currently in effect for sections in the Manual:

- **Area of Autonomy**—An area of autonomy is a legislative provision that provides legislative flexibility to the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference and Southeastern Conference and their member institutions. The abovementioned conferences are granted autonomy in these areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being. The requirements for adoption, amendment and expansion of the areas of autonomy are set forth in Constitution 5.3.2.1. A legislative provision that is an area of autonomy is identified by a capital letter A in brackets and bold font immediately after the title of the provision.

- **Dominant provision**—Legislation that is derived from the constitution in the 1988-89 Manual (the Manual format that was employed until the membership approved the revised format at the 1989 Convention). All such legislation is identified by an asterisk (**\***) in brackets and bold font immediately after the title of the provision and requires a two-thirds majority vote of the total membership (present and voting) for adoption or amendment.

- **Common provision**—Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign (**#**) in brackets and bold font immediately after the title of the provision and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Federated provision**—Legislation that is derived from divided bylaws in the 1988-89 Manual. Such legislation can be adopted or amended by a majority vote of one or more of the subdivisions voting separately.

- **Division Dominant**—A division dominant provision is one that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by a diamond symbol (◆) in brackets and bold font immediately after the title of the provision.

- **Football Championship Subdivision Dominant**—A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Constitution 5.3. Football Championship Subdivision dominant provisions are identified by the initialization FCSD in brackets and bold font immediately after the title of the provision.

The Board of Governors is authorized to establish the voting requirement for any new section when the content or context does not clearly determine it. The authorization for this is set forth in Constitution 5.3.7.1.

### Symbols Designating Voting Requirements and Subdivisions for Which Federated Legislation Is Applicable

| Provision | Symbol |
|---|---|
| **Area of Autonomy** | **A** |
| **Dominant** | **\*** |
| **Common** | **#** |
| **Federated** | |
| NCAA Football Bowl Subdivision | **FBS** |
| NCAA Football Championship Subdivision | **FCS** |
| Bowl Subdivision and Championship Subdivision | **FBS/FCS** |
| **Division Dominant** | **◆** |
| **Football Championship Subdivision Dominant** | **FCSD** |

## IV. DE MINIMIS AND RESTITUTION VIOLATIONS

**De Minimis** – Violations of provisions designated by a capital letter D in brackets and bold font "**[D]**" at the end of the legislative language shall be considered institutional violations per Constitution 2.8; however, the involved prospective student-athlete's or student-athlete's eligibility shall not be affected.

**Restitution** – For violations of nonautonomy provisions designated by a capital letter R in brackets and bold font "**[R]**" at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $200 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of his or her choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. A violation of such a provision remains an institutional violation per Constitution 2.8.1, and documentation of the individual's repayment shall be forwarded to the enforcement staff with the institution's self-report of the violation.

## V. DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on page vi. With the exception of Bylaw 17, all diagrams and tables related to a given article of the constitution or a particular bylaw have been placed at the end of the article.

## VI. LEGISLATION THAT IS SHADED/SCREENED

Legislation, incorporations of interpretations, editorial revisions and modifications of wording approved or adopted after August 1, 2016, are set off by a gray background and include an adoption or revision date.

## VII. NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date is enclosed in a box and set off by a gray background.

## Commitments to the Division I Collegiate Model

In addition to the purposes and fundamental policy of the National Collegiate Athletic Association, as set forth in Constitution 1, members of Division I support the following commitments in the belief that these commitments assist in defining the nature and purposes of the division. These commitments are not binding on member institutions, but serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences.

**The Commitment to Value-Based Legislation.**  Bylaws proposed and enacted by member institutions governing the conduct of intercollegiate athletics shall be designed to foster competition in amateur athletics, promote the Association's enduring values and advance the Collegiate Model as set forth in the NCAA Constitution. In some instances, a careful balancing of these values may be necessary to help achieve the purposes of the Association.

**The Commitment to Amateurism.**  Member institutions shall conduct their athletics programs for students who choose to participate in intercollegiate athletics as a part of their educational experience and in accordance with NCAA bylaws, thus maintaining a line of demarcation between student-athletes who participate in the Collegiate Model and athletes competing in the professional model.

**The Commitment to Fair Competition.**  Bylaws shall be designed to promote the opportunity for institutions and eligible student-athletes to engage in fair competition. This commitment requires that all member institutions compete within the framework of the Collegiate Model of athletics in which athletics competition is an integral part of the student-athlete's effort to acquire a degree in higher education. The commitment to fair competition acknowledges that variability will exist among members, including facilities, geographic locations and resources, and that such variability should not be justification for future legislation. Areas affecting fair competition include, but are not limited to, personnel, eligibility and amateurism, recruiting, financial aid, the length of playing and practice seasons, and the number of institutional competitions per sport.

**The Commitment to Integrity and Sportsmanship.**  It is the responsibility of each member institution to conduct its athletics programs and manage its staff members, representatives and student-athletes in a manner that promotes the ideals of higher education and the integrity of intercollegiate athletics. Member institutions are committed to encouraging behavior that advances the interests of the Association, its membership and the Collegiate Model of athletics. All individuals associated with intercollegiate athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty, responsibility, academic integrity and ethical conduct. These values should be manifest not only in athletics participation, but also in the broad spectrum of activities affecting the athletics programs.

**The Commitment to Institutional Control and Compliance.**  It is the responsibility of each member institution to monitor and control its athletics programs, staff members, representatives and student-athletes to ensure compliance with the Constitution and bylaws of the Association. Responsibility for maintaining institutional control ultimately rests with the institution's campus president or chancellor. It is also the responsibility of each member institution to report all breaches of conduct established by these bylaws to the Association in a timely manner and cooperate with the Association's enforcement efforts. Upon a conclusion that one or more violations occurred, an institution shall be subject to such disciplinary and corrective actions as may be prescribed by the Association on behalf of the entire membership.

**The Commitment to Student-Athlete Well-Being.**  Intercollegiate athletics programs shall be conducted in a manner designed to enhance the well-being of student-athletes who choose to participate and to prevent undue commercial or other influences that may interfere with their scholastic, athletics or related interests.  The time required of student-athletes for participation in intercollegiate athletics shall be regulated to minimize interference with their academic pursuits. It is the responsibility of each member institution to establish and maintain an environment in which student-athletes' activities, in all sports, are conducted to encourage academic success and individual development and as an integral part of the educational experience. Each member institution should also provide an environment that fosters fairness, sportsmanship, safety, honesty and positive relationships between student-athletes and representatives of the institution.

**The Commitment to Sound Academic Standards.**  Standards of the Association governing participation in intercollegiate athletics, including postseason competition, shall be designed to ensure proper emphasis on educational objectives and the opportunity for academic success, including graduation, of student-athletes who choose to participate at a member institution. Intercollegiate athletics programs shall be maintained as an important component of the educational program, and student-athletes shall be an integral part of the student body. Each member institution's admission and academic standards for student-athletes shall be designed to promote academic progress and graduation and shall be consistent with the standards adopted by the institution for the student body in general.

**The Commitment to Responsible Recruiting Standards.**  Recruiting bylaws shall be designed to promote informed decisions and balance the interests of prospective student-athletes, their educational institutions, the Association's member institutions and intercollegiate athletics as a whole. This commitment includes minimizing the role of external influences on prospective student-athletes and their families and preventing excessive contact or pressure in the recruitment process.

**The Commitment to Diversity and Inclusion.**  The Division I membership believes in and is committed to the core values of diversity, inclusion and equity, because realization of those values improves the learning environment for all student-athletes and enhances excellence within the membership and in all aspects of intercollegiate athletics. The membership shall create diverse and inclusive environments, promote an atmosphere of respect for and sensitivity to the dignity of every person, and include diverse perspectives in the pursuit of academic and athletic excellence. Member institutions, with assistance from the national office, are expected to develop inclusive practices that foster positive learning and competitive environments for student-athletes, as well as professional development and opportunities for athletics administrators, coaches and staff from diverse backgrounds.

## CONSTITUTION, ARTICLE 1
# Name, Purposes and Fundamental Policy

## 1.1 Name. [*]

The name of this organization shall be "The National Collegiate Athletic Association."

## 1.2 Purposes. [*]

The purposes of this Association are:

(a) To initiate, stimulate and improve intercollegiate athletics programs for student-athletes and to promote and develop educational leadership, physical fitness, athletics excellence and athletics participation as a recreational pursuit;

(b) To uphold the principle of institutional control of, and responsibility for, all intercollegiate sports in conformity with the constitution and bylaws of this Association;

(c) To encourage its members to adopt eligibility rules to comply with satisfactory standards of scholarship, sportsmanship and amateurism;

(d) To formulate, copyright and publish rules of play governing intercollegiate athletics;

(e) To preserve intercollegiate athletics records;

(f) To supervise the conduct of, and to establish eligibility standards for, regional and national athletics events under the auspices of this Association;

(g) To cooperate with other amateur athletics organizations in promoting and conducting national and international athletics events;

(h) To legislate, through bylaws or by resolutions of a Convention, upon any subject of general concern to the members related to the administration of intercollegiate athletics; and

(i) To study in general all phases of competitive intercollegiate athletics and establish standards whereby the colleges and universities of the United States can maintain their athletics programs on a high level.

## 1.3 Fundamental Policy. [*]

**1.3.1 Basic Purpose. [*]**  The competitive athletics programs of member institutions are designed to be a vital part of the educational system. A basic purpose of this Association is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body and, by so doing, retain a clear line of demarcation between intercollegiate athletics and professional sports.

**1.3.2 Obligations of Member Institutions. [*]**  Legislation governing the conduct of intercollegiate athletics programs of member institutions shall apply to basic athletics issues such as admissions, financial aid, eligibility and recruiting. Member institutions shall be obligated to apply and enforce this legislation, and the infractions process of the Association shall be applied to an institution when it fails to fulfill this obligation. *(Revised: 7/31/14)*

CONSTITUTION, ARTICLE 2

# Principles for Conduct of Intercollegiate Athletics

## 2.01  General Principle. [*]

Legislation enacted by the Association governing the conduct of intercollegiate athletics shall be designed to advance one or more basic principles, including the following, to which the members are committed. In some instances, a delicate balance of these principles is necessary to help achieve the objectives of the Association.

## 2.1  The Principle of Institutional Control and Responsibility. [*]

**2.1.1  Responsibility for Control. [*]**  It is the responsibility of each member institution to control its intercollegiate athletics program in compliance with the rules and regulations of the Association. The institution's president or chancellor is responsible for the administration of all aspects of the athletics program, including approval of the budget and audit of all expenditures. *(Revised: 3/8/06)*

**2.1.2  Scope of Responsibility. [*]**  The institution's responsibility for the conduct of its intercollegiate athletics program includes responsibility for the actions of its staff members and for the actions of any other individual or organization engaged in activities promoting the athletics interests of the institution.

## 2.2  The Principle of Student-Athlete Well-Being. [*]

Intercollegiate athletics programs shall be conducted in a manner designed to protect and enhance the physical and educational well-being of student-athletes. *(Revised: 11/21/05)*

**2.2.1  Overall Educational Experience. [*]**  It is the responsibility of each member institution to establish and maintain an environment in which a student-athlete's activities are conducted as an integral part of the student-athlete's educational experience. *(Adopted: 1/10/95)*

**2.2.2  Cultural Diversity and Gender Equity. [*]**  It is the responsibility of each member institution to establish and maintain an environment that values cultural diversity and gender equity among its student-athletes and intercollegiate athletics department staff. *(Adopted: 1/10/95)*

**2.2.3  Health and Safety. [*]**  It is the responsibility of each member institution to protect the health of, and provide a safe environment for, each of its participating student-athletes. *(Adopted: 1/10/95)*

**2.2.4  Student-Athlete/Coach Relationship. [*]**  It is the responsibility of each member institution to establish and maintain an environment that fosters a positive relationship between the student-athlete and coach. *(Adopted: 1/10/95)*

**2.2.5  Fairness, Openness and Honesty. [*]**  It is the responsibility of each member institution to ensure that coaches and administrators exhibit fairness, openness and honesty in their relationships with student-athletes. *(Adopted: 1/10/95)*

**2.2.6  Student-Athlete Involvement. [*]**  It is the responsibility of each member institution to involve student-athletes in matters that affect their lives. *(Adopted: 1/10/95)*

## 2.3  The Principle of Gender Equity. [*]

**2.3.1  Compliance With Federal and State Legislation. [*]**  It is the responsibility of each member institution to comply with federal and state laws regarding gender equity. *(Adopted: 1/11/94)*

**2.3.2  NCAA Legislation. [*]**  The Association should not adopt legislation that would prevent member institutions from complying with applicable gender-equity laws, and should adopt legislation to enhance member institutions' compliance with applicable gender-equity laws. *(Adopted: 1/11/94)*

**2.3.3  Gender Bias. [*]**  The activities of the Association should be conducted in a manner free of gender bias. *(Adopted: 1/11/94)*

## 2.4  The Principle of Sportsmanship and Ethical Conduct. [*]

For intercollegiate athletics to promote the character development of participants, to enhance the integrity of higher education and to promote civility in society, student-athletes, coaches, and all others associated with these athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty and responsibility. These values should be manifest not only in athletics participation, but also in the broad spectrum of activities affecting the athletics program. It is the responsibility of each institution to: *(Adopted: 1/9/96)*

(a) Establish policies for sportsmanship and ethical conduct in intercollegiate athletics consistent with the educational mission and goals of the institution; and

(b) Educate, on a continuing basis, all constituencies about the policies in Constitution 2.4-(a).

## 2.5  The Principle of Sound Academic Standards. [*]

Intercollegiate athletics programs shall be maintained as a vital component of the educational program, and student-athletes shall be an integral part of the student body. The admission, academic standing and academic progress of student-athletes shall be consistent with the policies and standards adopted by the institution for the student body in general.

## 2.6  The Principle of Nondiscrimination. [*]

The Association shall promote an atmosphere of respect for and sensitivity to the dignity of every person. It is the policy of the Association to refrain from discrimination with respect to its governance policies, educational programs, activities and employment policies, including on the basis of age, color, disability, gender, national origin, race, religion, creed or sexual orientation. It is the responsibility of each member institution to determine independently its own policy regarding nondiscrimination. *(Adopted: 1/16/93, Revised: 1/16/00)*

## 2.7  The Principle of Diversity Within Governance Structures. [*]

The Association shall promote diversity of representation within its various divisional governance structures and substructures. Each divisional governing body must assure gender and ethnic diversity among the membership of the bodies in the division's administrative structure. *(Adopted: 1/9/96 effective 8/1/97)*

## 2.8  The Principle of Rules Compliance. [*]

**2.8.1  Responsibility of Institution. [*]**  Each institution shall comply with all applicable rules and regulations of the Association in the conduct of its intercollegiate athletics programs. It shall monitor its programs to assure compliance and to identify and report to the Association instances in which compliance has not been achieved. In any such instance, the institution shall cooperate fully with the Association and shall take appropriate corrective actions. Members of an institution's staff, student-athletes, and other individuals and groups representing the institution's athletics interests shall comply with the applicable Association rules, and the member institution shall be responsible for such compliance.

**2.8.2  Responsibility of Association. [*]**  The Association shall assist the institution in its efforts to achieve full compliance with all rules and regulations and shall afford the institution, its staff and student-athletes fair procedures in the consideration of an identified or alleged failure in compliance.

**2.8.3  Penalty for Noncompliance. [*]**  An institution found to have violated the Association's rules shall be subject to such disciplinary and corrective actions as may be determined by the Association.

## 2.9  The Principle of Amateurism. [*]

Student-athletes shall be amateurs in an intercollegiate sport, and their participation should be motivated primarily by education and by the physical, mental and social benefits to be derived. Student participation in intercollegiate athletics is an avocation, and student-athletes should be protected from exploitation by professional and commercial enterprises.

## 2.10  The Principle of Competitive Equity. [*]

The structure and programs of the Association and the activities of its members shall promote opportunity for equity in competition to assure that individual student-athletes and institutions will not be prevented unfairly from achieving the benefits inherent in participation in intercollegiate athletics.

## 2.11  The Principle Governing Recruiting. [*]

The recruiting process involves a balancing of the interests of prospective student-athletes, their educational institutions and the Association's member institutions. Recruiting regulations shall be designed to promote equity among member institutions in their recruiting of prospective student-athletes and to shield them from undue pressures that may interfere with the scholastic or athletics interests of the prospective student-athletes or their educational institutions.

## 2.12  The Principle Governing Eligibility. [*]

Eligibility requirements shall be designed to assure proper emphasis on educational objectives, to promote competitive equity among institutions and to prevent exploitation of student-athletes.

## 2.13  The Principle Governing Financial Aid. [*]

A student-athlete may receive athletically related financial aid administered by the institution without violating the principle of amateurism, provided the amount does not exceed the cost of education authorized by the Association; however, such aid as defined by the Association shall not exceed the cost of attendance as published by each institution. Any other financial assistance, except that received from one upon whom the student-athlete is naturally or legally dependent, shall be prohibited unless specifically authorized by the Association.

## 2.14  The Principle Governing Playing and Practice Seasons. [*]

The time required of student-athletes for participation in intercollegiate athletics shall be regulated to minimize interference with their opportunities for acquiring a quality education in a manner consistent with that afforded the general student body.

## 2.15  The Principle Governing Postseason Competition and Contests Sponsored by Noncollegiate Organizations. [*]

The conditions under which postseason competition occurs shall be controlled to assure that the benefits inherent in such competition flow fairly to all participants, to prevent unjustified intrusion on the time student-athletes devote to their academic programs, and to protect student-athletes from exploitation by professional and commercial enterprises.

## 2.16  The Principle Governing the Economy of Athletics Program Operation. [*]

Intercollegiate athletics programs shall be administered in keeping with prudent management and fiscal practices to assure the financial stability necessary for providing student-athletes with adequate opportunities for athletics competition as an integral part of a quality educational experience.

**2**

**PRINCIPLES**

.

CONSTITUTION, ARTICLE 3

# NCAA Membership

## 3.01  General Principles.

**3.01.1  Classes of Membership.**  Division I offers three classes of membership: active, conference and affiliated. Eligibility for and method of election to membership, obligations and conditions for continuing membership, voting rights and other membership privileges for each class are defined in this article. *(Revised: 1/11/94 effective 9/2/94, 1/15/11 effective 8/1/11)*

**3.01.2  Division Membership.**  Active and conference members of the NCAA may be divided into divisions for purposes of legislation and competition in NCAA championships. Criteria for membership in these divisions are defined in Bylaw 20.

**3.01.3  Obligation to Meet Division Criteria.**  Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the infractions process and to possible reclassification. *(Revised: 7/31/14)*

**3.01.4  Termination or Suspension of Membership.**  All rights and privileges of a member shall cease immediately upon termination or suspension of its membership.

## 3.02  Definitions and Applications.

**3.02.1  Competitive Body.**  A competitive body is an athletics conference that conducts competition among its member institutions and determines a conference champion in one or more sports.

**3.02.2  Legislative Body.**  A legislative body is an athletics conference that develops and maintains rules and regulations governing the athletics programs and activities of its member institutions.

**3.02.3  Membership Categories.**

**3.02.3.1  Active Member.**  An active member is a four-year college or university that is accredited by the appropriate regional accrediting agency and duly elected to active membership under the provisions of this article (see Constitution 3.2.3). Active members have the right to compete in NCAA championships, to vote on legislation and other issues before the Association, and to enjoy other privileges of membership designated in the constitution and bylaws of the Association. (See Constitution 3.2.2.1.1 regarding restrictions on the privileges of for-profit institutions.) *(Revised: 1/15/11 effective 8/1/11, 4/14/17)*

**3.02.3.1.1  Athletics Consortium.**  An athletics consortium consists of one member institution and neighboring member or nonmember institutions (but not more than one nonmember institution), recognized and approved by a two-thirds vote of the Council. The student-athletes of the combined institutions are permitted to compete on the NCAA member institution's athletics teams, provided they meet the eligibility requirements of the NCAA and the member institution (see Constitution 3.1.2). *(Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**3.02.3.2  Member Conference.**  A member conference is a group of colleges and/or universities that conducts competition among its members and determines a conference champion in one or more sports (in which the NCAA conducts championships or for which it is responsible for providing playing rules for intercollegiate competition), duly elected to conference membership under the provisions of this article (see Constitution 3.3.3). A member conference is entitled to all of the privileges of active members except the right to compete in NCAA championships (see Constitution 3.3.2). Only those conferences that meet specific criteria as competitive and legislative bodies (see Constitution 3.02.1 and 3.02.2) and minimum standards related to size and division status are permitted to vote on legislation or other issues before the Association.

**3.02.3.3  Affiliated Member.**  An affiliated member is a coaches or sports association whose function and purpose are directly related to one or more sports in which the NCAA conducts championships or an emerging sport for women, or an association that consists of college/university administrators and has a direct connection to either the NCAA or its member institutions, duly elected to affiliated membership under the provisions of this article (see Constitution 3.4.3). An affiliated member is entitled to be represented by one nonvoting delegate at any NCAA Convention and enjoys other privileges as designated in the bylaws of the Association (see Constitution 3.4.2). *(Revised: 1/11/97, 1/15/11 effective 8/1/11)*

## 3.1  Eligibility for Membership.

**3.1.1  General.**  Membership is available to colleges, universities, athletics conferences or associations and other groups that are related to intercollegiate athletics; that are accredited by one of the regional accrediting agencies; and that are located in the United States, its territories or possessions. Such institutions or organizations must

**3**

**NCAA MEMBERSHIP**

accept and observe the principles set forth in the constitution and bylaws of the Association. *(Revised: 8/9/07, 11/1/07, 1/15/11 effective 8/1/11)*

**3.1.2 Athletics Consortiums.** The Council, by a two-thirds majority of its members present and voting, may approve an athletics consortium involving a member institution and neighboring member or nonmember institutions (but not more than one nonmember institution) to permit the student-athletes of the combined institutions to compete on the member institution's intercollegiate athletics teams, provided the student-athletes satisfy the eligibility requirements of the member institution and the NCAA. *(Revised: 11/1/07 effective 8/1/08, 7/30/10, 8/7/14)*

**3.1.2.1 General Policy.** In general, a consortium shall be approved on the basis of existing academic considerations with the understanding that there shall be no change in the basic recruitment, enrollment or financial aid policies of the involved institutions as a result of such approval. *(Revised: 7/30/10)*

**3.1.2.2 Combining Entire Athletics Programs.** The institutions shall combine their entire athletics programs, and the consortium shall not be formed on a sport-by-sport basis. *(Revised: 7/30/10)*

**3.1.2.3 Conference Approval.** An institution that belongs to an NCAA member conference first shall receive approval of its conference prior to instituting a consortium for its intercollegiate athletics program. If more than one institution holds such conference membership, all such conferences shall approve the consortium. *(Revised: 7/30/10)*

**3.1.2.4 Eligibility Requirements for Student-Athletes.** Participating student-athletes shall meet all eligibility requirements of the member institution(s), the athletics conference(s) involved and the NCAA. The member institution(s) shall certify the eligibility of all student-athletes under those rules. *(Revised: 7/30/10)*

**3.1.2.5 Financial Assistance to Student-Athletes.** Within a consortium: *(Revised: 7/30/10)*

(a) Each institution shall be responsible for the financial assistance awarded to its student-athletes. The financial arrangement between or among the institutions for the exchange of funds to cover the academic costs of student-athletes who take part in the exchange program shall apply to student-athletes in the same manner as it applies to those students not participating in the intercollegiate athletics program;

(b) One institution may not provide a scholarship or any other form of financial aid to a student-athlete enrolled in another institution or transmit a scholarship or grant-in-aid to another institution to be used by one or more of its student-athletes; and

(c) Financial aid limitations as set forth in Bylaw 15 shall be applicable to the consortium as one entity and shall include all countable student-athletes, regardless of the institution in which they are enrolled.

**3.1.2.6 Length of Approval.** NCAA approval shall be for a four-academic-year period, at the end of which the institutions shall submit a report on the program, setting forth its effect upon their academic and athletics operations. *(Revised: 8/4/89, 7/30/10)*

**3.1.2.7 NCAA Division Membership.** The institutions may be members of different NCAA divisions but shall select one division for legislative and competitive purposes. *(Revised: 7/30/10)*

**3.1.2.8 NCAA Member Involvement.** At least one of the institutions already shall be a member of the NCAA, and not more than one nonmember institution shall be included. *(Revised: 7/30/10)*

**3.1.2.9 NCAA Membership Application.** The institutions shall apply for NCAA membership as a consortium and shall be considered as one member of the Association, with their combined names included on the official NCAA membership list. *(Revised: 7/30/10)*

**3.1.2.10 Prior Academic Consortium Relationship.** The institutions shall have had a prior academic consortium relationship. *(Revised: 7/30/10)*

**3.1.2.11 Recruitment.** It is permissible for one institution to recruit prospective student-athletes with a view to their possible enrollment at another institution in the consortium, provided the individuals qualify for admission to that institution and the athletics interests of the member institution are not involved, directly or indirectly, in influencing the admission or award of financial assistance. *(Revised: 7/30/10)*

## 3.2 Active Membership.

### 3.2.1 Eligibility Requirements.

**3.2.1.1 Types of Institutions.** Active membership is available to four-year colleges and universities, accredited by the appropriate regional accrediting agency and pursuant to Board of Governors policy, and duly elected to active membership under the provisions of Constitution 3.2.3. *(Revised: 1/15/11 effective 8/1/11, 7/23/12, 10/30/14)*

**3.2.1.2 Compliance With Association Rules.** The institution shall administer its athletics programs in accordance with the constitution, bylaws and other legislation of the Association.

**3.2.1.3 Standards.** The institution's athletics programs shall reflect the establishment and maintenance of high standards of personal honor, eligibility and fair play.

*2017-18 Division I – August*

### 3.2.2 Privileges.

**3.2.2.1 Active Members.** Active members shall be entitled to all of the privileges of membership under the constitution and bylaws of the Association and all privileges incidental thereto. A copy of NCAA Champion magazine shall be sent to each member of the NCAA.

**3.2.2.1.1 Exception—For-Profit Institutions.** For-profit institutions shall be restricted, as follows: *(Adopted: 4/14/17)*

(a) A for-profit institution shall not have voting privileges at the annual NCAA Convention or any special Convention. The institution shall be entitled to three accredited delegates without voting privileges. Any of the accredited delegates shall be entitled to privileges of the floor and the right to active participation in the business proceedings;

(b) A representative of a for-profit institution shall not be permitted to serve as a voting institutional representative on an NCAA committee; and

(c) A for-profit institution shall not receive NCAA grants or financial distributions directly from the NCAA.

**3.2.2.2 Use of Association's Registered Marks.** Active members may use the registered marks of the Association (the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Revised: 10/30/14)*

### 3.2.3 Election Procedures.

**3.2.3.1 Completion of Reclassification Process.** An institution desiring to become an active member of Division I shall complete a reclassification period (see Bylaw 20.5). After the Council has determined that the institution has met the requirements of reclassification, its request for active membership will be referred to the Board of Directors for election. *(Revised: 1/11/94 effective 9/2/94, 5/8/06, 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 8/7/14)*

**3.2.3.2 Accreditation.** After the Council has determined that the institution is accredited by one of the regional accrediting agencies, the application shall be referred to the Board of Directors for consideration. *(Revised: 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11, 8/7/14)*

**3.2.3.3 Election.** A favorable vote by two-thirds of the Board of Directors members present and voting shall elect the applicant to membership effective the following August 1. When the vote of the Board of Directors has been completed, the applicant shall be notified. *(Revised: 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11)*

**3.2.3.4 Resignation and Re-election to Membership.** If an institution resigns its Division I membership and subsequently applies to re-establish its Division I membership, the institution shall complete the reclassification process (see Bylaw 20.5) before becoming eligible for re-election as an active member. *(Revised: 1/11/94 effective 9/2/94, 1/26/07, 1/15/11 effective 8/1/11)*

### 3.2.4 Conditions and Obligations of Membership.

**3.2.4.1 General.** The active members of this Association agree to administer their athletics programs in accordance with the constitution, bylaws and other legislation of the Association.

**3.2.4.2 Obligation to Meet Division Criteria.** Division membership criteria constitute enforceable legislation. Each member institution shall comply with all applicable criteria of its division, and an institution that fails to do so shall be subject to the infractions process and to possible reclassification. *(Revised: 7/31/14)*

**3.2.4.3 Certification of Eligibility/Declaration of Ineligibility.** An active member is responsible for certifying the eligibility of student-athletes under the terms of the constitution, bylaws or other legislation of the Association before permitting a student-athlete to represent the institution in intercollegiate competition. Procedures for eligibility certification shall be approved by the president or chancellor, who may designate an individual on the institution's staff to administer proper certification of eligibility. The institution shall be obligated immediately to apply all applicable rules and withhold ineligible student-athletes from all intercollegiate competition (see Bylaw 12.11). See Bylaw 12.12 for procedures regarding restoration of eligibility. *(Revised: 3/8/06)*

**3.2.4.4 Academic Performance Program.** Each active member is responsible for annually submitting documentation demonstrating its compliance with the academic performance program, including the submission of data for the academic progress rate (APR), the academic performance census (APC) and the graduation success rate (GSR). The specific requirements of the academic performance program are set forth in Bylaw 14.8. *(Adopted: 4/29/04)*

**3.2.4.5 Application of Rules to All Recognized Varsity Sports.** The constitution, bylaws and other legislation of this Association, unless otherwise specified therein, shall apply to all teams in sports recognized by the member institution as varsity intercollegiate sports and that involve all-male teams, mixed teams of males and females, and all-female teams. To be recognized as a varsity sport, the following conditions must be met: *(Revised: 1/11/89, 1/11/94, 1/10/95, 3/8/06, 1/15/11 effective 8/1/11)*

(a) The sport shall be one in which the Association conducts championships, except as provided in Bylaw 20.9.6.1.1 or an emerging sport for women per Bylaw 20.02.4;

**3**

**NCAA MEMBERSHIP**

(b) The sport officially shall have been accorded varsity status by the institution's president or chancellor or committee responsible for intercollegiate athletics;

(c) The sport is administered by the department of intercollegiate athletics;

(d) The eligibility of student-athletes participating in the sport shall be reviewed and certified by a staff member designated by the institution's president or chancellor or committee responsible for intercollegiate athletics policy; and

(e) Qualified participants in the sport shall receive the institution's official varsity awards.

**3.2.4.5.1 Intent to Sponsor a Varsity Sport.** Once an institution evidences an intent or commitment to sponsor a sport on a varsity level (e.g., official announcement that competition will be conducted on a varsity basis, employment of individuals to coach the varsity team), the institution must begin applying NCAA recruiting regulations to the applicable sport. *(Adopted: 1/14/97)*

**3.2.4.6 Student-Athlete Statement.** An active member shall administer annually, on a form prescribed by the Council, a signed statement for each student-athlete that provides information prescribed in Bylaw 12.7.2. *(Revised: 4/24/03, 11/1/07 effective 8/1/08, 8/7/14)*

**3.2.4.7 Drug-Testing Program and Consent Form.** An active member shall administer annually, a drug-testing consent form for each student-athlete (per Bylaw 12.02.13) pursuant to Bylaw 12.7.3 and shall ensure compliance with the following elements of the NCAA Drug-Testing Program: **[D]** *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/24/03, 11/1/07 effective 8/1/08, 7/30/10, 1/15/11 effective 8/1/11, 5/29/15)*

(a) Respond to the initial drug-testing notification from The National Center for Drug Free Sport by the date specified by the organization;

(b) Complete and forward to The National Center for Drug Free Sport a current and accurate institutional squad list (see Bylaw 15.5.11) by the date specified by the organization;

(c) Provide adequate and secure drug-testing facilities as specified by The National Center for Drug Free Sport;

(d) Notify student-athletes who have been selected for drug testing according to the timeline specified by The National Center for Drug Free Sport;

(e) Respond to additional requests for assistance in administering the NCAA drug-testing program as specified by The National Center for Drug Free Sport;

(f) Designate an individual (or individuals) as the athletics department resource for questions related to NCAA banned drugs and the use of nutritional supplements; and

(g) Educate athletics department staff members who have regular interaction with student-athletes that:

(1) The NCAA maintains a list of banned drug classes and provides examples of banned substances in each drug class on the NCAA website;

(2) Any nutritional supplement use may present risks to a student-athlete's health and eligibility; and

(3) Questions regarding NCAA banned drugs and the use of nutritional supplements should be referred to the institution's designated athletics department resource individual (or individuals).

**3.2.4.8 Certification of Insurance Coverage.** An active member institution must certify insurance coverage for medical expenses resulting from athletically related injuries sustained by the following individuals while participating in a covered event: **[D]** *(Adopted: 4/28/05 effective 8/1/05)*

(a) A student-athlete participating in a covered event in an intercollegiate sport as recognized by the participating institution; and

(b) A prospective student-athlete participating in a covered event who has graduated from high school and signed a National Letter of Intent or an institution's written offer of admission and/or financial aid to participate in an intercollegiate sport at a participating institution.

**3.2.4.8.1 Amount of Coverage Insurance.** Such insurance coverage must be of equal or greater value than the deductible of the NCAA catastrophic injury insurance program and may be provided through the following sources: **[D]** *(Adopted: 4/28/05 effective 8/1/05)*

(a) Parents' or guardians' insurance coverage;

(b) Participant's personal insurance coverage; or

(c) Institution's insurance program.

**3.2.4.8.2 Athletically Related Injuries.** For purposes of this bylaw, athletically related injuries are injuries that are a direct result of participation in a covered event. *(Adopted: 4/28/05 effective 8/1/05)*

**3.2.4.8.3 Covered Event.** A covered event includes the following: *(Adopted: 4/28/05 effective 8/1/05)*

(a) Any intercollegiate sports activity, including team travel, competition, practices and conditioning sessions during the playing season (as defined in Bylaw 17.1.1);

(b) An NCAA-sanctioned competition in which the insured person is an official competitor; or

(c) Practice and conditioning sessions that are authorized, organized or directly supervised by athletics department personnel at the member institution other than during the playing season. Such sessions must occur on campus or at approved off-campus facilities as part of an intercollegiate athletics activity. For insured student-athletes or prospective student-athletes who compete in individual sports, off-campus intercollegiate athletics activities must be authorized by athletics department personnel at the participating school and take place at approved locations.

**3.2.4.9 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/Buckley Amendment Consent Form—Disclosure of Protected Health Information.** The active member institution shall administer annually a statement for each student-athlete to voluntarily sign that provides information prescribed in Bylaw 12.7.4. *(Adopted: 4/24/03 effective 8/1/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08)*

**3.2.4.10 Discipline of Members.** Pursuant to directions of the Board of Directors or the annual Convention, active members shall refrain from athletics competition with designated institutions as required under the provisions of the Association's infractions process (see Bylaw 19). *(Revised: 11/1/07 effective 8/1/08, 7/31/14)*

**3.2.4.11 Standards.** Active members agree to establish and maintain high standards of personal honor, eligibility and fair play.

**3.2.4.12 Publication of Progress-Toward-Degree Requirements.** Active members are obligated to publish their progress-toward-degree requirements for student-athletes (see Bylaw 14.4.1).

**3.2.4.13 Missed Class-Time Policies.** Active members are obligated to establish policies in all sports concerning student-athletes' missed class time due to participation in intercollegiate athletics and in athletics competition scheduled during final examination periods. In men's basketball, an institution's athletics participation schedule, which shall include the anticipated amount of missed class time due to athletics participation, shall be approved by the institution's faculty athletics representative or faculty oversight committee prior to the beginning of each regular academic term. *(Adopted: 4/29/10 effective 8/1/10)*

**3.2.4.14 Compliance-Related Forms.** A member institution shall not be eligible to enter a team or individual competitors in an NCAA championship unless its president or chancellor makes an annual institutional eligibility certification [see Bylaw 18.4.2.1-(d)] attesting that the conditions specified have been satisfied. *(Adopted: 1/10/95, Revised: 3/8/06)*

**3.2.4.15 Operating and Capital Financial Data Report.** An institution shall submit financial data detailing operating revenues, expenses and capital related to its intercollegiate athletics program to the NCAA on an annual basis in accordance with the financial reporting policies and procedures. The required data shall include, but is not limited to, the following: *(Adopted: 1/17/09 effective 8/1/09)*

(a) All expenses and revenues for or on behalf of an institution's intercollegiate athletics program, including those by any affiliated or outside organization, agency or group of individuals;

(b) Salary and benefits data for all athletics positions. The data shall include base salary, bonuses, endorsements, media fees, camp or clinic income, deferred income and other income contractually guaranteed by the institution;

(c) Capital expenditures (to be reported in aggregate for athletics facilities), including capitalized additions and deletions to facilities during the reporting period, total estimated book value of athletically related plant and equipment net of depreciation, total annual debt service on athletics and university facilities and total debt outstanding on athletics and university facilities;

(d) Value of endowments at fiscal year-end that are dedicated to the sole support of athletics;

(e) Value of all pledges at fiscal year-end that support athletics; and

(f) The athletics department fiscal year-end fund balance.

**3.2.4.15.1 Verification and Certification.** The report shall be subject to annual agreed-on verification procedures approved by the membership (in addition to any regular financial reporting policies and procedures of the institution) and conducted by a qualified independent accountant who is not a staff member of the institution and who is selected by the institution's chancellor or president or by an institutional administrator from outside the athletics department designated by the chancellor or president. The independent accountant shall verify the accuracy and completeness of the data prior to submission to the institution's chancellor or president and the NCAA. The institution's chancellor or president shall certify the financial report prior to submission to the NCAA. *(Adopted: 1/17/09 effective 8/1/09)*

**3.2.4.16 Designation of Team Physician.** An active member institution shall designate a team physician for all or each of its intercollegiate teams. The team physician shall be a doctor of medicine (MD) or doctor of osteopathic medicine (DO) with a current license in good standing to practice medicine in the state in which the institution is located. The team physician shall be authorized to oversee the medical services for injuries and illnesses incidental to a student-athlete's participation in intercollegiate athletics. *(Adopted: 1/18/14 effective 8/1/14)*

**3.2.4.17 Independent Medical Care. [A]** An active member institution shall establish an administrative structure that provides independent medical care and affirms the unchallengeable autonomous authority of

**3**

**NCAA MEMBERSHIP**

primary athletics health care providers (team physicians and athletic trainers) to determine medical management and return-to-play decisions related to student-athletes. An active institution shall designate an athletics health care administrator to oversee the institution's athletic health care administration and delivery. *(Adopted: 1/15/16 effective 8/1/16, Revised: 10/7/16)*

**3.2.4.18 Concussion Management Plan.** An active member institution shall have a concussion management plan for its student-athletes. The plan shall include, but is not limited to, the following: *(Adopted: 8/12/10)*

(a) An annual process that ensures student-athletes are educated about the signs and symptoms of concussions. Student-athletes must acknowledge that they have received information about the signs and symptoms of concussions and that they have a responsibility to report concussion-related injuries and illnesses to a medical staff member;

(b) A process that ensures a student-athlete who exhibits signs, symptoms or behaviors consistent with a concussion shall be removed from athletics activities (e.g., competition, practice, conditioning sessions) and evaluated by a medical staff member (e.g., sports medicine staff, team physician) with experience in the evaluation and management of concussions;

(c) A policy that precludes a student-athlete diagnosed with a concussion from returning to athletics activity (e.g., competition, practice, conditioning sessions) for at least the remainder of that calendar day; and

(d) A policy that requires medical clearance for a student-athlete diagnosed with a concussion to return to the athletics activity (e.g., competition, practice, conditioning sessions) as determined by a physician (e.g., team physician) or the physician's designee.

**3.2.4.18.1 Concussion Safety Protocol. [A]** An institution shall submit its Concussion Safety Protocol to the Concussion Safety Protocol Committee by May 1 of each year. The protocol shall be consistent with the Interassociation Consensus: Diagnosis and Management of Sport-Related Concussion Best Practices and shall include: *(Adopted: 1/17/15, Revised: 5/23/17)*

(a) Policies and procedures that meet the requirements of Constitution 3.2.4.18.

(b) Procedures for preparticipation baseline testing of each student athlete;

(c) Procedures for reducing exposure to head injuries;

(d) Procedures for education about concussion, including a policy that addresses return-to-learn;

(e) Procedures to ensure that proper and appropriate concussion management, consistent with best known practices and the Interassociation Consensus: Diagnosis and Management of Sport-Related Concussion Best Practices, is made available to any student-athlete who has suffered a concussion;

(f) Procedures requiring that the process of identifying, removing from game or practice, and assessing a student-athlete for a possible concussion are reviewed annually; and

(g) A written certificate of compliance signed by the institution's athletics health care administrator.

**3.2.4.18.1.1 Information to Concussion Safety Protocol Committee. [A]** An institution shall provide information to the Concussion Safety Protocol Committee, as the committee may request, concerning any incident in which a student-athlete may have suffered a concussion. *(Adopted: 1/17/15)*

**3.2.4.19 Catastrophic Sport Injury Report.** An active member institution shall submit data detailing student-athlete catastrophic fatalities, near fatalities and catastrophic injuries (e.g., injuries and illnesses related to head, neck, spine, cardiac, pulmonary, heat, sickle cell trait, eyes) to the NCAA on an annual basis pursuant to policies and procedures that govern such data as determined by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 1/18/14 effective 8/1/14)*

**3.2.4.20 Student-Athlete Health and Safety Survey.** An active member institution shall complete a student-athlete health and safety survey on an annual basis pursuant to policies and procedures as determined by the Committee on Competitive Safeguards and Medical Aspects of Sports. *(Adopted: 4/26/17 effective 8/1/17)*

**3.2.4.21 Use of a Student-Athlete's Name or Likeness.**

**3.2.4.21.1 Contracts and Commercial Agreements.** For agreements that may involve the use of a student-athlete's name or likeness, an institution shall include language in all licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that outlines the commercial entity's obligation to comply with relevant NCAA legislation, interpretations and policies on the use of a student-athlete's name or likeness. *(Adopted: 1/15/11 effective 8/1/11)*

**3.2.4.21.2 Written Policies.** An institution shall maintain written policies for its licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that may involve the use of a student-athlete's name or likeness. Such policies shall be made available for examination on request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 1/15/11 effective 8/1/11)*

**3.2.5 Loss of Active Membership.**

**3.2.5.1 Termination or Suspension.** The membership of any active member failing to maintain the academic or athletics standards required for such membership or failing to meet the conditions and obligations of membership may be suspended, terminated or otherwise disciplined by a vote of two-thirds of the delegates

present and voting at an annual Convention. Membership shall not be suspended or terminated unless: *(Revised: 3/8/06)*

(a) A notice of intention to suspend or terminate membership, stating the grounds on which such a motion will be based, is given in writing to the chair of the Board of Directors and to the president or chancellor of the member institution on or before the first day of November prior to the Convention;

(b) The Board of Directors approves the notification of intention to move for suspension or termination; and

(c) Such notice is included in the Official Notice of the annual Convention.

**3.2.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease upon any termination or suspension of active membership.

**3.2.5.2 Removal of Accreditation.** If an active member's accreditation is removed by its regional accrediting agency, it shall immediately forfeit its membership in the Association. *(Revised: 1/15/11 effective 8/1/11)*

**3.2.5.3 Failure to Pay Dues.** If an active member fails to pay its annual dues for one year, its membership shall be automatically terminated.

**3.2.5.4 Failure to Satisfy the Academic Performance Program.** A member institution may be placed in a restricted membership category if the institution or its sports team(s) has failed to comply with the established requirements of the academic performance program. (See Bylaw 14.8.) *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/15/11 effective 8/1/11, 10/27/11 applicable to penalties assessed for the 2012-13 academic year and beyond)*

**3.2.5.5 Reinstatement of Terminated Member.** Any active member whose membership has been terminated (see Constitution 3.2.5.1) may have it reinstated by a two-thirds vote of the members present and voting at any annual Convention.

**3.2.5.6 Reinstatement of Suspended Member.** Any active member whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at any time after six months from the date of such suspension, by vote of a majority of the Board of Directors or by vote of the majority of the members present and voting at any annual Convention.

**3.2.6 Discipline of Active Members.** Disciplinary or corrective actions other than suspension or termination of membership may be effected during the period between annual Conventions for violation of NCAA rules (see Bylaw 19). *(Revised: 7/31/14)*

**3.2.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing in accordance with the terms of the disciplinary action taken, or may be restored to good standing at any time by a majority vote of the members of the Committee on Infractions present and voting. If fewer than eight members are present, any committee action requires a favorable vote of at least four committee members. Disciplined members also may be restored to good standing at the annual Convention, by vote of a majority of the members present and voting.

## 3.3 Member Conference.

### 3.3.1 Eligibility.

**3.3.1.1 Competitive and Legislative Body.** A member conference shall be both a competitive and a legislative body on the conference level (see Constitution 3.02.1 and 3.02.2). *(Revised: 1/15/11 effective 8/1/11)*

**3.3.1.2 Conference Competition Requirement.** Conference membership is available to duly elected athletics conferences of colleges and universities that conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition.

**3.3.1.3 Composition of Conference.** All of the members of the conference shall be active members of Division I or be engaged in the reclassification process pursuant to Bylaw 20.5. *(Revised: 1/11/94 effective 9/2/94, 1/15/11 effective 8/1/11)*

### 3.3.2 Privileges.

**3.3.2.1 Privileges of Member Conferences.** Member conferences shall be entitled to all of the privileges of active members except the right to compete as such in NCAA championships. A copy of NCAA Champion magazine shall be sent to each member of the NCAA.

**3.3.2.2 Voting Rights.** Only those member conferences that meet the criteria of Bylaw 20.02.5 shall be permitted to vote on issues before the Association. *(Revised: 1/15/11 effective 8/1/11)*

**3.3.2.2.1 Football Issues.** Conference championship competition shall be conducted in football in order for the conference to vote on issues pertaining only to football. *(Revised: 1/15/11 effective 8/1/11)*

**3.3.2.3 Use of Association's Registered Marks.** Member conferences may use the registered marks of the Association (the Association's name, logo or other insignia) only in accordance with guidelines established by the Board of Governors. *(Revised: 10/30/14)*

**3**

**NCAA MEMBERSHIP**

### 3.3.3 Election Procedures.

**3.3.3.1 Application.** An athletics conference desiring to become a member conference shall make application on a form available from the national office by June 1 for membership effective August 1 of the following academic year. A check in the appropriate amount for annual dues (see Constitution 3.7.2) shall accompany the application. Should the applicant fail election, the dues paid shall be refunded. *(Revised: 4/25/02, 1/15/11 effective 8/1/11)*

**3.3.3.2 Election.** Athletics conferences may be elected as member conferences by a majority vote of the delegates present and voting at an annual Convention or by a majority vote of the Board of Directors, effective the following August 1. *(Revised: 4/25/02, 11/1/07 effective 8/1/08, 10/28/10, 1/15/11 effective 8/1/11)*

## 3.3.4 Conditions and Obligations of Membership.

**3.3.4.1 General.** The member conferences of this Association agree to administer their athletics programs in accordance with the constitution, bylaws and other legislation of the Association.

**3.3.4.2 Conference Competition.** Member conferences shall conduct conference competition and determine a champion in one or more sports in which the Association conducts championships or for which it is responsible for providing playing rules for intercollegiate competition.

**3.3.4.3 Officiating.** A multisport conference shall provide oversight of the officiating programs for selecting, training and assigning officials for its men's and women's basketball programs. *(Adopted: 1/15/11 effective 8/1/11)*

**3.3.4.4 Compliance Program.** A multisport conference shall have a comprehensive compliance program. *(Adopted: 1/15/11 effective 8/1/11)*

**3.3.4.5 Conference Student-Athlete Advisory Committee.** Each conference shall establish a student-athlete advisory committee for its member institutions' student-athletes. The composition and duties of the committee shall be determined by the conference. *(Adopted: 10/27/98 effective 8/1/99)*

#### 3.3.4.6 Use of a Student-Athlete's Name or Likeness.

**3.3.4.6.1 Contracts and Commercial Agreements.** For agreements that may involve the use of a student-athlete's name or likeness, a conference shall include language in all licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that outline the commercial entity's obligation to comply with relevant NCAA legislation, interpretations and policies on the use of a student-athlete's name or likeness. *(Adopted: 1/15/11 effective 8/1/11)*

**3.3.4.6.2 Written Policies.** A conference shall maintain written policies for its licensing, marketing, sponsorship, advertising, broadcast and other commercial agreements that may involve the use of a student-athlete's name or likeness. Such policies shall be made available for examination on request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 1/15/11 effective 8/1/11)*

**3.3.4.7 Academic Performance Program.** A conference shall maintain a written policy regarding teams that are subject to a postseason restriction pursuant to the academic performance program (see Bylaw 14.8) with respect to the conference's automatic qualification for postseason/championships and revenue distribution. The policy shall be made available for examination upon request by an NCAA staff member or an authorized representative of the NCAA. *(Adopted: 10/27/11 effective 8/1/12 applicable to postseason competition occurring on or after 8/1/12)*

## 3.3.5 Loss of Member—Conference Status.

**3.3.5.1 Termination or Suspension.** The membership of any member conference failing to maintain the academic or athletics standards required for membership or failing to meet the conditions and obligations of membership may be suspended or terminated or the member conference otherwise disciplined by a vote of two-thirds of the delegates present and voting at an annual Convention. Membership shall not be suspended or terminated unless: *(Revised: 3/8/06)*

(a) Notice of intention to suspend or terminate membership, stating the grounds on which such motion will be based, is given in writing to the secretary of this Association and to the president or chancellor of the member conference on or before the first day of November prior to the Convention;

(b) The Board of Directors approves the notification of intention to move for suspension or termination; and

(c) Such notice is included in the Official Notice of the annual Convention.

**3.3.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the member shall cease upon any termination or suspension of conference membership.

**3.3.5.2 Failure to Pay Dues.** If a member conference fails to pay its annual dues for one year, its membership shall be automatically terminated.

**3.3.5.3 Reinstatement of Terminated Member.** Any member conference whose membership has been terminated (see Constitution 3.3.5.1) may have it reinstated by a two-thirds vote of the members present and voting at any annual Convention.

**3.3.5.4 Reinstatement of Suspended Member.** Any member conference whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or

at any time after six months from the date of such suspension, by vote of a majority of the Board of Directors or by vote of the majority of the members present and voting at any annual Convention.

**3.3.6 Discipline of Member Conferences.** Disciplinary or corrective actions other than suspension or termination of membership may be effected during the period between annual Conventions for violation of NCAA rules (see Bylaw 19). *(Revised: 7/31/14)*

> **3.3.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing under the terms of disciplinary action taken or, at the annual Convention, by majority vote of the members present and voting. *(Revised: 10/30/12 effective 8/1/13)*

## 3.4 Affiliated Membership.

**3.4.1 Eligibility.** Affiliated membership is available to a duly elected coaches or sports association whose function and purpose are directly related to one or more sports in which the NCAA conducts championships or an emerging sport for women. Affiliated membership is also available to an association that consists of college/university administrators and has a direct connection to either the NCAA or its member institutions. *(Revised: 1/11/97, 1/15/11 effective 8/1/11)*

**3.4.2 Privileges.**

> **3.4.2.1 Privileges and Voting Rights.** An affiliated member shall be entitled to be represented by one non-voting delegate at any Convention of the Association and shall have such other privileges as may be accorded to affiliated members by the bylaws of the Association. A copy of NCAA Champion magazine shall be sent to each member of the NCAA.

> **3.4.2.2 Use of Association's Registered Marks.** An affiliated member may use the registered marks of the Association (the Association's name, logo or other insignia) only if such use is approved by the NCAA staff in accordance with guidelines established by the Board of Governors. *(Revised: 1/11/97, 10/30/14)*

**3.4.3 Election Procedures.**

> **3.4.3.1 Application.** A group or association desiring to become an affiliated member shall make application on a form available from the national office. A check in the appropriate amount for annual dues (see Constitution 3.7.2) shall accompany the application. Should the applicant fail election, the dues paid shall be refunded.

> **3.4.3.2 Election.** Groups or associations may be granted affiliated membership by the NCAA staff in accordance with guidelines established by the NCAA president. *(Revised: 11/1/00 effective 8/1/01, 1/15/11 effective 8/1/11)*

**3.4.4 Conditions and Obligations of Membership.**

> **3.4.4.1 General.** An affiliated member is responsible for observing the principles set forth in the constitution and bylaws of the Association.

> **3.4.4.2 Function and Purpose.** The function and purpose of the affiliated member must be directly related to one or more sports in which the Association conducts championships or an emerging sport for women, or must be directly related to either the NCAA or its member institutions. *(Revised: 1/15/11 effective 8/1/11)*

**3.4.5 Loss of Membership.**

> **3.4.5.1 Termination or Suspension.** The membership of any affiliated member failing to meet the conditions and obligations of membership or failing to support and adhere to the purposes and policies of the Association (see Constitution 1) may be suspended or terminated or the affiliated member otherwise disciplined through the following procedure: *(Adopted: 1/11/89, Revised: 10/30/14)*

> (a) The Board of Governors by a two-thirds majority of its members present and voting, may take such action on its own initiative; or

> (b) The Committee on Infractions, by majority vote, may recommend such action to the Board of Governors, which may adopt the recommendation by a two-thirds majority of its members present and voting; and

> (c) The affiliated member shall be advised of the proposed action at least 30 days prior to any Committee on Infractions or Board of Governors meeting in which such action is considered and shall be provided the opportunity to appear at any such meeting.

>> **3.4.5.1.1 Cessation of Rights and Privileges.** All rights and privileges of the affiliated member shall cease upon any termination or suspension of affiliated membership.

> **3.4.5.2 Failure to Pay Dues.** If an affiliated member fails to pay its annual dues for one year, its membership shall be automatically terminated.

> **3.4.5.3 Reinstatement of Terminated Member.** Any affiliated member whose membership has been terminated may have it reinstated by a two-thirds vote of the Board of Governors. *(Revised: 10/30/14)*

> **3.4.5.4 Reinstatement of Suspended Member.** Any affiliated member whose membership has been suspended may be reinstated to good standing in accordance with the terms, if any, of the suspension action, or at

**3**

**NCAA MEMBERSHIP**

any time after six months from the date of such suspension, by vote of a majority of the Board of Governors or by vote of the majority of the members present and voting at any annual Convention. *(Revised: 10/30/14)*

**3.4.6 Discipline of Affiliated Members.** Disciplinary or corrective actions other than suspension or termination of membership may be effected during the period between annual Conventions for violation of NCAA rules (see Bylaw 19). *(Revised: 7/31/14)*

**3.4.6.1 Restoration of Good Standing.** Disciplined members shall resume good standing in accordance with the terms of disciplinary action taken, or may be restored to good standing at any time by a vote of at least three members of the Board of Governors present and voting or, at the annual Convention, by vote of a majority of the members present and voting. *(Revised: 10/30/14)*

## 3.7 Dues of Members.

**3.7.1 Determination of Dues.** The annual dues of the various classes of membership shall be recommended to the membership by the Board of Governors. *(Revised: 1/10/90, 12/5/06, 10/30/14)*

**3.7.2 Current Annual Dues.** The annual dues for various classes of membership shall be:

| | |
|---|---|
| Active Members | $ 1,800.00 |
| Member Conferences | $ 900.00 |
| Affiliated Members | $500.00 |

**3.7.3 Payment Deadline.** Dues are payable September 1 of each year. A member shall not be permitted to vote at a Convention of the Association if its dues are not paid for that year. To be eligible to compete in NCAA championships, dues shall be paid in accordance with Bylaw 31.2.1.2. Membership is terminated if a member fails to pay dues for one year (see Constitution 3.2.5.3, 3.3.5.2 and 3.4.5.2).

CONSTITUTION, ARTICLE 4

# Organization

## 4.01  General Principles.

**4.01.1  Structure. [\*]** The Association's administrative structure shall include a Board of Governors comprised of institutional presidents or chancellors that oversees Association-wide issues and shall ensure that each division operates consistent with the basic purposes, fundamental policies and general principles of the Association (see Constitution 1 and 2). In addition, the administrative structure of each division shall empower a body of institutional presidents or chancellors to set forth the policies, rules and regulations for operating the division. Further, the administrative structure of each division shall empower a body of athletics administrators and faculty athletics representatives (and, in Division III, institutional presidents or chancellors, athletics direct reports and student-athletes) to make recommendations to the division's body of institutional presidents or chancellors and to handle responsibilities delegated to it. *(Adopted: 1/9/96 effective 8/1/97, Revised: 3/8/06, 10/30/14)*

**4.01.2  Guarantees. [\*]** The Association's overall governance structure guarantees its members the following: *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.1  Budget Allocations. [\*]** Members are guaranteed revenue through allocations made to each division from the Association's general operating revenue. Division II shall receive at least 4.37 percent of the Association's annual general operating revenue. Division III shall receive at least 3.18 percent of the Association's annual general operating revenue. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.1.1  General Operating Revenue. [\*]** General operating revenue, as used in this section, shall include at least all sources of revenue existing as of January 9, 1996, including revenue from contracts for these existing sources and revenue from any modified, extended or successor contract for such sources. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.2  Revenue Guarantee. [◆]** All member institutions and conferences in good standing with Division I membership requirements shall receive revenue from all gross revenue sources received by the Association, unless specifically excluded, through the division's revenue distribution formulas. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/2/16)*

**4.01.2.2.1  Revenue From New Subdivision Championship. [◆]** This provision shall not apply to the distribution of revenue produced directly by a new subdivisional championship in a sport that has a subdivisional championship at the time of the adoption of this legislation. Any revenue produced by such a new subdivisional championship shall be distributed as determined by that subdivision. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.2.2  Revenue Distribution Formula. [◆]** As used in this section, the components of the division's revenue distribution formulas as they existed at the time of the adoption of this legislation include the Academic Enhancement, Basketball, Conference Grant, Grant-in-Aid, Special Assistance, and Sports Sponsorship funds, and the supplemental and reserve funds intended for distribution to the membership. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.2.2.1  Proportion of Revenue. [◆]** The revenue distributed through these funds shall be allocated among the funds in the same proportion as existed in the fiscal year 2001-02. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97)*

**4.01.2.2.2.2  Formula for Allocation. [◆]** The formula for allocating each such fund among the members shall be as it existed at the time of the adoption of this legislation. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.2.2.3  Waiver of Proportionality Requirement.** The Board of Directors may waive the proportionality requirements of the revenue guarantee to permit uniform increases to all programs in the Academic Enhancement, Conference Grant and Special Assistance funds. *(Adopted: 1/14/97 effective 8/1/97)*

**4.01.2.2.3  Joint Ventures.** All marketing joint ventures, involving sports (other than bowl subdivision football) in which the NCAA sponsored a championship as of January 15, 1997, between the Association (or the Association's representative or agent) and a member conference or member institution (or the representative or agent of a member institution or conference) shall be reviewed by the Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/15/06, 11/1/07 effective 8/1/08, 8/7/14)*

**4.01.2.2.3.1  Definition.** A marketing joint venture is any marketing program that uses the Association's marks or logos in conjunction with those of a conference or member institution. *(Adopted: 1/14/97 effective 8/1/97)*

**4.01.2.2.3.2  Approval Process.** The principles and overall program of any joint venture defined in Constitution 4.01.2.2.3.1 shall require the approval of the Council and Board of Directors to be

**4**

**ORGANIZATION**

enacted as an Association business operation. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**4.01.2.3  Championships. [*]** Members are guaranteed access to national championships. *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.3.1  Championships Access. [◆]** Members are guaranteed access to national championships (including the play-in structure in certain championships, sizes of championship fields and the number and ratio of automatic qualifying conferences) at least at the level provided as of August 1, 2014. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/15/06, 1/18/15)*

**4.01.2.3.2  Championships—Sports Other Than Football. [◆]** With the exception of football, not more than one national championship shall be conducted in each men's and women's sport. *(Adopted: 1/14/97 effective 8/1/97)*

**4.01.2.4  Membership Services. [*]** Members are guaranteed services provided through the Association's national office at least at the level provided as of January 9, 1996 (e.g., membership services, statistics, research). *(Adopted: 1/9/96 effective 8/1/97)*

**4.01.2.5  Special Programs. [*]** Members are guaranteed the continuation of Association programs operating at the time of the adoption of this legislation (e.g., the catastrophic-injury insurance program, the drug-testing program, the Division I institutional performance program). In addition, members are guaranteed the continuation of Association programs that were considered by the NCAA Council or Presidents Commission by the spring of 1995 and began operating after the adoption of this legislation. *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/19/13)*

# 4.02  Definitions and Applications.

**4.02.1  Association. [*]** The "Association," as used in this Manual, refers to the National Collegiate Athletic Association, a diverse, voluntary, unincorporated Association of four-year colleges and universities, conferences, affiliated associations and other educational institutions. *(Adopted: 1/9/96 effective 8/1/97)*

**4.02.2  Faculty Athletics Representative.** A faculty athletics representative is a member of an institution's faculty or administrative staff who is designated by the institution's president or chancellor or other appropriate entity to represent the institution and its faculty in the institution's relationships with the NCAA and its conference(s), if any (see also Constitution 6.1.3). *(Revised: 3/8/06)*

**4.02.3  "On the Staff."** "On the staff," as it applies to individuals from member institutions or conferences who are eligible to serve on committees or as officers or representatives of the Association, is defined as those individuals who receive a regular salary from a member institution or organization for the performance of a regular staff function representing at least 50 percent of the normal workload for a staff member at that institution or conference. In addition, a conference office staff member must be employed at one of the multisport conferences set forth in Constitution 4. An individual on sabbatical or other temporary leave for a period not exceeding 12 consecutive months may be considered to be "on the staff" of an institution or organization. An individual on terminal leave or on leave in excess of 12 consecutive months shall not be considered to be "on the staff." *(Revised: 10/31/02 effective 8/1/03)*

**4.02.4  Senior Woman Administrator.**

**4.02.4.1  Institutional Senior Woman Administrator. [#]** An institutional senior woman administrator is the highest-ranking female involved in the management of an institution's intercollegiate athletics program. An institution with a female director of athletics may designate a different female involved with the management of the member's program as a fifth representative to the NCAA governance structure. *(Adopted: 11/1/01 effective 8/1/02, Revised: 10/27/05)*

**4.02.4.2  Conference Senior Woman Administrator.** A conference senior woman administrator is the highest-ranking female involved with the conduct and policy processes of a member conference's office. A conference with a female commissioner may designate a different female involved with the management of the conference as a representative to the NCAA governance structure. *(Adopted: 11/1/01 effective 8/1/02, Revised: 10/27/05)*

**4.02.5  Gender and Diversity Requirements.** The Board of Directors membership shall include at least one person who is an ethnic minority and at least one person of each gender, and a single member shall not be considered to meet both minimums. The combined membership of the Council, Committee on Academics and other Division I governance entities (other than sport committees) shall include representatives who comprise at least 20 percent persons who are ethnic minorities and at least 35 percent persons of each gender. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14)*

**4.02.6  Selection/Term of Office of Board of Directors and Council.**

**4.02.6.1  Selection.** Members of the Board of Directors shall be selected by the constituencies that they represent. Each membership unit (e.g., conference) that is authorized to select or nominate individuals must have a

plan to assure diversity among these individuals. Members of the Council shall be selected by the Board of Directors or a committee designated by the Board of Directors. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14)*

### 4.02.6.1.1 Selection Process—Board of Directors.

In order to assure that the requirements for diversity of membership (as set forth in Constitution 4.02.5) are met, the following process shall be used: *(Adopted: 11/1/07 effective 8/1/08, Revised: 10/30/14)*

(a) The conferences represented in each subdivision (as identified in Constitution 4.2.1), shall review the open positions in the subdivision and shall attempt to coordinate the conference selections to assure adequate diversity in the subdivision's representatives.

(b) The Board of Directors shall review the selections from each subdivision to assess the diversity of those selections. If the Board of Directors does not approve the diversity of the selections of a subdivision, it shall ask the subdivision to reconsider the selections and report any changes.

(c) If, after reconsideration, the Board of Directors still does not agree that the selections of any subdivision are adequately diverse, it shall direct each conference that has made a selection in that subdivision to provide a report on the diversity, qualifications and willingness to serve of the chancellors or presidents in the conference. The report shall be forwarded to a subcommittee of the Board of Governors. The subcommittee shall analyze the availability and alter selections as warranted to achieve adequate diversity.

(d) In the event a conference fails to satisfy Football Bowl Subdivision membership criteria, the conference shall lose its designated seat on the Board of Directors and be removed from Football Bowl Subdivision classification in the governance structure. The Board of Directors shall be authorized to determine the manner by which the unallocated Football Bowl Subdivision position is assigned.

### 4.02.6.1.2 Selection Process—Council.

The following process shall be used for selection of members of the Council: *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14)*

(a) Each conference listed in Constitution 4.2.1-(a), 4.2.1-(b) and 4.2.1-(c) shall nominate three candidates to serve as its representative on the Council.

(b) The Board of Directors or a designated committee shall review the nominations to assess competency and ensure reasonable diversity of perspectives and shall make the selection for service.

## 4.02.6.2 Term of Office.

### 4.02.6.2.1 Board of Directors.

The term of office for the members of the Board of Directors shall be as follows: *(Adopted: 11/1/07 effective 8/1/08)*

(a) Football Bowl Subdivision members shall serve a four-year term. Football Bowl Subdivision members of the Board of Directors are not eligible for immediate re-election;

(b) The Football Championship Subdivision and Division I Subdivision conferences shall be authorized to determine the term of office of their members, not to exceed four consecutive years in length. Further, after completing a term, Football Championship Subdivision and Division I Subdivision members of the Board of Directors may not serve again for two years;

(c) A conference may remove its representative during a term of office;

(d) The terms of service of Board of Directors members shall expire on a staggered basis to provide for continuity. Members may be appointed for less than full terms; and

(e) Board of Directors members who serve more than one-half of a term shall be considered to have served a full term.

### 4.02.6.2.2 Council.

The term of office for the Council shall be as follows: *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14)*

(a) Members shall serve a four-year term. Members are not eligible for immediate re-appointment;

(b) A conference may recommend to the Board of Directors or a designated committee to replace its representative during a term;

(c) The terms of office of Football Bowl Subdivision positions and Football Championship Subdivision and Division I Subdivision positions shall expire on a staggered basis to provide for continuity. Members may be appointed for less than full terms; and

(d) Members who serve more than one-half of a term shall be considered to have served a full term.

## 4.02.6.3 Institution's Membership in Different Subdivision.

An institution's representative to the Board of Directors or Council is eligible to serve on behalf of the multisport conference in which the institution holds membership, even if the institution's NCAA membership is in a different subdivision. *(Adopted: 11/1/07 effective 8/1/08, Revised: 8/7/14)*

**4**

**ORGANIZATION**

## 4.1  Board of Governors. [*]

**4.1.1 Composition. [*]** The Board of Governors shall consist of 20 members. The NCAA president and the chairs of the Division I Council and the Division II and Division III Management Councils shall be ex officio nonvoting members, except that the NCAA president is permitted to vote in the case of a tie among the voting members of the Board of Governors present and voting. The other 16 voting members of the Board of Governors shall include: *(Adopted: 1/9/96 effective 8/1/97, Revised: 3/8/06, 12/15/06, 11/1/07 effective 8/1/08, 8/7/14, 10/30/14)*

(a)  Eight chancellors or presidents from the Division I Board of Directors from Football Bowl Subdivision institutions;

(b)  Two chancellors or presidents from the Division I Board of Directors from Football Championship Subdivision institutions;

(c)  Two chancellors or presidents from the Division I Board of Directors from Division I Subdivision institutions;

(d)  Two Division II chancellors or presidents from the Division II Presidents Council; and

(e)  Two Division III chancellors or presidents from the Division III Presidents Council.

**4.1.2 Duties and Responsibilities. [*]** The Board of Governors shall: *(Revised: 1/9/96 effective 8/1/97, Adopted: 8/5/99, 11/1/01, 3/8/06, 1/12/08, 8/7/14, 10/30/14)*

(a)  Provide final approval and oversight of the Association's budget;

(b)  Employ the NCAA president, who shall be administratively responsible to the Board of Governors and who shall be authorized to employ such other persons as may be necessary to conduct efficiently the business of the Association;

(c)  Provide strategic planning for the Association as a whole;

(d)  Identify core issues that affect the Association as a whole;

(e)  Act on behalf of the Association by adopting and implementing policies to resolve core issues and other Association-wide matters;

(f)  Initiate and settle litigation;

(g)  Convene at least one combined meeting per year of the three divisional presidential governing bodies;

(h)  Convene at least one same-site meeting per year of the Division I Council and the Division II and Division III Management Councils;

(i)  Forward proposed amendments to Constitution 1 and 2 and other dominant legislation to the entire membership for a vote;

(j)  Call for a vote of the entire membership on the action of any division that it determines to be contrary to the basic purposes, fundamental policies and general principles set forth in the Association's constitution. This action may be overridden by the Association's entire membership by a two-thirds majority vote of those institutions voting;

(k)  Call for an annual or special Convention of the Association;

(l)  Review and coordinate the catastrophic-injury and professional career insurance (disabling injury/illness) programs; and

(m) Compile the names of those individuals associated with intercollegiate athletics who died during the year immediately preceding the annual Convention.

**4.1.3  Election/Term of Office. [*]**

**4.1.3.1 Election. [*]** Division I members of the Board of Governors shall be appointed by the Division I Board of Directors. Divisions II and III members of the Board of Governors shall be appointed by the Divisions II and III Presidents Councils, respectively. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**4.1.3.2 Terms. [*]** The terms of service of members of the Board of Governors shall coincide with their service on the applicable divisional presidential governing body, unless otherwise specified by that governing body. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**4.1.3.3 Committee Chair. [*]** The Board of Governors shall elect one of its members to serve for a two-year period as chair. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

## 4.2  Division I Board of Directors.

**4.2.1 Composition.** Giving due weight to gender and ethnic diversity per Constitution 4.02.5, the Board of Directors shall include 24 members and shall be comprised of 20 presidents or chancellors, one director of athletics, one senior woman athletics representative, one faculty athletics representative and one student-athlete. The members of the Board shall include: *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97 effective 8/1/97, 8/5/99, 4/24/03, 11/1/07 effective 8/1/08, 5/2/13 effective 8/1/13, 8/7/14)*

(a) One institutional president or chancellor from each of the following conferences:

| | | | |
|---|---|---|---|
| (1) | American Athletic Conference; | (6) | Mid-American Conference; |
| (2) | Atlantic Coast Conference; | (7) | Mountain West Conference; |
| (3) | Big Ten Conference; | (8) | Pac-12 Conference; |
| (4) | Big 12 Conference; | (9) | Southeastern Conference; and |
| (5) | Conference USA; | (10) | Sun Belt Conference. |

(b) Five institutional presidents or chancellors from among the following conferences (limited to one president or chancellor from any one conference):

| | | | |
|---|---|---|---|
| (1) | Big Sky Conference; | (7) | Ohio Valley Conference; |
| (2) | Big South Conference; | (8) | Patriot League; |
| (3) | Colonial Athletic Association; | (9) | Southern Conference; |
| (4) | The Ivy League; | (10) | Southland Conference; and |
| (5) | Mid-Eastern Athletic Conference; | (11) | Southwestern Athletic Conference. |
| (6) | Northeast Conference; | | |

(c) Five institutional presidents or chancellors from among the following conferences (limited to one president or chancellor from any one conference):

| | | | |
|---|---|---|---|
| (1) | America East Conference; | (7) | Metro Atlantic Athletic Conference; |
| (2) | Atlantic Sun (ASUN) Conference; | (8) | Missouri Valley Conference; |
| (3) | Atlantic 10 Conference; | (9) | The Summit League; |
| (4) | Big East Conference; | (10) | West Coast Conference; and |
| (5) | Big West Conference; | (11) | Western Athletic Conference. |
| (6) | Horizon League; | | |

(d) The chair of the Council.

(e) An institutional Division I member of the National Association of Collegiate Women Athletics Administrators (NACWAA), appointed by the Executive Committee of NACWAA.

(f) A Division I member of the Executive Committee of the Faculty Athletic Representatives Association, selected by the Executive Committee of the Faculty Athletics Representatives Association.

(g) The chair of Student-Athlete Advisory Committee.

**4.2.1.1 Rotation of Representatives.** The rotation of Board of Directors conference representatives among the conferences listed in Constitution 4.2.1-(b) and 4.2.1-(c), shall be developed, maintained and revised by those conferences, respectively. *(Adopted: 1/14/97 effective 8/1/97, Revised: 12/15/06, 8/7/14)*

**4.2.2 Duties and Responsibilities.** The Board of Directors shall serve as the overall governing body for Division I, with responsibility for strategy, policy, legislative oversight and management oversight. Specifically, the Board shall: *(Adopted: 1/9/96 effective 8/1/97, Revised: 8/7/03 effective 8/1/04, 3/8/06, 11/1/07 effective 8/1/08, 10/28/10, 7/31/14, 8/7/14, 10/30/14, 10/29/15)*

(a) Address future issues, challenges, opportunities and outcomes, focusing on strategic topics in intercollegiate athletics and its relationship to higher education;

(b) Review and set parameters that guide and determine present and future decisions, embracing general goals and acceptable procedures;

(c) Monitor legislation to assure it does not conflict with basic policies and strategic goals;

(d) Ratify, amend or defeat academically related legislation adopted by the Council and, at its discretion, adopt academically related legislation otherwise addressed by the Council;

(e) Rescind or adopt other legislation addressed by the Council in order to prevent an extraordinary adverse impact on the Division I membership. The Board shall retain legislative authority, until August 1, 2017, to address unintended impacts and correct errors, or to adopt changes to the substructure recommended by the Council;

(f) Adopt legislation or grant relief from the application of legislation in circumstances in which significant values are at stake or the use of the regular legislative process is likely to cause significant harm or hardship to the Association or the Division I membership because of the delay in its effective date;

(g) Delegate to the Council responsibilities for specific matters it deems appropriate;

(h) Appoint members of the NCAA Division I Committee on Infractions and the Division I Infractions Appeals Committee, and the Division I Council and the Division I Committee on Academics;

(i) Review and approve policies and procedures governing the infractions program;

(j) Determine whether legislation proposed as an area of autonomy is consistent with the scope and nature of the applicable area of autonomy as set for in Constitution 5.3.2.1.2;

**4**

**ORGANIZATION**

(k) Assure that there is gender and ethnic diversity among its membership and the membership of each of the other bodies in the administrative structure;

(l) Require bodies in the administrative structure to alter (but not expand) their membership to achieve diversity;

(m) Approve an annual budget;

(n) Approve regulations providing for the expenditure of funds and the distribution of income consistent with the provisions of Constitution 4.01.2.2;

(o) Collaborate with NCAA staff, as necessary, to determine how the national office can best to serve the Division I membership;

(p) Advise the Board of Governors concerning the employment of the NCAA president and concerning the oversight of his or her employment;

(q) Conduct biannual assessments to evaluate the operation of the governance structure and to monitor membership standards and criteria affecting Division I and subdivisional membership; and

(r) Elect institutions to active Division I membership.

**4.2.3 Voting Method.** The method of voting on issues considered by the Board of Directors shall be by roll call, except for those actions taken by the unanimous consent of the Board members present and voting. Roll-call vote results shall be reported to the membership. *(Adopted: 1/9/96 effective 8/1/97)*

**4.2.4 Standing Committees.** Standing committees of the Board of Directors shall provide oversight in areas related to governance/Division I membership, management of staff, finance and public affairs/communication. Other standing committees may be formed by the Board of Directors as it deems necessary. *(Adopted: 8/7/14)*

**4.2.5 Executive Sessions.** The Board of Directors shall have the authority to conduct an executive session involving only presidents and chancellors. *(Adopted: 8/7/14)*

## 4.3 Division I Council.

**4.3.1 Composition.** Giving due weight to gender and ethnic diversity per Constitution 4.02.5, the Council shall include 40 members and shall be comprised of athletics administrators (e.g., athletics directors, senior woman administrators, conference administrators, compliance administrators and other senior level administrators), faculty athletics representatives and student-athletes. The members of the Council shall include: *(Adopted: 1/9/96 effective 8/1/97, Revised: 1/14/97 effective 8/1/97, 8/5/99, 4/24/03, 12/15/06, 11/1/07 effective 8/1/08, 5/2/13 effective 8/1/13, 8/7/14)*

(a) One athletics administrator or faculty athletics representative from each of the conferences listed in Constitution 4.2.1-(a), 4.2.1-(b) and 4.2.1-(c). At least 60 percent of these representatives shall be directors of athletics.

(b) One conference commissioner from one of the following five conferences:

  (1) Atlantic Coast Conference;
  (2) Big Ten Conference;
  (3) Big 12 Conference;
  (4) Pac-12 Conference; and
  (5) Southeastern Conference.

(c) One conference commissioner from one of the following five conferences:

  (1) American Athletic Conference;
  (2) Conference USA;
  (3) Mid-American Conference;
  (4) Mountain West Conference; and
  (5) Sun Belt Conference.

(d) One conference commissioner from one of the following 11 conferences:

  (1) Big Sky Conference;
  (2) Big South Conference;
  (3) Colonial Athletic Association;
  (4) Ivy League;
  (5) Mid-Eastern Athletic Conference;
  (6) Northeast Conference;
  (7) Ohio Valley Conference;
  (8) Patriot League;
  (9) Southern Conference;
  (10) Southland Conference; and
  (11) Southwestern Athletic Conference.

(e) One conference commissioner from one of the following 11 conferences:

  (1) America East Conference;
  (2) Atlantic Sun (ASUN) Conference;
  (3) Atlantic 10 Conference;
  (4) Big East Conference;
  (5) Big West Conference;
  (6) Horizon League;
  (7) Metro Atlantic Athletic Conference;
  (8) Missouri Valley Conference;
  (9) The Summit League;
  (10) West Coast Conference; and
  (11) Western Athletic Conference.

(f) Two faculty athletics representatives, one appointed by the 1A Faculty Athletics Representatives group and one appointed by the Faculty Athletics Representatives Association.

(g) Two members of the Student-Athlete Advisory Committee, each of whom may serve on the Council up to one year after completion of his or her intercollegiate athletics eligibility.

**4.3.2 Duties and Responsibilities.** The Council shall: *(Adopted: 1/9/96 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

(a) Serve as the division's primary legislative authority, subject to review by the Board of Directors (see Constitution 5.3.2);

(b) Recommend nonacademic policies to the Board of Directors;

(c) Coordinate strategic planning activities;

(d) Identify and examine trends and issues of intercollegiate athletics;

(e) Take final action on matters delegated to it by the Board of Directors;

(f) Make interpretations of the bylaws;

(g) Review the recommendations of the substructure;

(h) Supervise qualification and/or selection procedures for National Collegiate Championships and Division I championships;

(i) Review recommendations from sports committees regarding the administration of championships; and

(j) Act as the final authority regarding championships matters in Division I or in a National Collegiate Championship that are subject to appeal to the Council;

(k) Oversee the appointment of the members of the substructure (e.g., subcommittees and committees);

(l) Oversee Division I membership requirements and processes;

(m) In conjunction with the Minority Opportunities and Interests Committee, review issues related to the interests of ethnic minority student-athletes, NCAA minority programs and NCAA policies that affect ethnic minorities; and

(n) In conjunction with the Committee on Women's Athletics, study and make policy recommendations concerning opportunities for women in athletics at the institutional, conference and national levels, and other issues directly affecting women's athletics.

**4.3.3 Chair.** The Council shall elect a member who is a director of athletics to serve for a period of not more than two years as chair. The chair shall not be eligible for immediate re-election to that position. At least once in every three chair rotations, a Football Championship Subdivision or Division I Subdivision representative shall serve as chair. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/27/00 effective 8/1/00, 11/1/01, 12/15/06, 11/1/07 effective 8/1/08, 8/7/14)*

**4.3.4 Weighted Voting.** Voting on matters other than football-specific issues or football-specific legislation shall be weighted as follows: *(Adopted: 8/7/14)*

(a) Representatives [other than those noted in (d) and (e) below] from the following conferences in shall have four votes each:

    (1) Atlantic Coast Conference;

    (2) Big Ten Conference;

    (3) Big 12 Conference;

    (4) Pac-12 Conference; and

    (5) Southeastern Conference.

(b) Representatives [other than those noted in (d) and (e) below] from the following conferences shall have two votes each:

    (1) American Athletic Conference;

    (2) Conference USA;

    (3) Mid-American Conference;

    (4) Mountain West Conference; and

    (5) Sun Belt Conference.

(c) Representatives from the following conferences shall have one vote each:

| | | |
|---|---|---|
| (1) America East Conference; | (12) | Mid-Eastern Athletic Conference; |
| (2) Atlantic Sun (ASUN) Conference; | (13) | Missouri Valley Conference; |
| (3) Atlantic 10 Conference; | (14) | Northeast Conference; |
| (4) Big East Conference; | (15) | Ohio Valley Conference; |
| (5) Big Sky Conference; | (16) | Patriot League; |
| (6) Big South Conference; | (17) | Southern Conference; |
| (7) Big West Conference; | (18) | Southland Conference; |
| (8) Colonial Athletic Association; | (19) | Southwestern Athletic Conference; |
| (9) Horizon League; | (20) | The Summit League; |
| (10) The Ivy League; | (21) | West Coast Conference; and |
| (11) Metro Atlantic Athletic Conference; | (22) | Western Athletic Conference. |

**4**

**ORGANIZATION**

(d) The two designated faculty athletics representatives [see Constitution 4.3.1-(f)] shall have one vote each.

(e) Student-athlete representatives shall have one vote each.

**4.3.4.1 Voting on Football Bowl Subdivision Issues and Legislation.** Voting on Football Bowl Subdivision-specific issues and Football Bowl Subdivision-specific legislation other than legislation related to scholarship limitations shall be weighted as follows: *(Adopted: 8/7/14)*

(a) Representatives from the following conferences shall have two votes each:

    (1) Atlantic Coast Conference;

    (2) Big Ten Conference;

    (3) Big 12 Conference;

    (4) Pac-12 Conference; and

    (5) Southeastern Conference.

(b) Representatives from the following conferences shall have one vote each:

    (1) American Athletic Conference;

    (2) Conference USA;

    (3) Mid-American Conference;

    (4) Mountain West Conference; and

    (5) Sun Belt Conference.

**4.3.4.1.1 Voting on Scholarship Limitations.** Voting on legislation related to scholarship limitations shall not be weighted. *(Adopted: 8/7/14)*

**4.3.5 Football Championship Subdivision Representation and Voting.** Members of the Council who represent Football Championship Subdivision conferences shall act on issues and legislation specific to the subdivision in accordance with Constitution 5.3.2.2.6 (see Constitution 5.1.4.3.4). A Football Championship Subdivision conference not listed in Constitution 4.3.1-(d), may appoint an individual to represent its interests and vote on issues and legislation related to championship subdivision football, provided the conference consists of at least six championship subdivision football-sponsoring members (regular or affiliate members of the conference) that play a single round-robin schedule that leads to the declaration of a conference football champion and the affairs of the conference are administered by a conference listed in Constitution 4.3.1-(d) or 4.3.1-(e). *(Adopted: 8/7/14)*

**4.3.6 Voting Method.** The method of voting on issues considered by the Council shall be by roll call, except for actions taken by the unanimous consent of the members present and voting. Roll-call vote results of legislative actions shall be reported to the membership and shall include a record of each member's vote. The overall outcomes of votes on other matters shall be reported to the membership, but neither the vote count nor individual votes shall be reported. *(Adopted: 1/9/96 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 10/28/10, 8/7/14)*

**4.3.7 Administrative Committee.**

**4.3.7.1 Composition and Selection.** The Administrative Committee of the Council shall consist of four members of the Council, including two representatives of Football Bowl Subdivision conferences, one representative of Football Championship Subdivision conferences and one representative of Division I Subdivision conferences. *(Adopted: 1/14/97 effective 8/1/97, Revised: 8/10/00, 12/15/06, 11/1/07 effective 8/1/08, 8/7/14)*

**4.3.7.2 Duties.** The Administrative Committee is empowered to act on behalf of the Council to transact necessary and routine items of business clearly necessary to promote the normal and orderly administration in the interim between meetings of the Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

**4.3.7.3 Approval.** All actions of the Administrative Committee shall be effective immediately and shall be reported to and subject to approval of the full Council. *(Adopted: 1/14/97 effective 8/1/97, Revised: 11/1/07 effective 8/1/08, 8/7/14)*

# 4.4 Committee on Academics.

**4.4.1 Composition.** The Board of Directors shall appoint a Committee on Academics comprised of 20 members, including a minimum of two chancellors or presidents, one provost, four faculty athletics representatives, one director of athletics, one senior woman administrator, one conference administrator and one student-athlete. The Committee on Academics shall include at least two members from each of the three Division I membership subdivisions. A president or chancellor member shall serve as chair. After the chair has served two full terms, the Board of Directors may extend his or her term at two-year intervals. *(Adopted: 8/7/14)*

**4.4.1.1 Student-Athlete Representation.** One member of the Division I Student-Athlete Advisory Committee shall serve as a voting member of the Committee on Academics up to one year after completion of his or her intercollegiate athletics eligibility. *(Adopted: 8/7/14)*

**4.4.2 Duties and Responsibilities.** The Committee on Academics shall: *(Adopted: 8/7/14)*

(a) Serve as the division's primary academic authority, subject to review by the Board of Directors;

(b) Manage all policy pertaining to academic matters, including academic eligibility standards and related policies;

(c) Recommend and review legislation pertaining to academic matters, including academic eligibility standards;

(d) Take final action on routine and noncontroversial matters of general academic policy and Academic Performance Program policy;

(e) Establish, oversee and support the work of the academic substructure as stipulated in Bylaw 21;

(f) Perform all duties directly related to the administration of the Academic Performance Program, including interpretations of Academic Performance Program legislation and policies, hearing appeals (or waivers) of institutions or teams subject to penalties and any other matters of appeal pursuant to the legislation and policies and procedures of the Academic Performance Program;

(g) Determine the appropriate standards on which Academic Performance Program penalties or rewards apply;

(h) Recommend changes to the Academic Performance Program based on research data analysis and practical experience;

(i) Oversee administration of academic waivers as specified by legislation and/or policy;

(j) Study issues and make policy or legislative recommendations concerning relationships between the Association and the nation's two-year colleges as represented by established regional and national organizations; and

(k) Work with the Division II governance structure to ensure that consistent policies exist when possible, while maintaining each division's philosophy and legislative intent.

## 4.9 Committees/Cabinets. [*]

The bylaws shall provide for the establishment of such a governance substructure (e.g., cabinets, committees) as each division considers necessary. The number of members and tenure of each division's governance substructure shall be stipulated in Bylaw 21. *(Adopted: 1/9/96 effective 8/1/97)*

**4**

ORGANIZATION

## FIGURE 4-1
### Division I Governance Structure



*2017-18 Division I – August*

*For information purposes.

## FIGURE 4-2
### Association Governance Structure

**ASSOCIATION-WIDE COMMITTEES**
A. Committee on Competitive Safeguards and Medical Aspects of Sports.
B. Honors Committee.
C. Minority Opportunities and Interests Committee.
D. Olympic Sports Liaison Committee.
E. Postgraduate Scholarship Committee.
F. Research Committee.
G. Committee on Sportsmanship and Ethical Conduct.
H. Walter Byers Scholarship Committee.
I. Committee on Women's Athletics.
J. International Student Records (Divisions I and II).
K. High School Review (Divisions I and II).
L. Student Records Review (Divisions I and II).
M. NCAA Committees that have playing rules responsibilities.

**BOARD OF GOVERNORS**

**Responsibilities**
A. Approval/oversight of budget.
B. Appointment/evaluation of Association's president.
C. Strategic planning for Association.
D. Identification of Association's core issues.
E. To resolve issues/litigation.
F. To convene joint meeting of the three presidential bodies.
G. To convene same-site meeting of Division I Council and Division II and Division III Management Councils.
H. Authority to call for constitutional votes.
I. Authority to call for vote of entire membership when division action is contrary to Association's basic principles.
J. Authority to call Special/Annual Conventions.

**Members**
A. Eight FBS members from Division I Board of Directors.
B. Two FCS members from Division I Board of Directors.
C. Two Division I members from Division I Board of Directors.
D. Two members from Division II Presidents Council.
E. Two members from Division III Presidents Council.
F. Ex officio/nonvoting—NCAA President.[1]
G. Ex officio/nonvoting—Chairs of Division I Council and Division II and Division III Management Councils.

[1] May vote in case of tie.

**DIVISION III PRESIDENTS COUNCIL**

**Responsibilities**
A. Set policy and direction of division.
B. Delegate responsibilities to Management Council.

**Members**
A. Institutional Presidents or Chancellors.

**DIVISION III MANAGEMENT COUNCIL**

**Responsibilities**
A. Recommendations to primary governing body.
B. Handle responsibilities delegated by primary governing body.

**Members**
A. Presidents or Chancellors.
B. Athletics Administrators.
C. Faculty Athletics Representatives.
D. Student-Athletes.
E. Athletics Direct Reports.

**DIVISION II PRESIDENTS COUNCIL**

**Responsibilities**
A. Set policy and direction of division.
B. Delegate responsibilities to Management Council.

**Members**
A. Institutional Presidents or Chancellors.

**DIVISION II MANAGEMENT COUNCIL**

**Responsibilities**
A. Recommendations to primary governing body.
B. Handle responsibilities delegated by primary governing body.

**Members**
A. Athletics Administrators.
B. Faculty Athletics Representatives.
C. Student-Athletes.

**DIVISION I BOARD OF DIRECTORS**

**Responsibilities**
A. Set policy and direction of the division.
B. Monitor legislation.
C. Delegate responsibilities to Council.
D. Assess operation of the governance structure.

**Members**
A. Institutional Presidents or Chancellors.
B. Athletics Administrators.
C. Faculty Athletics Representative.
D. Student-Athlete.

**DIVISION I COUNCIL**

**Responsibilities**
A. Review recommendations of the substructure.
B. Final authority on championships matters.
C. Adopt legislation for the division.

**Members**
A. Athletics Administrators.
B. Conference Commissioners.
C. Faculty Athletics Representatives.
D. Student-Athletes.

**ORGANIZATION**

**4**

**FIGURE 4-3**
NCAA Board of Governors' Duties



- Promote the relationship of healthy life/athletics/academics.
- Serve as advocates for the collegiate model of sports.
- Engage in strategic planning for the Association.
- Identify, and adopt policy to address, core Association-wide issues.
- Convene combined meeting of the three divisional presidential bodies.
- Convene one same-site meeting of the Division I Council and Divisions II and III Management Councils.
- Call for a vote of the membership on the action of any division determined to be contrary to the basic purposes, policies or principles in the Constitution.
- Call for annual or special Convention.

- Provide final approval and oversight of the Association's budget, including integrity of the Association's financial statements and its compliance with legal and regulatory requirements and any financial policies.
- Provide final approval and oversight of audit functions and investment recommendations.

- Recruit, appoint, support and evaluate the NCAA President.
- Charge the NCAA President with the authority to employ such other persons as may be necessary to conduct efficiently the business of the Association.
- Oversee and annually review national office performance metrics.
- Oversee risk management assessment.

- Regulatory function/enforcement oversight.
- Initiate/settle litigation.
- Conduct the business of the Board of Governors in an exemplary fashion and with appropriate transparency, adhering to the highest ethical standards.
- Periodically assess the performance of the Board of Governors.

CONSTITUTION, ARTICLE 5

# Legislative Authority and Process

## 5.01 General Principles. [*]

**5.01.1 Basis of Legislation. [*]** All legislation of the Association that governs the conduct of the intercollegiate athletics programs of its member institutions shall be adopted by the membership in Convention assembled, or by the divisional governance structures as set forth in Constitution 4, as determined by the constitution and bylaws governing each division, and shall be consistent with the purposes and fundamental policy set forth in Constitution 1, and shall be designed to advance one or more principles such as those set forth in Constitution 2. *(Revised: 1/9/96 effective 8/1/97)*

**5.01.2 Approaches to Legislative Process. [*]** The membership of the Association recognizes that certain fundamental polices, practices and principles have applicability to all members, while others are applicable to division groupings of members, based on a common philosophy shared among the individual members of the division and on special policies and concerns that are common to the nature and purposes of the institutions in the division. *(Revised: 1/9/96 effective 8/1/97)*

## 5.02 Definitions and Applications.

### 5.02.1 Legislative (Constitution and Bylaw) Provisions.

**5.02.1.1 Area of Autonomy.** An area of autonomy is a legislative provision that provides legislative flexibility to the Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference and Southeastern Conference and their member institutions. The abovementioned conferences are granted autonomy in these areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being. The requirements for adoption, amendment and expansion of the areas of autonomy are set forth in Constitution 5.3.2.1. A legislative provision that is an area of autonomy is identified by a capital letter A.

**5.02.1.2 Dominant. [*]** A dominant provision is a regulation that applies to all members of the Association and is of sufficient importance to the entire membership that it requires a two-thirds majority vote of all delegates present and voting in joint session at an annual or special Convention. Dominant provisions are identified by an asterisk (*).

**5.02.1.3 Division Dominant. [*]** A division dominant provision is a regulation that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by the diamond symbol (◆). *(Revised: 1/9/96 effective 8/1/97)*

**5.02.1.4 Common. [*]** A common provision is a regulation that applies to more than one of the divisions of the Association. A common provision shall be adopted by each of the applicable divisions, acting separately pursuant to the divisional legislative process described in Constitution 5.3, and must be approved by all applicable divisions to be effective. Common provisions are identified by the pound sign (#). *(Adopted: 1/14/97 effective 8/1/97)*

**5.02.1.5 Federated. [*]** A federated provision is a regulation adopted by a majority vote of the delegates present and voting of one or more of the divisions or subdivisions of the Association, acting separately pursuant to the divisional legislative process described in Constitution 5.3. Such a provision applies only to the division(s) or subdivision(s) that adopts it. *(Revised: 1/9/96 effective 8/1/97)*

**5.02.1.6 Football Championship Subdivision Dominant. [FCSD]** A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Constitution 5.3. Football Championship Subdivision dominant provisions are identified by the initialization FCSD. *(Adopted: 1/15/11)*

## 5.1 Conventions and Meetings.

### 5.1.1 Authorization.

**5.1.1.1 Annual Convention. [*]** There shall be an annual Convention of this Association during the second week of January or at such other time as may be prescribed by the Board of Governors. *(Revised: 10/30/14)*

**5.1.1.2 Special Convention. [*]** A special Convention of the Association may be called by the Board of Governors. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

**5.1.2 Annual or Special Convention Programs.**

**5.1.2.1 Establishment of Program—Annual or Special Convention.** [*] The program of the business session of an annual or special Convention of the Association shall be established by the Board of Governors, acting as the Convention program committee. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

**5.1.2.1.1 Change in Program.** [*] Once adopted by a majority vote of the Convention, the order of business established in the program may be changed or suspended only by a two-thirds vote of the members present and voting.

**5.1.2.2 Other Convention Arrangements.** [*] All other arrangements for a Convention of the Association or for division legislative meetings shall be made by the NCAA president, subject to the direction and approval of the Board of Governors, which shall serve as the Convention arrangements committee. *(Revised: 10/30/14)*

**5.1.2.3 Business and Discussion Sessions.**

**5.1.2.3.1 General Business Session.** [*] When determined necessary by the Board of Governors, an annual or special Convention shall include a general business session to enable all three divisions, meeting in joint session, to act on the dominant legislation specified in Constitution 1 and 2 and elsewhere, and on the actions of any division determined to be contrary to the Association's basic purposes, fundamental policies and general principles. *(Revised: 1/10/91, 1/9/96 effective 8/1/97, 10/30/14)*

**5.1.2.3.2 Division Business Sessions.** [*] An annual or special Convention shall include separate division business sessions to: *(Revised: 1/10/91, 1/9/96 effective 8/1/97)*

(a) Enable a single division to act, in accordance with the constitution and bylaws, on federated legislation pertaining to that division;

(b) Discuss matters of interest to the members of each division; and

(c) Act upon division membership criteria waiver requests under the provisions of the bylaws.

**5.1.2.3.3 Round-Table Discussions.** [*] In addition to the division business sessions, a general round-table discussion may be held to enable the membership to discuss matters of general interest.

**5.1.3 Annual or Special Convention Delegates.**

**5.1.3.1 Institutional and Conference Delegates.**

**5.1.3.1.1 With Voting Privileges.** [*] Each active member and each member conference with voting privileges, as specified in Constitution 3.3.2.2, shall be entitled to one vote. Institutions and conferences designating both a male and a female as voting or alternate delegates on the Convention appointment form shall be allowed to appoint four official institutional delegates. In all other circumstances, institutions shall be limited to not more than three official delegates. *(Revised: 1/10/92)*

**5.1.3.1.2 Without Voting Privileges.** [*] Each member conference without voting privileges shall be entitled to one accredited delegate without voting privilege.

**5.1.3.2 Affiliated Delegates.** [*] Each affiliated member shall be entitled to one accredited delegate without voting privilege. *(Revised: 1/15/11 effective 8/1/11)*

**5.1.3.3 Visiting Delegates.** [*] Member and nonmember institutions and organizations are authorized to send visiting delegates, who shall not have voting privileges.

**5.1.3.4 Certification and Voting of Delegates.** [*] The certification and voting of delegates shall be conducted as follows: *(Revised: 3/8/06)*

(a) Delegates shall be certified to the NCAA national office as entitled to represent the member in question by the proper executive officers of their institutions or organizations;

(b) An active member or member conference represented by more than one delegate shall designate (on the proper form signed by the president or chancellor) the delegate entitled to cast its vote. Once the member has so designated its primary voting and alternate voting delegates, transferring the voting rights between or among them is a matter of institutional judgment, inasmuch as the voter and alternate(s) have been approved as voters;

(c) The same delegate may represent both an active member and a member conference;

(d) A delegate shall not represent any active member or member conference unless the delegate actually is identified with such member, and an institution's student may not serve as its voting or alternate voting delegate;

(e) Whenever the Association votes on any question by roll call, either written or via voice, on demand of any delegate, the names of delegates as they vote shall be checked by the Membership Committee in order to verify the authority of the voter; and

(f) Voting by proxy shall not be allowed.

### 5.1.3.5  Delegate Participation in Conventions and Meetings.

#### 5.1.3.5.1  Active Delegate. [*] Privileges of the floor and the right to active participation in the business proceedings of any annual or special Convention of the Association is accorded to the following: *(Adopted: 1/10/91, Revised: 1/10/92, 1/9/96 effective 8/1/97, 1/15/11 effective 8/1/11, 10/30/14)*

(a) Any of the accredited delegates authorized in Constitution 5.1.3.1.1 to represent an active member or member conference with voting privileges;

(b) The single accredited delegate authorized in Constitution 5.1.3.1.2 to represent a member conference without voting privileges or in Constitution 5.1.3.2 to represent an affiliated member;

(c) Any member of the Board of Governors, the divisional governance entities per Constitution 4 and the chair (or a committee member designated to speak for the chair) of an NCAA committee listed in Bylaw 21; and

(d) Any member of a division's Student-Athlete Advisory Committee.

#### 5.1.3.5.2  Visiting Delegate. [*] Visiting delegates authorized in Constitution 5.1.3.3 shall not actively participate in the business proceedings.

## 5.1.4  Operational Procedures.

### 5.1.4.1  Quorum. [*] One hundred (100) active members and member conferences represented as prescribed in this constitution shall constitute a quorum for the transaction of the Association's business. For purposes of voting by membership divisions, 40 members of each division shall constitute a quorum.

### 5.1.4.2  Parliamentary Rules. [*] The rules contained in the current edition of Robert's Rules of Order, Newly Revised, shall be the parliamentary authority for the conduct of all meetings of the Association. Additionally, they shall be the deciding reference used in case of parliamentary challenge in all instances to which they apply and in which they are not superseded by this constitution, the bylaws or any special rule of order adopted by the Association in accordance with Constitution 5.4.3.

### 5.1.4.3  Consideration of Legislation. [*] Legislation shall be acted upon only at the Convention business sessions in accordance with the constitution and bylaws.

#### 5.1.4.3.1  Order and Grouping of Legislation. [*] In the consideration of groupings of related amendments or amendments-to-amendments, the Convention shall consider first the proposal that contemplates the greatest modification of the present circumstance, followed by the other proposals in the order of decreasing modification. Once a proposal in such a grouping is adopted, those that follow ordinarily will become moot.

#### 5.1.4.3.2  Legislation at General Session. [*] Dominant legislation per Constitution 1 and 2 and elsewhere, and federated legislation determined by the Board of Governors to be contrary to the Association's basic purposes, fundamental policies and general principles shall be acted on by the divisions meeting in joint session. *(Revised: 1/10/91, 1/9/96 effective 8/1/97, 10/30/14)*

#### 5.1.4.3.3  Legislation at Division Sessions. [*] Legislation pertaining only to a single division of the Association may be acted on in a separate legislative session of that division. Federated legislation pertaining to more than a single division of the Association may be acted on by the appropriate divisions during the separate division business sessions. *(Revised: 1/10/91, 1/9/96 effective 8/1/97)*

#### 5.1.4.3.4  Football Classification, Voting. A member institution shall be entitled to vote on legislative issues pertaining only to football in the subdivision in which it is classified.

##### 5.1.4.3.4.1  Restriction. An active member or member conference with no football program shall not be permitted to vote on issues affecting only football.

##### 5.1.4.3.4.2  Football Championship Subdivision Member Applying Bowl Subdivision Football Legislation. A Football Championship Subdivision member that elects to be governed by the legislation pertaining to the Football Bowl Subdivision in accordance with Bylaw 20.7.1.1 shall be eligible to vote on issues pertaining to championship subdivision football. *(Revised: 12/15/06)*

##### 5.1.4.3.4.3  Conference of Football Bowl Subdivision and Football Championship Subdivision Members. A conference whose members are divided between the Football Bowl Subdivision and the Football Championship Subdivision shall vote in the subdivision in which the majority of its members are classified; or if the membership is divided equally between the two subdivisions, the subdivision in which it shall vote shall be determined by the Council Administrative Committee. *(Revised: 12/15/06, 11/1/07 effective 8/1/08, 8/7/14 effective 8/1/15)*

### 5.1.4.4  Voting Methods. [*] The methods of voting at an NCAA Convention shall be by voice, paddle, roll call and/or secret ballot, in accordance with the following procedures: *(Revised: 1/10/92, 1/9/96 effective 8/1/97, 1/3/07)*

(a) **Voice Vote.** The presiding officer shall determine whether to use voice voting. In the taking of a voice vote, if the presiding officer is in doubt, or on request for a division of the assembly by any member eligible to vote on the particular issue, the presiding officer shall retake the vote by a show of paddles.

(b) **Paddle Vote.** The presiding officer shall determine whether to use paddle voting, which may be accomplished through electronic collection. In the taking of a vote by show of paddles, if the presiding officer is in doubt, or on the request of any member eligible to vote on the particular issue, the presiding officer shall order the vote to be counted.

(c) **Secret Ballot.** Voting by secret ballot shall be conducted only when so ordered by a majority of the eligible delegates present and voting, after the making of an undebatable motion to vote in that manner.

(d) **Roll Call.** Voting by roll call, on issues other than those so designated by the Divisions II and III presidential administrative groups, shall be conducted only when so ordered by a majority of the eligible delegates present and voting, after the making of an undebatable motion to vote in that manner. If both a roll-call vote and a secret ballot are moved on a particular issue, the vote shall be taken first on whether to vote by roll call. Any interim or later vote to amend, postpone, reconsider, refer or table a proposal that has been designated by the presidential administrative groups for a roll-call vote during the Convention also must be conducted by roll-call vote.

## 5.2 Elements of Legislation.

**5.2.1 Constitution. [*]** The membership may adopt legislation to be included in the constitution of the Association, which sets forth basic purposes, fundamental policies and general principles that generally serve as the basis on which the legislation of the Association shall be derived and which includes information relevant to the purposes of the Association. *(Revised: 1/9/96 effective 8/1/97)*

**5.2.2 Operating Bylaws. [*]** Each division may adopt legislation to be included in the operating bylaws of the Association, which provide rules and regulations not inconsistent with the provisions of the constitution and which shall include, but not be limited to, the following particulars: *(Revised: 1/9/96 effective 8/1/97)*

(a) The administration of intercollegiate athletics by members of the Association;

(b) The establishment and control of NCAA championships (games, matches, meets and tournaments) and other athletics events sponsored or sanctioned by the Association;

(c) The procedures for administering and enforcing the provisions of the constitution and bylaws; and

(d) The adoption of rules of play and competition in the various sports, and the delegation of authority in connection with such subjects to individuals, officers or committees.

**5.2.3 Administrative Bylaws. [*]** The administrative bylaws of the Association (administrative regulations and executive regulations) provide rules and regulations for the implementation of policy adopted by the membership as set forth in the constitution and operating bylaws. They are distinct from the operating bylaws in that, to provide greater flexibility and efficiency in the conduct of the affairs of the Association, they may be adopted or amended by the applicable divisional presidential administrative group, the Division I Council and the Division III Management Council. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 1/19/13, 7/31/14, 8/7/14)*

    **5.2.3.1 Administrative Regulations. [*]** Each division is empowered to adopt or revise administrative regulations consistent with the provisions of the constitution and bylaws, subject to amendment by the Divisions II and III membership, for the implementation of policy established by legislation governing the general activities of each division. The administrative bylaws may be adopted or amended by the applicable division presidential administrative group, the Division I Council and the Division III Management Council or at any annual or special Convention by a majority vote of the delegates in Divisions II and III present and voting in accordance with the legislative process. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14)*

    **5.2.3.2 Executive Regulations. [*]** Each division is empowered to adopt or revise executive regulations consistent with the provisions of the constitution and bylaws, subject to amendment by the Divisions II and III membership. Executive regulations relate to the administration of the division's championships, the expenditure of the division's funds, the distribution of the income of the division and the general administration of the affairs of the division. The executive regulations may be adopted or amended by the applicable division presidential administrative group, the Division I Council and the Division III Management Council or at any annual or special Convention by a majority vote of the delegates in Divisions II and III present and voting in accordance with the legislative process. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14)*

    **5.2.3.3 Enforcement Policies and Procedures. [*]** The Committee on Infractions is empowered to adopt or revise policies and procedures for the conduct of the Association's infractions program, subject to approval by the Board of Directors for Division I and by the applicable Management Council for Division II and Division III. These policies and procedures shall be developed by the Committee on Infractions, shall not be inconsistent with the provisions of the constitution and bylaws and shall be subject to amendment by the membership. The Infractions Appeals Committee may adopt or revise policies and procedures that relate directly to the appeals process, subject to review and approval by the Board of Directors for Division I, the Presidents Council for Division II and the Management Council for Division III. Such policies and procedures shall not be inconsistent with the provisions of the constitution and bylaws and shall be subject to amendment by the membership. *(Revised: 11/1/07 effective 8/1/08, 4/5/10, 12/20/10, 7/31/14)*

**5.2.3.4 Academic Performance Program Policies and Procedures.** The Committee on Academics shall have the authority to adopt or revise policies and procedures for the conduct of the academic performance program. The Board of Directors, at its discretion, may review, amend and/or act on any academic performance program policy adopted by the Committee on Academics. *(Adopted: 4/29/04, Revised: 11/1/07 effective 8/1/08, 8/7/14, 11/5/14)*

**5.2.4 Resolutions. [\*]** Legislation of a temporary character effective only for a specified time period may be enacted through resolutions not inconsistent with the constitution, bylaws (including administrative bylaws) and special rules of order (see Constitution 5.4.2).

**5.2.5 Interpretations of Constitution and Bylaws. [\*]** The divisional presidential administrative groups, the Division I Council and the Division II and Division III Management Councils, and the divisional interpretative committees, in the interim between meetings of the Division I Council and the Division II and Division III Management Councils, are empowered to make interpretations of the constitution and bylaws (see Constitution 5.4.1). *(Revised: 1/9/96 effective 8/1/97, 8/31/05, 11/1/07 effective 8/1/08, 8/7/14)*

**5.2.6 Special Rules of Order. [\*]** The Association may adopt special rules of order not inconsistent with the constitution and bylaws. These special rules, with Robert's Rules of Order, Newly Revised, this constitution, and the bylaws, shall be the parliamentary authority for the conduct of all meetings of the Association and, together, shall be the deciding reference used in case of parliamentary challenge in all instances to which they apply (see Constitution 5.4.3).

**5.2.7 Statements of Division Philosophy. [\*]** The membership of a division or subdivision, through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division. Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division and for planning and implementation of programs by institutions and conferences (see Constitution 5.4.4).

## 5.3 Amendment Process.

### 5.3.1 Authorizing Legislation.

**5.3.1.1 Amendment. [\*]** The dominant provisions of Constitution 1 and 2 and elsewhere and the division dominant provisions may be amended only at an annual or special Convention. In Division I, federated provisions may be amended as specified in Constitution 5.3.2. In Divisions II and III, federated provisions may be amended at any annual or special Convention. *(Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97)*

**5.3.1.2 Amendment-to-Amendment—Dominant Provisions. [\*]** A proposed amendment to the dominant provisions of Constitution 1 and 2 and elsewhere may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed legislation may refine and change proposals in any manner that is germane to the original proposal. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.1.3 Amendment-to-Amendment—Division Dominant Provisions.** A proposed amendment to a division dominant provision may be amended at any annual or special Convention. From July 15 through September 15, sponsors of proposed legislation may refine and change proposals in any manner that is germane to the original proposal. After September 15, proposed amendments may be amended only if the amendment to the proposed amendment does not increase the modification of the provision to be amended. *(Adopted: 1/9/96 effective 8/1/97)*

### 5.3.2 Division I Legislative Process.

#### 5.3.2.1 Process for Areas of Autonomy.

**5.3.2.1.1 Authority to Adopt or Amend Legislation.** The Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference and Southeastern Conference and their member institutions shall have the authority to adopt or amend legislation that is identified as an area of autonomy. *(Adopted: 8/7/14)*

**5.3.2.1.2 Areas of Autonomy.** The Atlantic Coast Conference, Big Ten Conference, Big 12 Conference, Pac-12 Conference and Southeastern Conference and their member institutions are granted autonomy in the following areas to permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes and for legislative changes that will otherwise enhance student-athlete well-being: *(Adopted: 8/7/14)*

(a) **Athletics Personnel.** Definitions and limitations on athletics personnel and legislation to meet the support needs of student-athletes while properly managing the number of personnel directly or indirectly associated with a sport in a manner consistent with the need for competitive balance.

(b) **Insurance and Career Transition.** Legislation related to student-athletes securing loans to purchase career-related insurance products (e.g., disability, loss-of-value), institutions providing insur-

ance-related expenses for student-athletes and the role of agents and advisors in assisting student-athletes with career planning and decision making.

(c) **Promotional Activities Unrelated to Athletics Participation.** Legislation related to promotional activities for careers and pursuits unrelated athletics participation.

(d) **Recruiting Restrictions.** Legislation designed to reduce the infringement on a prospective student-athlete's academic preparation.

(e) **Pre-enrollment Expenses and Support.** Legislation related to expenses and support provided in the recruiting process and the transition to college enrollment, including assistance to families to visit campus, medical expenses and academic support during the summer prior to enrollment, and transportation to enroll.

(f) **Financial Aid.** Legislation related to a student-athlete's individual limit on athletically related financial aid, terms and conditions of awarding institutional financial aid, and the eligibility of former student-athletes to receive undergraduate financial aid.

(g) **Awards, Benefits and Expenses.** Legislation related to awards, benefits and expenses for enrolled student-athletes and their families and friends.

(h) **Academic Support.** Legislation related to the academic support of student-athletes.

(i) **Health and Wellness.** Legislation related to the health and wellness of student-athletes, including insurance and other items to permit appropriate and sufficient care.

(j) **Meals and Nutrition.** Legislation related to meals and nutritional demands for student-athletes.

(k) **Time Demands.** Legislation that establishes an appropriate balance between athletics and other student-athlete activities and fosters participation in educational opportunities outside intercollegiate athletics.

**5.3.2.1.2.1  Additions to the Areas of Autonomy.** Additions to the areas of autonomy may be recommended to the Board of Directors on support of three of the five conferences named in Constitution 5.3.2.1.1. An addition shall require a 60 percent majority vote of the president or chancellor members of the Board of Directors present and voting. *(Adopted: 8/7/14)*

**5.3.2.1.2.1.1  Standard of Review.** An addition to the areas of autonomy shall be subject to the standard that it must permit the use of resources to advance the legitimate educational or athletics-related needs of student-athletes, support legislative changes that will otherwise enhance student-athlete well-being, or complement and align with the values of higher education. *(Adopted: 8/7/14)*

**5.3.2.1.2.2  Application to Other Conferences/Institutions.** Legislation set forth as an area of autonomy may be applied by other member institutions at each conference's respective discretion, which may include delegation of such discretion to its member institutions. *(Adopted: 8/7/14)*

**5.3.2.1.3  Sponsorship.**

**5.3.2.1.3.1  Amendment.** An amendment to an area of autonomy may be sponsored by any conference listed in Constitution 5.3.2.1.1, subject to review by the other conferences listed in Constitution 5.3.2.1.1 and approval by a presidential review group that includes at least one representative from each conference listed in Constitution 5.3.2.1.1. *(Adopted: 8/7/14)*

**5.3.2.1.3.2  Amendment-to-Amendment.** An amendment to an amendment of an area of autonomy may be sponsored by one of the conferences named in Constitution 5.3.2.1.1. *(Adopted: 8/7/14)*

**5.3.2.1.4  Submission Deadlines.**

**5.3.2.1.4.1  Concept.** A concept under consideration for sponsorship as an amendment to an area of autonomy must be submitted to the national office by 5 p.m. Eastern time September 15. *(Adopted: 8/4/16)*

**5.3.2.1.4.2  Amendment.** An amendment to an area of autonomy must be submitted to the national office by 5 p.m. Eastern time two weeks before the October meeting of the Board of Directors. The sponsor may refine and change its proposal in any manner that is germane to the original proposal until 5 p.m. Eastern time the Friday immediately before Thanksgiving Day. *(Adopted: 8/7/14, Revised: 8/4/16)*

**5.3.2.1.4.3  Amendment-to-Amendment.** An amendment to an amendment of an area of autonomy may be submitted to the national office until 5 p.m. Eastern time the Friday immediately before Thanksgiving Day. Any such amendment shall not increase the modification of the provision to be amended in the original proposal. *(Adopted: 8/7/14, Revised: 8/4/16)*

**5.3.2.1.5  Notification to Membership.**

**5.3.2.1.5.1  Notice of Autonomy Concepts.** Proposed autonomy concepts shall be posted on the NCAA website for membership review and comment after September 15. *(Adopted: 8/4/16)*

*2017-18 Division I – August*

**5.3.2.1.5.2 Initial Notification.** Proposed amendments shall be available on the NCAA website for membership review and comment not later than November 1. *(Adopted: 8/7/14, Revised: 8/4/16)*

**5.3.2.1.5.3 Official Notice.** Proposed amendments and amendments-to-amendments shall be available on the NCAA website for membership review and comment not later than December 1. *(Adopted: 8/7/14, Revised: 8/4/16)*

### 5.3.2.1.6 Membership and Council Review.

**5.3.2.1.6.1 Membership Review.** All Division I members may provide comments related to proposed amendments and amendments-to-amendments via the NCAA website from the date of the initial notification to the membership through December 15 (5 p.m. Eastern time). *(Adopted: 8/7/14, Revised: 8/4/16)*

**5.3.2.1.6.2 Council Review.** The Council shall review proposed amendments. The review may include a position of support or opposition. *(Adopted: 8/7/14)*

**5.3.2.1.6.3 Forum Review.** The conferences named in Constitution 5.3.2.1.1 shall review proposed amendments and amendments-to-amendments during a forum that is conducted before a business session during which voting on the proposed amendments and amendments-to-amendments occurs. *(Adopted: 8/7/14)*

### 5.3.2.1.7 Voting Process.

**5.3.2.1.7.1 Business Session.** Consideration of proposed amendments and amendments-to-amendments shall occur during a business session involving the member institutions of the conferences named in Constitution 5.3.2.1.1. The president or chancellor of each institution shall appoint one representative and each of the five conferences shall appoint three student-athlete representatives to cast votes on proposed amendments and amendments-to-amendments. *(Adopted: 8/7/14)*

**5.3.2.1.7.2 Adoption of Amendments and Amendments-to-Amendments.** Adoption of proposed amendments and amendments-to-amendments shall require: *(Adopted: 8/7/14)*

(a) Approval of three of the five conferences based on a simple majority vote of the institutions within each conference and a 60 percent majority vote of the eligible institutions and student-athlete representatives; or

(b) Approval of four of the five conferences based on a simple majority vote of the institutions within each conference and a simple majority vote of the eligibile institutions and student-athlete representatives.

**5.3.2.1.7.3 Finality of Action.** An amendment adopted during a business session shall be final upon adjournment of the business session. The concept of a defeated amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14)*

## 5.3.2.2 Process for Areas of Council Governance and Football-Specific Legislation.

**5.3.2.2.1 Authority to Adopt or Amend Legislation.** Federated legislation applicable to Division I may be adopted or amended at any meeting of the Council. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.1.1 Emergency or Noncontroversial Legislation.** The Council may adopt emergency or noncontroversial legislation during any meeting by at least a three-fourths majority vote of its members present and voting. *(Adopted: 8/7/14 effective 8/1/15)*

### 5.3.2.2.2 Sponsorship.

**5.3.2.2.2.1 Amendments and Amendments-to-Amendments.** An amendment or an amendment-to-amendment in an area of Council governance may be sponsored by the Board of Directors, the Council or a conference listed in Constitution 4.2.1-(a), 4.2.1-(b) or 4.2.1-(c). A football-specific amendment or amendment-to-amendment may be sponsored by a Football Bowl Subdivision conference or a Football Championship Subdivision conference. *(Adopted: 8/7/14 effective 8/1/15)*

### 5.3.2.2.3 Submission Deadlines.

**5.3.2.2.3.1 Amendment.** An amendment must be submitted to the national office by 5 p.m. Eastern time September 1. From September 1 until 5 p.m. Eastern time February 1, the sponsor may refine and change a proposal in any manner that is germane to the original proposal. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

**5.3.2.2.3.2 Amendment-to-Amendment.** An amendment to an amendment identified for a vote in January may be submitted to the national office until 5 p.m. Eastern time December 15. An amendment to an amendment identified for a vote in April may be submitted to the national office until 5 p.m. Eastern time February 1. Any such amendment shall not increase the modification of the provision to be amended in the original proposal. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

### 5.3.2.2.4 Notification to Membership.

**5.3.2.2.4.1 Initial Notification.** Proposed amendments shall be available on the NCAA website for membership review and comment not later than October 1. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.4.2 Official Notice.** Proposed amendments and amendments-to-amendments shall be available on the NCAA website for membership review and comment not later than February 8. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

**5.3.2.2.5 Membership and Council Review.**

**5.3.2.2.5.1 Membership Review.** All Division I members may provide comments related to proposed amendments and amendments-to-amendments via the NCAA website until March 1 (5 p.m. Eastern time). *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

**5.3.2.2.5.2 Council Review.** The Council shall review proposed amendments. The review may include a position of support or opposition. The Council may sponsor an amendment-to-amendment by majority vote of its members present and voting through February 8. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

**5.3.2.2.6 Voting Process.**

**5.3.2.2.6.1 Adoption of Amendments and Amendments-to-Amendments.** Adoption of proposed amendments and amendments-to-amendments submitted by the applicable deadline shall require a majority vote of representatives of the Council present and voting. *(Adopted: 8/7/14 effective 8/1/15, Revised: 8/4/16)*

**5.3.2.2.6.1.1 Bowl Subdivision and Championship Subdivision Football.** Members of the Council who are representatives of conferences that are members of the Football Bowl Subdivision and the Football Championship Subdivision shall vote separately in their respective subdivisions on legislative issues that pertain only to football. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.6.1.1.1 Geographical Representation of Independents.** An institution classified as a Football Bowl Subdivision independent or a Football Championship Subdivision independent shall have its views expressed on football issues by a predetermined Football Bowl Subdivision or Football Championship Subdivision conference representative, respectively, within the institution's geographical region. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.6.2 Finality of Action.** Legislation adopted by the Council shall be considered final at the conclusion of the next Board of Directors meeting, subject to review by the Board of Directors as described in Constitution 4.2.2. If a proposal does not receive a majority vote of Council members present and voting, it shall be considered defeated. The concept of a defeated amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.7 Rescission Process.** An amendment adopted with less than an 85-percent majority vote of Council members present and voting shall be subject to a 60-day rescission period. An amendment adopted with an 85-percent majority vote or greater of Council members present and voting shall not be subject to a rescission process. A rescinded amendment may not be resubmitted as a new amendment for a two-year period. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.7.1 Notification to Membership.** Notification of the adoption of legislation by the Council shall be provided to the membership within 15 days of the date of the Board of Directors' meeting on which the adoption becomes final. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.7.2 Submission of Rescission Requests.** A rescission request may be submitted through the NCAA website by an active member institution with voting privileges. A request must be received in the national office not later than 5 p.m. Eastern time within 60 days of the date of the Board of Directors meeting on which the adoption becomes final. A request must be approved by the institution's chancellor or president. The institution's chancellor or president or his or her designated representative may submit the rescission request to the national office. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.7.3 Threshold for Rescission.** An amendment shall be rescinded upon submission of rescission requests from at least two-thirds of all active Division I institutions that are eligible to submit a request. An amendment that pertains only to football shall be rescinded in the applicable subdivision upon submission of rescission requests from at least two-thirds of all active Football Bowl Subdivision or Football Championship Subdivision institutions that are eligible to submit a request. *(Adopted: 8/7/14 effective 8/1/15)*

**5.3.2.2.8 Other Rules and Procedures.** The Board of Directors may approve such additional rules and procedures governing the legislative process consistent with the provisions of this section (Constitution 5.3.2) as it determines are necessary to ensure an efficient process to meet the legislative needs of the membership. *(Adopted: 1/9/96 effective 8/1/97)*

## 5.3.3 Sponsorship—Amendments to Dominant Provisions.

**5.3.3.1 Amendment. [\*]** An amendment to a dominant provision of Constitution 1 and 2 and elsewhere may be sponsored by the Board of Governors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**5.3.3.2 Amendment-to-Amendment. [*]** An amendment-to-amendment to a dominant provision of Constitution 1 and 2 and elsewhere may be sponsored by the Board of Governors. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**5.3.3.3 Editorial Changes. [*]** The presiding officer may permit changes in the wording of proposed amendments of a purely editorial nature or to correct typographical errors.

## 5.3.4 Sponsorship—Amendments to Division Dominant Provisions.

**5.3.4.1 Amendment.** An amendment to a division dominant provision may be introduced to the Board of Directors by any one regular or alternate member of the Board. *(Adopted: 1/9/96, Revised: 1/14/97 effective 8/1/97)*

**5.3.4.2 Amendment-to-Amendment.** An amendment-to-amendment to a division dominant provision may be introduced to the Board of Directors by any one regular or alternate member of the Board. *(Adopted: 1/9/96, Revised: 1/14/97 effective 8/1/97)*

**5.3.4.3 Editorial Changes.** The presiding officer may permit changes in the wording of a proposed amendment of a purely editorial nature or to correct typographical errors. *(Adopted: 1/9/96 effective 8/1/97)*

## 5.3.5 Submission Deadline.

### 5.3.5.1 Dominant Provisions.

**5.3.5.1.1 Amendments. [*]** Amendments to dominant provisions of Constitution 1 and 2 and elsewhere shall be sponsored by the Board of Governors in accordance with the following deadlines: *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

(a) Annual Convention—September 1.

(b) Special Convention—Ninety days before a special Convention.

**5.3.5.1.1.1 Exception. [*]** The Board of Governors, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**5.3.5.1.2 Amendments-to-Amendments. [*]** The Board of Governors must submit amendments to its original proposals in writing and such amendments-to-amendments must be submitted not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original proposal. Any amendment to a proposed amendment submitted after September 15 shall not increase the modification of the original proposal and must be submitted in writing not later than 5 p.m. Eastern time November 1 before an annual Convention or 60 days before a special Convention. The Board of Governors may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided the proposed amendment-to-amendment has been approved by two-thirds of the Board of Governors and copies are distributed before or during the business session. *(Adopted: 1/9/96 effective 8/1/97, Revised: 3/1/06, 10/30/14)*

### 5.3.5.2 Division Dominant Provisions.

**5.3.5.2.1 Amendments.** Amendments to division dominant provisions shall be sponsored by the appropriate divisional presidential administrative group in accordance with the following deadlines: *(Adopted: 1/9/96 effective 8/1/97)*

(a) Annual Convention—September 1.

(b) Special Convention—Ninety days before a special Convention.

**5.3.5.2.1.1 Exception.** A divisional presidential administrative group, by a two-thirds majority of its members present and voting, may establish a later date for the submission of amendments for an annual Convention when a special Convention is held after September 1. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.5.2.2 Amendments-to-Amendments.** The appropriate divisional presidential administrative group must submit amendments to its original proposals in writing and such amendments must be submitted not later than 5 p.m. Eastern time September 15, unless the amendment-to-amendment does not increase the modification specified in the original proposal. Any amendment to a proposed amendment submitted after September 15 shall not increase the modification of the original proposal and must be submitted in writing not later than 5 p.m. Eastern time November 1 before an annual Convention or 60 days before a special Convention. A divisional presidential administrative group may propose amendments-to-amendments at the time of the Convention without meeting these procedural requirements, provided the proposed amendment-to-amendment has been approved by two-thirds of the divisional presidential administrative group and copies are distributed before or during the appropriate business session. *(Adopted: 1/9/96 effective 8/1/97, Revised: 3/1/06)*

### 5.3.6 Notification to Membership.

#### 5.3.6.1 Amendments to Dominant Provisions.

**5.3.6.1.1 Initial Publication. [*]** Amendments to dominant provisions of Constitution 1 and 2 and elsewhere sponsored by the Board of Governors shall be published for the information of the membership as follows: *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

(a) Not later than September 23 for an annual Convention.

(b) Not later than 75 days before a special Convention.

**5.3.6.1.2 Official Notice. [*]** A copy of the proposed amendments shall be mailed to all members of the Association not later than November 15 before an annual Convention or 45 days before a special Convention. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.6.1.3 Delayed Date. [*]** If the Board of Governors establishes a date later than July 15 or September 1 for the submission of amendments to dominant provisions for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**5.3.6.1.4 Amendments-to-Amendments. [*]** Copies of all amendments-to-amendments to dominant provisions submitted by the Board of Governors in accordance with the September 15 deadline shall be published by September 23. Copies of all other amendments-to-amendments submitted by the November 1 deadline shall be published in the Official Notice of the Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

#### 5.3.6.2 Amendments to Division Dominant Provisions.

**5.3.6.2.1 Initial Publication.** Amendments to division dominant provisions sponsored by a divisional presidential administrative group shall be published for the information of the membership as follows: *(Adopted: 1/19/96 effective 8/1/97)*

(a) Not later than September 22 for an annual Convention.

(b) Not later than 75 days before a special Convention.

**5.3.6.2.2 Official Notice.** A copy of the proposed amendments shall be made available not later than November 15 before an annual Convention or 45 days preceding a special Convention. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.6.2.3 Delayed Date.** If a divisional presidential administrative group establishes a date later than July 15 or September 1 for the submission of amendments to division dominant provisions for an annual Convention, it, by a two-thirds majority of its members present and voting, may establish a later date for publishing copies of the proposed amendments for information of the membership. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.6.2.4 Amendments-to-Amendments.** Copies of all amendments-to-amendments to division dominant provisions submitted by a divisional presidential administrative group pursuant to the September 15 deadline shall be published by September 22. Copies of all other amendments-to-amendments submitted by the November 1 deadline shall be published in the Official Notice of the Convention. *(Adopted: 1/9/96 effective 8/1/97)*

### 5.3.7 Adoption of Amendment, Voting Requirements.

**5.3.7.1 Voting Requirement Determination. [*]** The Board of Governors shall be authorized to determine the voting requirement for an amendment when the voting requirement is not obvious from the content or context of the legislation. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

**5.3.7.2 Dominant Provision. [*]** Adoption of an amendment to a dominant provision of Constitution 1 and 2 and elsewhere shall require a two-thirds majority vote of all delegates present and voting in joint session at an annual or special Convention of the Association. *(Revised: 1/9/96 effective 8/1/97)*

**5.3.7.3 Division Dominant Provision.** Adoption of an amendment to a division dominant provision shall require a two-thirds majority vote of all delegates of the affected division present and voting at a division's annual or special Convention. *(Adopted: 1/9/96 effective 8/1/97, Revised: 12/5/06)*

### 5.3.8 Adoption of Amendment-to-Amendment, Voting Requirements.

**5.3.8.1 Dominant Provision. [*]** A proposed amendment to an amendment of a dominant provision of Constitution 1 and 2 and elsewhere shall be approved by a majority vote of all delegates present and voting. *(Revised: 1/9/96 effective 8/1/97)*

**5.3.8.2 Division Dominant Provision.** A proposed amendment to an amendment of a division dominant provision shall be approved by a majority vote of the delegates of the affected division present and voting. *(Adopted: 1/9/96 effective 8/1/97)*

*2017-18 Division I – August*

**5.3.9 Special Voting Requirements. [*]** The following topics are subject to special voting requirements.

**5.3.9.1 National Collegiate Championship. [*]** A National Collegiate Championship per Bylaw 18.02.1.1 may be established by action of all three divisions acting through each division's governance structure, subject to all requirements, standards and conditions prescribed in Bylaw 18.2. *(Revised: 1/14/97 effective 8/1/97)*

**5.3.9.2 Division Championship.** A division championship per Bylaw 18.02.1.2 may be established by a majority vote of the Board of Directors subject to all requirements, standards and conditions prescribed in Bylaw 18.2. *(Revised: 1/9/96 effective 8/1/97)*

**5.3.9.3 Voting on Football Issues.** An active member or voting member conference with no football program shall not be permitted to vote on issues affecting only football. *(Revised: 1/9/96 effective 8/1/97)*

**5.3.9.4 Challenged Action. [*]** The action of any specific division challenged by the Board of Governors as being contrary to the basic purposes, fundamental policies and general principles set forth in the Association's constitution may be overridden by the Association's entire membership by a two-thirds majority vote of those institutions voting. *(Adopted: 1/9/96 effective 8/1/97, Revised: 10/30/14)*

**5.3.10 Intent and Rationale.**

**5.3.10.1 Amendments to Dominant Provisions. [*]** All amendments to dominant provisions of Constitution 1 and 2 and elsewhere shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and, if applicable, a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.10.2 Amendments to Division Dominant Provisions.** All amendments to division dominant provisions shall include a statement of intent and a separate statement of rationale. The statement of rationale shall not exceed 200 words in length. All amendments-to-amendments shall include a statement of intent and, if applicable, a cost estimate. An amendment-to-amendment also may include a statement of rationale that shall not exceed 50 words in length. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.11 Effective Date.**

**5.3.11.1 Dominant Provisions. [*]** All amendments to dominant provisions of Constitution 1 and 2 and elsewhere shall become effective not earlier than the first day of August following adoption by the Convention. *(Revised: 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/97)*

**5.3.11.1.1 Alternative to August 1 Effective Date. [*]** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date prior to the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective upon adjournment of the Convention. *(Revised: 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/97)*

**5.3.11.2 Division Dominant Provisions.** All amendments to division dominant provisions shall become effective not earlier than the first day of August following adoption by the Convention. *(Adopted: 1/9/96 effective 8/1/97)*

**5.3.11.2.1 Alternative to August 1 Effective Date.** If a voting delegate wishes to propose an immediate effective date, or to propose any other effective date prior to the first day of August, a two-thirds majority of all delegates present and eligible to vote on the amendment is required to approve the immediate or alternative effective date. Those amendments specified as being effective immediately shall become effective upon adjournment of the Convention. *(Revised: 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/97)*

**5.3.12 Reconsideration.**

**5.3.12.1 Vote on Dominant Provisions. [*]** Prior to the adjournment of any Convention, an affirmative or negative vote on an amendment to a provision of Constitution 1 and 2 and elsewhere may be subjected to one motion for reconsideration of that action by any member who voted on the prevailing side in the original consideration. *(Revised: 1/9/96 effective 8/1/97)*

**5.3.12.2 Vote on Division Dominant Provisions.** Prior to adjournment of any Convention, an affirmative or negative vote on an amendment to a division dominant provision may be subjected to one motion for reconsideration of that action by any member who voted on the prevailing side in the original consideration. Reconsideration of the vote must occur in the appropriate division business session. *(Adopted: 1/9/96 effective 8/1/97)*

## 5.4 Other Legislative and Amendment Procedures.

### 5.4.1 Interpretations of Constitution and Bylaws.

**5.4.1.1 Authorization.** The Board of Directors and the Council, and the Interpretations Committee in the interim between meetings of the Board of Directors and Council, are empowered to make interpretations of the constitution and bylaws (see Constitution 5.2.5). *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14, 4/16/15)*

**5.4.1.1.1  Modification of Wording.**  In addition to its general authority to make binding interpretations of NCAA legislation, the Council, by a two-thirds majority of its members present and voting, may interpret legislation consistent with the intent of the membership in adopting the legislation if sufficient documentation and testimony are available to establish clearly that the wording of the legislation is inconsistent with that intent. The Council shall initiate the legislative process to confirm any such interpretations. *(Revised: 1/9/96 effective 8/1/97, 11/1/07 effective 8/1/08, 8/7/14)*

**5.4.1.2  Interpretation Process.**

**5.4.1.2.1  Staff Interpretation (Determination).**  The academic and membership affairs staff shall respond to a request from a member institution for an interpretation of NCAA rules. *(Revised: 1/14/97 effective 8/1/97, 8/5/04, 4/24/08)*

**5.4.1.2.1.1  Appeal of Staff Interpretation.**  An institution may appeal a staff interpretation to the Interpretations Committee. Such a request must be submitted in writing by the institution's conference or by one of the five individuals who are authorized to request interpretations on behalf of the institution (president or chancellor, faculty athletics representative, athletics director, senior woman administrator, senior compliance administrator, or a designated substitute for the president or chancellor and/or athletics director, as specified in writing to the national office). *(Revised: 1/10/91, 1/11/94, 1/14/97 effective 8/1/97, 8/5/04, 3/8/06, 4/24/08, 4/16/15)*

**5.4.1.2.1.1.1  Institutional Participation.**  An institution may participate by teleconference in the appeal of an interpretation if the activity at issue already has occurred and the interpretative decision could result in an individual or institutional violation. The Interpretations Committee shall establish policies and procedures relating to an institution's participation. *(Adopted: 4/25/02, Revised: 8/5/04, 4/24/08, 4/16/15)*

**5.4.1.2.1.2  Review of Staff Interpretations.**  The Interpretations Committee shall review all staff interpretations. *(Adopted: 4/24/08, Revised: 4/16/15)*

**5.4.1.2.1.3  Publication and Notification.**  A staff interpretation shall be binding on the requesting institution on notification of the response to its interpretation request, unless the interpretation is modified or reversed on appeal or review by the Interpretations Committee. A staff interpretation that has been reviewed and approved by the Interpretations Committee shall be binding on all other institutions on publication to the membership (e.g., announced on the NCAA website or Legislative Services Database for the Internet). *(Adopted: 4/24/08, Revised: 4/16/15)*

**5.4.1.2.2  Review of Interpretations Committee's Decision.**  The Council shall review all interpretations issued by the Interpretations Committee and may approve, reverse or modify such interpretations. A member institution may appeal a decision of the Interpretations Committee to the Council. The appeal must be submitted in writing by the institution's president or chancellor, faculty athletics representative or director of athletics. The Council shall establish the procedures for such an appeal. A decision of the Council is final and no additional appeal opportunity shall exist for a member institution. *(Adopted: 1/11/94, Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 8/5/04, 3/8/06, 11/1/07 effective 8/1/08, 10/28/10, 8/7/14, 4/16/15)*

**5.4.1.2.3  Publication and Notification.**  Interpretations issued by the Interpretations Committee shall be binding on notification to affected institutions and on all member institutions after publication and notification to the membership. *(Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 8/5/04, 4/16/15)*

**5.4.1.2.4  Revision.**  Interpretations approved by the Council may not be revised by the Interpretations Committee. The Interpretations Committee may only recommend to the Council revisions of such interpretations. *(Revised: 1/9/96 effective 8/1/97, 1/14/97 effective 8/1/97, 8/5/04, 11/1/07 effective 8/1/08, 8/7/14, 4/16/15)*

**5.4.1.3  Subcommittee for Legislative Relief of the Council.**  An institution may appeal a decision of the NCAA staff regarding the application of NCAA legislation to a particular situation to the subcommittee when no other entity (other than the Board of Directors) has the authority to act. In reaching its decision, the subcommittee shall review the complete record in order to determine whether there is sufficient basis to grant relief from the application of the legislation. The Council shall establish the process for such a review, shall monitor the actions taken under this authorization, and shall report annually to the membership the actions taken, in summary, aggregate form. *(Adopted: 1/16/93, Revised: 1/9/96 effective 8/1/97, 11/1/00, 11/1/07 effective 8/1/08, 8/7/14, 10/29/15)*

**5.4.2  Resolutions.**

**5.4.2.1  Authorization. [*]**  Legislation pertaining to one or more divisions may be enacted through resolutions not inconsistent with the constitution, bylaws (including administrative bylaws) and special rules of order.

**5.4.2.2  Scope and Application. [*]**  Legislation enacted through resolutions shall be of a temporary nature, effective only for a limited time as specified in the resolution itself.

*2017-18 Division I – August*

### 5.4.2.3 Dominant Provisions.

**5.4.2.3.1 Sponsorship. [*]** A resolution related to the dominant provisions of Constitution 1 and 2 and elsewhere may be sponsored by the Board of Governors. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

**5.4.2.3.2 Submission Deadline. [*]** A proposed resolution related to the dominant provisions of Constitution 1 and 2 and elsewhere must be submitted prior to November 1. The Board of Governors may sponsor resolutions at the time of the Convention without meeting this deadline provided the proposed resolution has been approved by a two-thirds vote of the Board of Governors and copies are distributed during the business sessions. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

**5.4.2.3.3 Voting Requirements.**

**5.4.2.3.3.1 Adoption—Annual/Special Convention. [*]** Adoption of a resolution shall require a majority vote of the delegates present and voting at an annual or special Convention. *(Revised: 1/9/96 effective 8/1/97)*

**5.4.2.3.3.2 Mail Ballot. [*]** If a majority of the delegates present and voting so direct, a resolution shall be referred to the entire membership for a mail vote conducted under conditions approved by the Board of Governors. A two-thirds majority of members voting in any such mail vote shall be required for the enactment of the legislation proposed in the resolution. *(Revised: 1/9/96 effective 8/1/97, 10/30/14)*

### 5.4.2.4 Division Dominant Provisions.

**5.4.2.4.1 Sponsorship.** A resolution related to a division dominant provision may be sponsored by the appropriate divisional presidential administrative group. *(Adopted: 1/9/96 effective 8/1/97)*

**5.4.2.4.2 Submission Deadline.** A proposed resolution related to a division dominant provision must be submitted prior to November 1. A divisional presidential administrative group may sponsor resolutions at the time of the Convention without meeting this deadline provided the proposed resolution has been approved by a two-thirds majority vote of that presidential administrative group and copies are distributed during the appropriate division business sessions. *(Adopted: 1/9/96 effective 8/1/97)*

**5.4.2.4.3 Voting Requirements.**

**5.4.2.4.3.1 Adoption—Annual/Special Convention.** Adoption of a resolution shall require a majority vote of the delegates of the applicable division present and voting at an annual or special Convention. *(Adopted: 1/9/96 effective 8/1/97)*

**5.4.2.4.3.2 Mail Ballot.** If a majority of the delegates of the applicable division present and voting so direct, a resolution shall be referred to the entire membership of that division for a mail vote conducted under conditions approved by the appropriate presidential administrative group. A two-thirds majority of members of the applicable division voting in any such mail vote shall be required for the enactment of the legislation proposed in the resolution. *(Adopted: 1/9/96 effective 8/1/97)*

## 5.4.3 Special Rules of Order.

**5.4.3.1 General Business Sessions. [*]** The Association may adopt special rules of order not inconsistent with the constitution and bylaws by a two-thirds majority of the delegates present and voting at any annual or special Convention. *(Revised: 1/9/96 effective 8/1/97)*

**5.4.3.2 Division Business Sessions.** Each division may adopt special rules of order not inconsistent with the constitution and bylaws by a two-thirds majority of the delegates of the applicable division present and voting at any annual or special Convention. *(Revised: 1/9/96 effective 8/1/97)*

**5.4.3.3 Amendment Process. [*]** Proposed special rules of order and amendments to existing special rules of order shall be subject to the same procedural requirements for previous notice and amendments as prescribed in Constitution 5.3.

## 5.4.4 Statements of Division Philosophy.

**5.4.4.1 Authorization.** Each division or subdivision, through appropriate deliberative processes, may prepare a statement of division philosophy relating to the development and operation of an intercollegiate athletics program in the division or subdivision.

**5.4.4.2 Scope and Application.** Such a statement is not binding on member institutions but shall serve as a guide for the preparation of legislation by the division or subdivision and for planning and implementation of programs by institutions and conferences.

**5.4.4.3 Adoption Process.** A statement of division philosophy may be adopted through the legislative process set forth in Constitution 5.3.2. If a statement of division philosophy is adopted, it shall be published in the NCAA Manual. *(Revised: 1/9/96 effective 8/1/97)*

CONSTITUTION, ARTICLE 6

# Institutional Control

## 6.01  General Principle.

**6.01.1  Institutional Control.**  The control and responsibility for the conduct of intercollegiate athletics shall be exercised by the institution itself and by the conference(s), if any, of which it is a member. Administrative control or faculty control, or a combination of the two, shall constitute institutional control.

## 6.1  Institutional Governance.

**6.1.1  President or Chancellor.**  A member institution's president or chancellor has ultimate responsibility and final authority for the conduct of the intercollegiate athletics program and the actions of any board in control of that program. The term "president or chancellor" refers to the individual with primary executive authority for an institution and does not include an individual who has executive responsibility over a system of institutions. *(Revised: 3/8/06, 5/22/13)*

**6.1.2  Athletics Board.**  A board in control of athletics or an athletics advisory board, which has responsibility for advising or establishing athletics policies and making policy decisions, is not required. However, if such a board exists, it must conform to the following provisions.

    **6.1.2.1  Composition.**  Administration and/or faculty staff members shall constitute at least a majority of the board in control of athletics or an athletics advisory board, irrespective of the president or chancellor's responsibility and authority or whether the athletics department is financed in whole or in part by student fees. If the board has a parliamentary requirement necessitating more than a simple majority in order to transact some or all of its business, then the administrative and faculty members shall be of sufficient number to constitute at least that majority. *(Revised: 3/8/06)*

        **6.1.2.1.1  Administrator Defined.**  An administrator (for purposes of this legislation) is an individual employed by the institution as a full-time administrative staff member who holds an academic appointment, is directly responsible to the institution's president or chancellor or serves as a chief administrative official (e.g., admissions director, finance officer, department head, or athletics department head). Other nonacademic staff members and individuals who are members of an institution's board of trustees or similar governing body would not be considered to be administrators for purposes of this regulation. *(Revised: 3/8/06)*

        **6.1.2.1.2  Board Subcommittee.**  If a board subcommittee is appointed, it is not necessary for the subcommittee to have majority control by administration and/or faculty members (see Constitution 6.1.2.1), provided all actions of the subcommittee are approved by the entire board before becoming effective. However, if the subcommittee's actions are effective permanently or become effective immediately and remain in effect until reviewed by the entire board at a later date, the subcommittee's membership must satisfy the majority-control requirement.

        **6.1.2.1.3  Attendance.**  A parliamentary majority of administrators and faculty members of a board in control of athletics is not required to be present at any single meeting in order to conduct business.

    **6.1.2.2  Chair or Voting Delegate.**  Only an administrator or faculty member (as opposed to a student, alumnus or governing board member) may serve as chair of a member institution's board in control of intercollegiate athletics or represent the board as the institution's voting delegate at Conventions. Institutional representatives in these positions have responsibility for advising or establishing athletics policies and making policy decisions that require administrative and/or faculty control.

**6.1.3  Faculty Athletics Representative.**  A member institution shall designate an individual to serve as faculty athletics representative. An individual so designated after January 12, 1989, shall be a member of the institution's faculty or an administrator who holds faculty rank and shall not hold an administrative or coaching position in the athletics department. Duties of the faculty athletics representative shall be determined by the member institution. *(Adopted: 1/11/89)*

**6.1.4  Student-Athlete Advisory Committee.**  Each institution shall establish a student-athlete advisory committee for its student-athletes. The composition and duties of the committee shall be determined by the institution. *(Adopted: 1/10/95 effective 8/1/95)*

## 6.2  Budgetary Control.

**6.2.1  Normal Budgeting Procedures.**  The institution's annual budget for its intercollegiate athletics programs shall be controlled by the institution and subject to its normal budgeting procedures.

**6.2.2 President or Chancellor Approval.** The institution's president or chancellor or an institutional administrator designated by the president or chancellor from outside the athletics department shall approve the annual budget in the event that the institution's normal budgeting procedures do not require such action. *(Revised: 3/8/06)*

## 6.3 Exit Interviews.

The institution's director of athletics, senior woman administrator or designated representatives (excluding coaching staff members) shall conduct exit interviews in each sport with a sample of student-athletes (as determined by the institution) whose eligibility has expired. Interviews shall include questions regarding the value of the students' athletics experiences, the extent of the athletics time demands encountered by the student-athletes, proposed changes in intercollegiate athletics and concerns related to the administration of the student-athletes' specific sports. *(Adopted: 1/10/91 effective 8/1/91, Revised: 8/7/14)*

## 6.4 Responsibilities for Actions of Outside Entities.

**6.4.1 Independent Agencies or Organizations.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of an independent agency, corporate entity (e.g., apparel or equipment manufacturer) or other organization when a member of the institution's executive or athletics administration, or an athletics department staff member, has knowledge that such agency, corporate entity or other organization is promoting the institution's intercollegiate athletics program. *(Revised: 2/16/00)*

**6.4.2 Representatives of Athletics Interests.** An institution's "responsibility" for the conduct of its intercollegiate athletics program shall include responsibility for the acts of individuals, a corporate entity (e.g., apparel or equipment manufacturer) or other organization when a member of the institution's executive or athletics administration or an athletics department staff member has knowledge or should have knowledge that such an individual, corporate entity or other organization: *(Revised: 2/16/00)*

(a) Has participated in or is a member of an agency or organization as described in Constitution 6.4.1;

(b) Has made financial contributions to the athletics department or to an athletics booster organization of that institution;

(c) Has been requested by the athletics department staff to assist in the recruitment of prospective student-athletes or is assisting in the recruitment of prospective student-athletes;

(d) Has assisted or is assisting in providing benefits to enrolled student-athletes; or

(e) Is otherwise involved in promoting the institution's athletics program.

**6.4.2.1 Agreement to Provide Benefit or Privilege.** Any agreement between an institution (or any organization that promotes, assists or augments in any way the athletics interests of the member institution, including those identified per Constitution 6.4.1) and an individual who, for any consideration, is or may be entitled under the terms of the agreement to any benefit or privilege relating to the institution's athletics program, shall contain a specific clause providing that any such benefit or privilege may be withheld if the individual has engaged in conduct that is determined to be a violation of NCAA legislation. The clause shall provide for the withholding of the benefit or privilege from a party to the agreement and any other person who may be entitled to a benefit or privilege under the terms of the agreement. *(Adopted: 1/10/95)*

**6.4.2.2 Retention of Identity as "Representative."** Any individual participating in the activities set forth in Constitution 6.4.2 shall be considered a "representative of the institution's athletics interests," and once so identified as a representative, it is presumed the person retains that identity.

BYLAW, ARTICLE 10

# Ethical Conduct

## 10.01 General Principle.

**10.01.1 Honesty and Sportsmanship.** Individuals employed by (or associated with) a member institution to administer, conduct or coach intercollegiate athletics and all participating student-athletes shall act with honesty and sportsmanship at all times so that intercollegiate athletics as a whole, their institutions and they, as individuals, shall represent the honor and dignity of fair play and the generally recognized high standards associated with wholesome competitive sports.

## 10.02 Definitions and Applications.

**10.02.1 Sports Wagering. [#]** Sports wagering includes placing, accepting or soliciting a wager (on a staff member's or student-athlete's own behalf or on the behalf of others) of any type with any individual or organization on any intercollegiate, amateur or professional team or contest. Examples of sports wagering include, but are not limited to, the use of a bookmaker or parlay card; Internet sports wagering; auctions in which bids are placed on teams, individuals or contests; and pools or fantasy leagues in which an entry fee is required and there is an opportunity to win a prize. *(Adopted: 4/26/07 effective 8/1/07)*

**10.02.2 Wager. [#]** A wager is any agreement in which an individual or entity agrees to give up an item of value (e.g., cash, shirt, dinner) in exchange for the possibility of gaining another item of value. *(Adopted: 4/26/07 effective 8/1/07)*

## 10.1 Unethical Conduct.

Unethical conduct by a prospective or enrolled student-athlete or a current or former institutional staff member, which includes any individual who performs work for the institution or the athletics department even if he or she does not receive compensation for such work, may include, but is not limited to, the following: *(Revised: 1/10/90, 1/9/96, 2/22/01, 8/4/05, 4/27/06, 1/8/07, 5/9/07, 10/23/07, 5/6/08, 1/16/10, 10/5/10, 4/28/16 effective 8/1/16)*

(a) Refusal to furnish information relevant to an investigation of a possible violation of an NCAA regulation when requested to do so by the NCAA or the individual's institution;

(b) Knowing involvement in offering or providing a prospective or an enrolled student-athlete an improper inducement or extra benefit or improper financial aid;

(c) Knowingly furnishing or knowingly influencing others to furnish the NCAA or the individual's institution false or misleading information concerning an individual's involvement in or knowledge of matters relevant to a possible violation of an NCAA regulation;

(d) Receipt of benefits by an institutional staff member for facilitating or arranging a meeting between a student-athlete and an agent, financial advisor or a representative of an agent or advisor (e.g., "runner");

(e) Knowing involvement in providing a banned substance or impermissible supplement to student-athletes, or knowingly providing medications to student-athletes contrary to medical licensure, commonly accepted standards of care in sports medicine practice, or state and federal law. This provision shall not apply to banned substances for which the student-athlete has received a medical exception per Bylaw 31.2.3.2; however, the substance must be provided in accordance with medical licensure, commonly accepted standards of care and state or federal law;

(f) Engaging in any athletics competition under an assumed name or with intent to otherwise deceive; or

(g) Failure to provide complete and accurate information to the NCAA, the NCAA Eligibility Center or the institution's athletics department regarding an individual's amateur status.

## 10.2 Knowledge of Use of Banned Drugs.

A member institution's athletics department staff members or others employed by the intercollegiate athletics program who have knowledge of a student-athlete's use at any time of a substance within the banned-drug classes, as set forth in Bylaw 31.2.3.1, shall follow institutional procedures dealing with drug abuse or shall be subject to disciplinary or corrective action as set forth in Bylaw 19.9.

## 10.3 Sports Wagering Activities. [#]

The following individuals shall not knowingly participate in sports wagering activities or provide information to individuals involved in or associated with any type of sports wagering activities concerning intercollegiate, amateur or professional athletics competition: *(Adopted: 4/26/07 effective 8/1/07)*

**10**

**ETHICAL CONDUCT**

(a) Staff members of an institution's athletics department;

(b) Nonathletics department staff members who have responsibilities within or over the athletics department (e.g., chancellor or president, faculty athletics representative, individual to whom athletics reports);

(c) Staff members of a conference office; and

(d) Student-athletes.

**10.3.1 Scope of Application. [#]** The prohibition against sports wagering applies to any institutional practice or any competition (intercollegiate, amateur or professional) in a sport in which the Association conducts championship competition, in bowl subdivision football and in emerging sports for women. *(Adopted: 4/26/07 effective 8/1/07)*

 **10.3.1.1 Exception. [#]** The provisions of Bylaw 10.3 are not applicable to traditional wagers between institutions (e.g., traditional rivalry) or in conjunction with particular contests (e.g., bowl games). Items wagered must be representative of the involved institutions or the states in which they are located. *(Adopted: 4/26/07 effective 8/1/07)*

**10.3.2 Sanctions. [#]** The following sanctions for violations of Bylaw 10.3 shall apply: *(Adopted: 4/27/00 effective 8/1/00, Revised: 4/26/07 effective 8/1/07)*

(a) A student-athlete who engages in activities designed to influence the outcome of an intercollegiate contest or in an effort to affect win-loss margins ("point shaving") or who participates in any sports wagering activity involving the student-athlete's institution shall permanently lose all remaining regular-season and postseason eligibility in all sports.

(b) A student-athlete who participates in any sports wagering activity through the Internet, a bookmaker or a parlay card shall be ineligible for all regular-season and postseason competition for a minimum period of one year from the date of the institution's determination that a violation occurred and shall be charged with the loss of a minimum of one season of eligibility. If the student-athlete is determined to have been involved in a later violation of any portion of Bylaw 10.3, the student-athlete shall permanently lose all remaining regular-season and postseason eligibility in all sports.

# 10.4 Disciplinary Action. [#]

Prospective or enrolled student-athletes found in violation of the provisions of this regulation shall be ineligible for further intercollegiate competition, subject to appeal to the Committee on Student-Athlete Reinstatement for restoration of eligibility. (See Bylaw 10.3.2 for sanctions of student-athletes involved in violations of Bylaw 10.3.) Institutional staff members found in violation of the provisions of this regulation shall be subject to disciplinary or corrective action as set forth in Bylaw 19.9, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 1/10/90, 4/27/00 effective 8/1/00, 4/26/07 effective 8/1/07, 7/31/14)*

BYLAW, ARTICLE 11

# Conduct and Employment of Athletics Personnel

## 11.01 Definitions and Applications.

**11.01.1 Bonus.** A bonus is a direct cash payment over and above an athletics department staff member's institutional salary in recognition of a specific and extraordinary achievement (see Bylaw 11.3.2.3).

**11.01.2 Coach, Head or Assistant. [A]** A head or assistant coach is any coach who is designated by the institution's athletics department to perform coaching duties and who serves in that capacity on a volunteer or paid basis. *(Revised: 1/10/91 effective 8/1/92, 8/7/14)*

**11.01.3 Coach, Graduate Assistant—Bowl Subdivision Football. [FBS]** In bowl subdivision football, a graduate assistant coach is any coach who has received a baccalaureate degree and has either received his or her first baccalaureate degree or has exhausted athletics eligibility (whichever occurs later) within the previous seven years and qualifies for appointment as a graduate assistant under the policies of the institution. The individual is not required to be enrolled in a specific graduate degree program unless required by institutional policy. The following provisions shall apply: *(Revised: 1/11/89, 1/10/91, 1/10/92, 1/16/93, 1/9/96 effective 8/1/96, 11/1/01 effective 8/1/02, 5/25/06, 12/15/06, 1/8/07 effective 8/1/07, 11/1/07 effective 8/1/08, 1/16/10 effective 8/1/10, 4/29/10 for new appointments, 1/15/11 effective 8/1/11, 4/26/12, 8/21/12, 1/19/13 effective 8/1/13, 10/21/13)*

(a) The individual shall be enrolled in at least 50 percent of the institution's minimum regular graduate program of studies, except that during his or her final semester or quarter of the degree program, he or she may be enrolled in less than 50 percent of the institution's minimum regular program, provided he or she is carrying (for credit) the courses necessary to complete the degree requirements. If the individual fails to complete all degree requirements during the term in which he or she is enrolled in less than 50 percent of the institution's minimum regular program, the result shall be an institutional violation per Constitution 2.8.1. An institution may appoint a midyear replacement graduate assistant coach who is enrolled in less than 50 percent of the institution's minimum regular graduate program of studies (or is not yet enrolled), provided the graduate assistant coach has been accepted for enrollment in a graduate program beginning with the next regular academic term;

(b) The individual may not receive compensation or remuneration in excess of the value of a full grant-in-aid for a full-time student, based on the resident status of that individual, and the receipt of four complimentary tickets to the institution's intercollegiate football and basketball games;

(c) Graduate and postgraduate financial assistance administered outside the institution (e.g., NCAA postgraduate scholarship) shall be excluded from the individual's limit on remuneration, provided such assistance is awarded through an established and continuing program to aid graduate students and the donor of the assistance does not restrict the recipient's choice of institutions;

(d) The individual may not serve as a graduate assistant coach for a period of more than two years except that if the individual successfully completes 24-semester or 36-quarter hours during the initial two-year period, the individual may serve as a graduate assistant coach for a third year;

(e) Compensation for employment from a source outside the institution during the academic year shall be excluded from the individual's limit on remuneration, provided the institution does not arrange such employment and the compensation is for work actually performed. The member institution may not arrange on- or off-campus employment opportunities except for summer employment, which is permissible regardless of whether the student remains enrolled in the graduate program during the summer;

(f) A graduate student coach may accept employment benefits available to all institutional employees (e.g., life insurance, health insurance, disability insurance), as well as expenses to attend the convention of the national coaches association in the coach's sport, without the value of those benefits being included;

(g) The individual may receive cash to cover unitemized incidental expenses during travel and practice for NCAA championship events or postseason bowl contests in accordance with the parameters by which student-athletes may receive such expenses pursuant to Bylaw 16.8.1.1;

(h) The institution may provide actual and necessary expenses for the individual's spouse and children to attend a postseason football bowl game or an NCAA championship; and

(i) The individual may not evaluate or contact prospective student-athletes off campus, regardless of whether compensation is received for such activities. The individual may not perform recruiting coordination functions (see Bylaw 11.7.2); however, it is permissible for a graduate assistant coach to make telephone calls to prospective student-athletes, provided the coach has successfully completed the coaches' certification examination per Bylaw 11.5.1.1.

11

PERSONNEL

**11.01.3.1 Replacement of Graduate Assistant Coach. [FBS]** The compensation or remuneration set forth in Bylaw 11.01.3 shall be charged against an academic year. Once the amount set forth in Bylaw 11.01.3-(b) is paid to a graduate assistant coach for that academic year, additional funds may not be spent on a replacement until the start of the next academic year, even though the graduate assistant coach leaves the institution's athletics program during the academic year. *(Adopted: 1/11/94, Revised: 1/9/06 effective 8/1/06, 12/15/06, 1/8/07 effective 8/1/07)*

**11.01.4 Coach, Graduate Assistant—Women's Rowing. [A]** In women's rowing, a graduate assistant coach is any coach who has received a baccalaureate degree and qualifies for appointment as a graduate assistant under the policies of the institution. The individual is not required to be enrolled in a specific graduate degree program unless required by institutional policy. The following provisions shall apply: *(Adopted: 1/9/06 effective 8/1/06, Revised: 5/25/06, 1/8/07 effective 8/1/07, 11/1/07 effective 8/1/08, 1/16/10 effective 8/1/10, 1/15/11 effective 8/1/11, 4/26/12, 8/21/12, 1/19/13 effective 8/1/13, 10/21/13, 8/7/14)*

(a) The individual shall be enrolled in at least 50 percent of the institution's minimum regular graduate program of studies, except that during his or her final semester or quarter of the degree program, he or she may be enrolled in less than 50 percent of the institution's minimum regular program, provided he or she is carrying (for credit) the courses necessary to complete the degree requirements. If the individual fails to complete all degree requirements during the term in which he or she is enrolled in less than 50 percent of the institution's minimum regular program, the result shall be an institutional violation per Constitution 2.8.1. An institution may appoint a midyear replacement graduate assistant coach who is enrolled in less than 50 percent of the institution's minimum regular graduate program of studies (or is not yet enrolled), provided the graduate assistant coach has been accepted for enrollment in a graduate program beginning with the next regular academic term;

(b) The individual may not receive compensation or remuneration in excess of the value of a full grant-in-aid for a full-time student, based on the resident status of that individual, and the receipt of four complimentary tickets to the institution's intercollegiate football and basketball games;

(c) Graduate and postgraduate financial assistance administered outside the institution (e.g., NCAA postgraduate scholarship) shall be excluded from the individual's limit on remuneration, provided such assistance is awarded through an established and continuing program to aid graduate students and the donor of the assistance does not restrict the recipient's choice of institutions;

(d) The individual may not serve as a graduate assistant coach for a period of more than two years except that if the individual successfully completes 24-semester or 36-quarter hours during the initial two-year period, the individual may serve as a graduate assistant coach for a third year;

(e) Compensation for employment from a source outside the institution during the academic year shall be excluded from the individual's limit on remuneration, provided the institution does not arrange such employment and the compensation is for work actually performed. The member institution may not arrange on- or off-campus employment opportunities except for summer employment, which is permissible regardless of whether the student remains enrolled in the graduate program during the summer;

(f) A graduate student coach may accept employment benefits available to all institutional employees (e.g., life insurance, health insurance, disability insurance), as well as expenses to attend the convention of the national coaches association in the coach's sport, without the value of those benefits being included;

(g) The individual may receive cash to cover unitemized incidental expenses during travel and practice for NCAA championship events in accordance with the parameters by which student-athletes may receive such expenses pursuant to Bylaw 16.8.1.1;

(h) The institution may provide actual and necessary expenses for the individual's spouse and children to attend the season-ending tournament(s) specified in Bylaw 17.15.5.3-(b); and

(i) The individual may not evaluate or contact prospective student-athletes off campus, regardless of whether compensation is received for such activities. The individual may not perform recruiting coordination functions (see Bylaw 11.7.2); however, it is permissible for a graduate assistant coach to make telephone calls to prospective student-athletes, provided the coach has successfully completed the coaches' certification examination per Bylaw 11.5.1.1.

**11.01.4.1 Replacement of Graduate Assistant Coach. [A]** The compensation or remuneration set forth in Bylaw 11.01.4 shall be charged against an academic year. Once the amount set forth in Bylaw 11.01.4-(b) is paid to a graduate assistant coach for that academic year, additional funds may not be spent on a replacement until the start of the next academic year, even though the graduate assistant coach leaves the institution's athletics program during the academic year. *(Adopted: 1/9/06 effective 8/1/06, Revised: 1/8/07 effective 8/1/07)*

**11.01.5 Coach, Student Assistant. [A]** A student assistant coach is any coach who is a student-athlete who has exhausted his or her eligibility in the sport or has become injured to the point that he or she is unable to practice or compete ever again, and who meets the following additional criteria: *(Revised: 1/9/96, 1/12/04 effective 8/1/04, 3/10/04, 5/26/06, 8/11/09, 4/29/10 effective 8/1/10, 8/7/14, 1/15/16 effective 8/1/16)*

(a) Is enrolled at the institution at which he or she most recently participated in intercollegiate athletics;

(b) Is enrolled as a full-time graduate student within his or her five-year period of eligibility (see Bylaw 12.8) or is enrolled as a full-time undergraduate student in his or her first baccalaureate degree program, except that during his or her final semester or quarter of the degree program, he or she may be enrolled in less than a full-time degree program of studies, provided he or she is carrying (for credit) the courses necessary to complete the degree requirements;

(c) Is receiving no compensation or remuneration for coaching duties from the institution other than the financial aid that could be received as a student-athlete and expenses incurred on road trips that are received by individual team members; and

(d) Is not involved in contacting and evaluating prospective student-athletes off campus or scouting opponents off campus and does not perform recruiting coordination functions (see Bylaw 11.7.2).

**11.01.6 Coach, Volunteer. [A]** In sports other than football and basketball, a volunteer coach is any coach who does not receive compensation or remuneration from the institution's athletics department or any organization funded in whole or in part by the athletics department or that is involved primarily in the promotion of the institution's athletics program (e.g., booster club, athletics foundation association). The following provisions shall apply: *(Revised: 1/10/92 effective 8/1/92, 1/16/93, 1/11/94, 4/26/01 effective 8/1/01, 4/29/04 effective 8/1/04, 1/10/05 effective 8/1/05, 5/26/06, 8/7/14)*

(a) The individual is prohibited from contacting and evaluating prospective student-athletes off campus or from scouting opponents off campus and may not perform recruiting coordination functions (see Bylaw 11.7.2).

(b) The individual may receive a maximum of two complimentary tickets to home athletics contests in the coach's sport.

(c) The individual may receive complimentary meals incidental to organized team activities (e.g., pre- or postgame meals, occasional meals, but not training table meals) or meals provided during a prospective student-athlete's official visit, provided the individual dines with the prospective student-athlete.

**11.01.7 Manager. [A]** A manager is an individual who performs traditional managerial duties (e.g., equipment, laundry, hydration) and meets the following additional criteria: *(Adopted: 1/16/10 effective 8/1/10, Revised: 4/29/10 effective 8/1/10, 8/7/14)*

(a) The individual shall be a full-time undergraduate or graduate student (see Bylaws 14.2.2 and 14.2.2.1.5), except that during his or her final semester or quarter of a degree program, he or she may be enrolled in less than a full-time program of studies, provided he or she is carrying (for credit) the courses necessary to complete the degree requirements;

(b) The individual may participate in limited on-court or on-field activities during practice (e.g., assist with drills, throw batting practice) or competition (e.g., assist with warm-up activities) involving student-athletes on a regular basis;

(c) The individual shall not provide instruction to student-athletes;

(d) The individual shall not participate in countable athletically related activities (e.g., practice player) except as permitted in Bylaw 11.01.7-(b); and

(e) In baseball, the individual shall forfeit any remaining eligibility in the sport at the institution at which the individual serves as a manager.

# 11.1 Conduct of Athletics Personnel.

**11.1.1 Responsibility for Violations of NCAA Regulations.** Institutional staff members found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in Bylaw 19.9, whether such violations occurred at the certifying institution or during the individual's previous employment at another member institution. *(Revised: 7/31/14)*

**11.1.1.1 Responsibility of Head Coach.** An institution's head coach is presumed to be responsible for the actions of all institutional staff members who report, directly or indirectly, to the head coach. An institution's head coach shall promote an atmosphere of compliance within his or her program and shall monitor the activities of all institutional staff members involved with the program who report, directly or indirectly, to the coach. *(Adopted: 4/28/05, Revised: 10/30/12, 7/16/14)*

**11.1.2 Use of Association Name or Affiliation.** Staff members of member institutions and others serving on the Association's committees or acting as consultants shall not use, directly or by implication, the Association's name or their affiliation with the Association in the endorsement of products or services.

**11.1.3 Representing Individuals in Marketing Athletics Ability/Reputation.** Staff members of the athletics department of a member institution shall not represent, directly or indirectly, any individual in the marketing of athletics ability or reputation to an agent, a professional sports team or a professional sports organization, including receiving compensation for arranging commercial endorsements or personal appearances for former student-athletes, except as specified in Bylaw 11.1.3.1, and shall not receive compensation or gratuities of any kind, directly or indirectly, for such services. *(Revised: 1/10/92, 1/11/94)*

**11**

**PERSONNEL**

**11.1.3.1 Exception—Professional Sports Counseling Panel and Head Coach.** An institution's professional sports counseling panel or a head coach in a sport may contact agents, professional sports teams or professional sports organizations on behalf of a student-athlete, provided no compensation is received for such services. The head coach shall consult with and report his or her activities on behalf of the student-athlete to the institution's professional sports counseling panel. If the institution has no such panel, the head coach shall consult with and report his or her activities to the president or chancellor [or an individual or group (e.g., athletics advisory board) designated by the president or chancellor]. *(Revised: 11/1/01 effective 8/1/02, 3/8/06)*

**11.1.4 Use of Tobacco Products.** The use of tobacco products is prohibited by all game personnel (e.g., coaches, trainers, managers and game officials) in all sports during practice and competition. Uniform penalties (as determined by the applicable rules-making committees and sports committees with rules-making responsibilities) shall be established for such use. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/10/95, 1/14/97 effective 8/1/97)*

**11.1.5 Strength and Conditioning Coach Certification.** A strength and conditioning coach shall be certified and maintain current certification through a nationally accredited strength and conditioning certification program. *(Adopted: 4/24/14 effective 8/1/15)*

# 11.2 Contractual Agreements.

**11.2.1 Stipulation That NCAA Enforcement Provisions Apply.** Contractual agreements or appointments between a coach and an institution shall include the stipulation that a coach who is found in violation of NCAA regulations shall be subject to disciplinary or corrective action as set forth in the provisions of the NCAA infractions process, including suspension without pay or termination of employment for significant or repetitive violations. *(Revised: 3/10/04, 7/31/14)*

# 11.3 Compensation and Remuneration.

**11.3.1 Control of Employment and Salaries.** The institution, as opposed to any outside source, shall remain in control of determining who is to be its employee and the amount of salary the employee is to receive within the restrictions specified by NCAA legislation.

**11.3.2 Income in Addition to Institutional Salary.**

**11.3.2.1 Bona Fide Outside Employment.** A staff member may earn income in addition to the institutional salary by performing services for outside groups consistent with the institution's policy related to outside income and benefits. *(Revised: 1/10/92, 4/26/01 effective 8/1/01, 4/28/16 effective 8/1/16)*

**11.3.2.2 Supplemental Pay.** An outside source is prohibited from paying or regularly supplementing an athletics department staff member's annual salary and from arranging to supplement that salary for an unspecified achievement. This includes the donation of cash from outside sources to the institution earmarked for the staff member's salary or supplemental income. It would be permissible for an outside source to donate funds to the institution to be used as determined by the institution, and it would be permissible for the institution, at its sole discretion, to use such funds to pay or supplement a staff member's salary.

**11.3.2.3 Bonuses for Specific and Extraordinary Achievement.** An institution may permit an outside individual, group or agency to supplement an athletics department staff member's salary with a direct cash payment in recognition of a specific and extraordinary achievement (e.g., contribution during career to the athletics department of the institution, winning a conference or national championship, number of games or meets won during career/season), provided such a cash supplement is in recognition of a specific achievement and is in conformance with institutional policy.

**11.3.2.4 Noninstitutional Publications That Report on Athletics Program.** Athletics department staff members shall not endorse (either orally or in writing) any noninstitutional publication dedicated primarily to reporting on an institution's athletics activities, except as provided in this section, and shall not write for such publications. *(Adopted: 1/16/93, Revised: 1/11/94, 4/26/01 effective 8/1/01)*

**11.3.2.4.1 Educational Articles.** Athletics department staff members may write educational articles related to NCAA rules and crowd control for noninstitutional publications dedicated primarily to reporting on an institution's athletics activities. *(Adopted: 1/11/94)*

**11.3.2.5 Recruiting Service Consultants.** Institutional athletics department staff members may not endorse, serve as consultants or participate on advisory panels for any recruiting or scouting service involving prospective student-athletes. *(Adopted: 1/16/93)*

**11.3.2.6 Quotations and Pictures Used to Promote a Camp.** An institution's coaching staff member may not promote a noninstitutional camp or clinic by permitting the use of his or her quotations and/or pictures in the camp or clinic brochure, unless that coaching staff member is employed by the camp. *(Adopted: 1/14/97 effective 8/1/97)*

**11.3.2.7 Consultant for or Endorsement of Noninstitutional Athletics Events Involving Prospective Student-Athletes.** An athletics department staff member may not serve as a consultant for a noninstitutional athletics event that primarily involves prospective student-athletes and may not endorse or promote such an event. *(Adopted: 1/15/11)*

**11.3.2.7.1 Exception—Actions That Indicate Approval of Content on Social Media Platforms.** An athletics department staff member may take actions (e.g., "like," "favorite," republish, etc.) on social media platforms that indicate approval of content on social media platforms that was generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. (See Bylaw 11.3.2.5.) *(Adopted: 4/28/16 effective 8/1/16)*

**11.3.2.8 Promotion or Endorsement of a Prospective Student-Athlete's Team, Coach or Athletics Facility.** An athletics department staff member shall not promote or endorse a prospective student-athlete's team or coach, or an athletics facility that is primarily used by prospective student-athletes. *(Adopted: 1/15/11)*

**11.3.2.8.1 Exception—Actions That Indicate Approval of Content on Social Media Platforms.** An athletics department staff member may take actions (e.g., "like," "favorite," republish, etc.) on social media platforms that indicate approval of content on social media platforms that was generated by users of the platforms other than institutional staff members or representatives of an institution's athletics interests. (See Bylaw 11.3.2.5.) *(Adopted: 4/28/16 effective 8/1/16)*

# 11.4 Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated With Prospective Student-Athletes.

**11.4.1 High School, Preparatory School or Two-Year College Coach.** An institution may not employ a high school, preparatory school or two-year college coach who remains a coach in the same sport at the high school, preparatory school or two-year college. This provision does not preclude employment of a high school, preparatory school or two-year college coach in a different sport. Men's and women's teams in the same sport are considered different sports for purposes of this legislation. Men's and women's teams in the same sport are considered different sports even if an athlete from the opposite gender is playing on a high school, preparatory school or two-year college men's or women's team, provided the team is classified as a separate team (as opposed to a "mixed" team) by the appropriate institution or the state high school, preparatory school or two-year college governing body. (See Bylaw 13.12.2.2 for regulations relating to the employment of high school, preparatory school or two-year college coaches in institutional camps or clinics.) *(Revised: 1/10/91, 3/16/07, 1/16/10)*

**11.4.1.1 Contract for Future Employment.** An institution is permitted to enter into a contractual agreement with a high school, preparatory school or two-year college coach for an employment opportunity that begins with the next academic year, provided the employment contract with the member institution is not contingent upon the enrollment of a prospective student-athlete and the coach does not begin any coaching duties (e.g., recruiting, selection of coaching staff) for the member institution while remaining associated with the high school, preparatory school or two-year college.

**11.4.2 Individual Associated with a Prospective Student-Athlete—Men's Basketball.** In men's basketball, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or a volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department noncoaching staff position or in a strength and conditioning staff position. *(Adopted: 1/16/10 a contract signed before 10/29/09 may be honored, Revised: 6/17/11)*

**11.4.2.1 Application.** A violation of Bylaw 11.4.2 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.18) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 11.4.2 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 6/20/13)*

**11.4.2.2 Exception—Reassignment.** An institution may reassign an individual associated with a prospective student-athlete from a countable coaching staff position to a noncoaching staff position or strength and conditioning staff position, provided the individual has been a countable coach at the institution for at least the previous two full seasons. A season is defined as the time between the institution's start of on-court preseason practice and the end of institution's last regular-season contest. *(Adopted: 4/28/16, 4/13/17)*

**11.4.3 Individual Associated with a Recruited Prospective Student-Athlete—Women's Basketball.** In women's basketball, during a two-year period before a recruited prospective student-athlete's anticipated enrollment and a two-year period after the recruited prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or volunteer basis) or enter into a contract for future employment with an individual associated with the recruited prospective student-athlete in any athletics department noncoaching staff position or in a strength and conditioning staff position. *(Adopted: 4/26/17 effective 8/1/17 a contract signed before 1/18/17 may be honored)*

**11**

**PERSONNEL**

**11.4.3.1  Application.**  A violation of Bylaw 11.4.3 occurs if an individual associated with a recruited prospective student-athlete (see Bylaws 13.02.14.1 and 13.02.18) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete. A violation of Bylaw 11.4.3 also occurs if an individual associated with a recruited prospective student-athlete is employed and, within two years after such employment, a recruited prospective student-athlete by which the individual meets the definition of an individual associated with a recruited prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17 effective 8/1/17)*

**11.4.3.2  Exception—Reassignment.**  An institution may reassign an individual associated with a recruited prospective student-athlete from a countable coaching staff position to a noncoaching staff position or strength and conditioning staff position, provided the individual has been a countable coach at the institution for at least the previous two full seasons. A season is defined as the time between the institution's start of on-court preseason practice and the end of institution's last regular-season contest. *(Adopted: 4/26/17 effective 8/1/17)*

### 11.4.4  Individual Associated with a Prospective Student-Athlete—Bowl Subdivision Football. [FBS]  In bowl subdivision football, during a two-year period before a prospective student-athlete's anticipated enrollment and a two-year period after the prospective student-athlete's actual enrollment, an institution shall not employ (either on a salaried or volunteer basis) or enter into a contract for future employment with an individual associated with the prospective student-athlete in any athletics department noncoaching staff position or in a strength and conditioning staff position. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored.)*

**11.4.4.1  Application. [FBS]**  A violation of Bylaw 11.4.4 occurs if an individual associated with a prospective student-athlete (see Bylaw 13.02.19) is employed by the institution and, at the time of employment, a student-athlete who enrolled at the institution in the previous two years (and remains enrolled at the institution) was a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete. A violation of Bylaw 11.4.4 also occurs if an individual associated with a prospective student-athlete is employed and, within two years after such employment, a prospective student-athlete by which the individual meets the definition of an individual associated with a prospective student-athlete enrolls as a full-time student in a regular academic term at the institution. In either case, the student-athlete becomes ineligible for intercollegiate competition unless eligibility is restored by the Committee on Student-Athlete Reinstatement. *(Adopted: 4/26/17 a contract signed before 1/18/17 may be honored)*

**11.4.4.2  Exception—Reassignment. [FBS]**  An institution may reassign an individual associated with a prospective student-athlete from a countable coaching staff position to a noncoaching staff position or strength and conditioning staff position, provided the individual has been a countable coach at the institution for at least the previous two academic years. *(Adopted: 4/26/17)*

## 11.5  Certification to Recruit Off Campus.

### 11.5.1  Annual Certification Requirement.  Only those coaches who have been certified may contact or evaluate any prospective student-athletes off campus. Certification must occur on an annual basis. *(Adopted: 1/10/91 effective 8/1/92)*

**11.5.1.1  Certification Administration.**  Such certification procedures shall be established and administered for its member institutions by the member conferences of the Association or, in the case of an independent institution, by the NCAA national office or the conference office that administers the National Letter of Intent for that institution. Such certification procedures shall include a requirement that the coaches shall have passed a standardized national test developed by the NCAA national office covering NCAA recruiting legislation, including Bylaw 13 and other bylaws [e.g., Bylaws 15.3 (institutional financial aid award) and 14.3 (freshman academic requirements)] that relate to the recruitment of prospective student-athletes as a condition for being permitted to engage in off-campus recruiting. Member conferences shall establish the procedures for administering and correcting the test within each conference. *(Adopted: 1/10/91 effective 8/1/92, Revised: 1/16/93, 4/24/03)*

## 11.6  Scouting of Opponents.

### 11.6.1  Off-Campus, In-Person Scouting Prohibition.  Off-campus, in-person scouting of future opponents (in the same season) is prohibited, except as provided in Bylaws 11.6.1.1 and 11.6.1.2. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/14/97 effective 8/1/97, 1/19/13 effective 8/1/13, 1/15/14)*

**11.6.1.1  Exception—Same Event at the Same Site.**  An institution's coaching staff may scout future opponents also participating in the same event at the same site. *(Revised: 1/11/94 effective 8/1/94, 10/28/97 effective 8/1/98, 1/19/13 effective 8/1/13, 9/19/13)*

**11.6.1.2  Exception—Conference or NCAA Championships.**  An institution's coaching staff may attend a contest in the institution's conference championship or an NCAA championship contest in which a future opponent participates (e.g., an opponent on the institution's spring nonchampionship-segment schedule participates in a fall conference or NCAA championship). *(Adopted: 1/15/14)*

## 11.7  Limitations on the Number and Duties of Coaches and Noncoaching Staff Members.

**11.7.1  Designation of Coaching Category. [A]** An individual who coaches and either is uncompensated or receives compensation or remuneration of any sort from the institution, even if such compensation or remuneration is not designated for coaching, shall be designated as a head coach, assistant coach, volunteer coach, graduate assistant coach or student assistant coach by certification of the institution. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 1/18/14 effective 8/1/14)*

**11.7.1.1  Countable Coach.** An institutional staff member or any other individual outside the institution (e.g., consultant, professional instructor) with whom the institution has made arrangements must count against coaching limits in the applicable sport as soon as the individual participates (in any manner) in any of the following: *(Revised: 1/18/14 effective 8/1/14)*

(a)  Provides technical or tactical instruction related to the sport to a student-athlete at any time;

(b)  Makes or assists in making tactical decisions related to the sport during on-court or on-field practice or competition; or

(c)  Engages in any off-campus recruiting activities.

**11.7.1.1.1  Replacement Due to Extenuating Circumstances. [A]** An institution may replace temporarily or on a limited basis one of its countable coaches if the coach is unable to perform any or all of his or her duties because of extenuating circumstances (e.g., suspension, prolonged serious illness, pregnancy). The replacement coach may perform only those coaching, administrative or recruiting duties, including the telephoning of prospective student-athletes, that the replaced coach is unable to perform. *(Revised: 1/11/94, 4/25/02 effective 8/1/02)*

**11.7.1.1.2  Replacement for National or Olympic Team Coaches. [A]** An institution may replace a coach temporarily or on a limited basis when that coach takes a leave of absence to participate on or to coach a national team or Olympic team, provided the replacement is limited to a one-year period and the coach who is replaced performs no recruiting or other duties on behalf of the institution. *(Adopted: 1/14/97 effective 8/1/97, Revised: 4/25/02 effective 8/1/02, 1/14/08)*

**11.7.1.2  Placement Within Categories. [A]** If an institution has not reached its limit on the number of coaches in any category, any type of coach may be counted in that category. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04)*

**11.7.2  Recruiting Coordination Functions. [A]** The following recruiting coordination functions (except related routine clerical tasks) must be performed by the head coach or one or more of the assistant coaches who count toward the numerical limitations in Bylaw 11.7.6: *(Revised: 1/12/06, 4/27/06 effective 8/1/06, 4/24/08 effective 8/1/08, 4/26/12, 8/7/14)*

(a)  Activities involving athletics evaluations and/or selection of prospective student-athletes; and

(b)  Making telephone calls to prospective student-athletes (or prospective student-athletes' parents, legal guardians or coaches).

**11.7.2.1  Exception—Graduate Assistant Coach—Bowl Subdivision Football. [FBS]** In bowl subdivision football, a graduate assistant coach may perform the functions set forth in Bylaw 11.7.2-(a) (on campus only) and 11.7.2-(b) if the coach has successfully completed the coaches' certification examination per Bylaw 11.5.1.1. [See Bylaw 11.01.3-(i).] *(Revised: 4/27/06 effective 8/1/06, 12/15/06)*

**11.7.2.2  Exception—Graduate Assistant Coach—Women's Rowing. [A]** In women's rowing, a graduate assistant coach may perform the functions set forth in Bylaw 11.7.2-(a) (on campus only) and 11.7.2-(b) if the coach has successfully completed the coaches' certification examination per Bylaw 11.5.1.1. [See Bylaw 11.01.4-(i).] *(Adopted: 1/9/06 effective 8/1/06, Revised: 4/27/06 effective 8/1/06, 8/7/14)*

**11.7.2.3  Exceptions—Noncoaching Staff Members and Noncountable Coaches. [A]** *(Adopted: 1/14/08 effective 8/1/08, Revised: 8/8/08, 9/24/09, 1/16/10 effective 8/1/10, 4/13/10, 1/15/11 effective 8/1/11, 4/26/12, 11/7/13, 4/26/17 effective 8/1/17)*

(a)  **After National Letter of Intent Signing or Other Written Commitment.** A noncoaching staff member or a coach who does not count toward the numerical limitations on head and assistant coaches in Bylaw 11.7.6 may perform the functions set forth in Bylaw 11.7.2-(b) after the prospective student-athlete signs a National Letter of Intent or the institution's written offer of admission and/or financial aid.

(b)  **After Receipt of Financial Deposit.** A noncoaching institutional staff member or a coach who does not count toward the numerical limitations on head and assistant coaches in Bylaw 11.7.6 may perform the functions set forth in Bylaw 11.7.2-(b) after the institution receives a financial deposit in response to the institution's offer of admission.

(c)  **Telephone Calls in Conjunction With Official Visit.** A noncoaching staff member or coach who does not count toward the numerical limitations on head and assistant coaches in Bylaw 11.7.6 may initi-

**11**

**PERSONNEL**

ate telephone calls to a prospective student-athlete or those individuals accompanying the prospective student-athlete during the five days immediately preceding the official visit and during the official visit.

(d) **Telephone Calls in Conjunction With an Unofficial Visit.** A noncoaching staff member or a coach who does not count toward the numerical limitations on head and assistant coaches in Bylaw 11.7.6 may initiate telephone calls to a prospective student-athlete (or those individuals accompanying the prospective student-athlete) beginning the day immediately preceding the unofficial visit until the conclusion of the visit.

(e) **Telephone Calls Regarding Institutional Camp or Clinic Logistical Issues.** A noncoaching staff member or coach who does not count toward the numerical limitations on head and assistant coaches in Bylaw 11.7.6 may initiate telephone calls to a prospective student-athlete (or his or her parents, legal guardians, relatives or coach) that relate solely to institutional camp or clinic logistical issues (e.g., missing registration information), provided no recruiting conversation or solicitation of particular individuals to attend a camp or clinic occurs during such calls.

**11.7.3 Noncoaching Staff Member with Sport-Specific Responsibilities. [A]** A noncoaching staff member with sport-specific responsibilities (e.g., director of operations, administrative assistant) is prohibited from participating in on-court or on-field activities (e.g., assist with drills, throw batting practice, signal plays) and is prohibited from participating with or observing student-athletes in the staff member's sport who are engaged in nonorganized voluntary athletically related activities (e.g., pick-up games). *(Adopted: 1/16/10, Revised: 1/18/14 effective 8/1/14)*

**11.7.4 Bowl Subdivision Football. [FBS]** There shall be a limit of one head coach, nine assistant coaches and four graduate assistant coaches who may be employed by an institution in bowl subdivision football. *(Revised: 4/28/11 effective 8/1/12)*

> **Delayed effective date. See specific date below.**
> **11.7.4 Bowl Subdivision Football. [FBS]** There shall be a limit of one head coach, 10 assistant coaches and four graduate assistant coaches who may be employed by an institution in bowl subdivision football. *(Revised: 4/28/11 effective 8/1/12, 4/26/17 effective 1/9/18)*

**11.7.4.1 Exceptions to Number Limits. [FBS]** No individual other than coaches designated to fill the coaching categories set forth in Bylaw 11.7.4 may participate in any manner in the coaching of the intercollegiate team of a member institution during any football game, practice or other organized activity, with the following exceptions:

**11.7.4.1.1 Weight or Strength Coach. [FBS]** A weight (strength and conditioning) coach may conduct flexibility, warm-up and physical conditioning activities prior to any game and prior to or during any practice or other organized activities without being included in the limitations on number of coaches. Not more than five weight or strength coaches are permitted to work with a football program in any capacity, including all workouts (required and voluntary), practices and game-related activities. *(Revised: 1/15/11 effective 8/1/12)*

**11.7.4.1.2 Student Assistant Coach. [FBS]** The limits on the number of coaches in this section do not apply to student assistant coaches (see Bylaw 11.01.5). *(Revised: 1/10/91 effective 8/1/92, 1/15/16 effective 8/1/16)*

**11.7.4.1.3 Sprint Football. [FBS]** The limits on the number of coaches in this section do not apply to sprint football programs. Sprint football coaches are prohibited from off-campus recruiting.

**11.7.4.1.4 Additional Coaches—National Service Academies. [FBS]** National service academies may employ four additional coaches. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 8/23/05)*

**11.7.4.1.5 Special Attrition Provision. [FBS]** The institution is permitted to meet these limitations through normal attrition only if the institution had in effect prior to September 15, 1990, a written obligation to the assistant coach through academic tenure, an enforceable contract or a formal security-of-employment commitment. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.4.2 Contact and Evaluation of Prospective Student-Athletes. [FBS]** Only those coaches who are counted by the institution within the numerical limitations on head and assistant coaches may contact or evaluate prospective student-athletes off campus. *(Revised: 4/28/05 effective 8/1/05, 1/19/13 effective 8/1/13)*

**11.7.5 Championship Subdivision Football. [FCS]** There shall be a limit of 11 coaches of any type who may be employed by an institution in championship subdivision football. *(Revised: 1/10/91 effective 8/1/92, 1/16/93, 1/9/96, 1/12/04 effective 8/1/04, 12/15/06)*

**11.7.5.1 Exceptions to Number Limits. [FCS]** No individual other than coaches designated to fill the coaching limit set forth in Bylaw 11.7.5 may participate in any manner in the coaching of the intercollegiate team of a member institution during any football game, practice or other organized activity, with the following exceptions:

**11.7.5.1.1 Weight or Strength Coach. [FCS]** A weight (strength and conditioning) coach may conduct flexibility, warm-up and physical conditioning activities prior to any game and prior to or during any practice or other organized activities without being included in the limitations on number of coaches.

**11.7.5.1.2 Student Assistant Coach. [FCS]** The limits on the number of coaches in this section do not apply to student assistant coaches (see Bylaw 11.01.5). *(Revised: 1/10/91 effective 8/1/92, 1/15/16 effective 8/1/16)*

**11.7.5.1.3 Varsity/Freshman Team Football Program. [FCS]** An institution that conducts a championship subdivision football program that includes a varsity team and a freshman team may employ two additional coaches. Freshman eligibility for varsity team participation must be prohibited by the institution and the freshman team must participate in five or more intercollegiate contests in order for the two additional coaches to be employed. Such additional coaches may perform football-related duties only during the permissible playing and practice season in football. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 12/15/06)*

**11.7.5.1.4 Varsity/Junior Varsity/Freshman Team Football Program. [FCS]** An institution that conducts a championship subdivision football program that includes a varsity team, a junior varsity team and a freshman team may employ four additional coaches. Freshman eligibility for varsity or junior varsity team participation must be prohibited by the institution, the junior varsity team must participate in at least four intercollegiate contests and the freshman team must participate in at least five intercollegiate contests in order for the four additional coaches to be employed. Such additional coaches may perform football-related duties only during the permissible playing and practice season in football. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04, 12/15/06)*

**11.7.5.1.5 Varsity/Junior Varsity Football Program. [FCS]** An institution that conducts a championship subdivision football program that includes a varsity team and a junior varsity team may employ two additional coaches. The institution's junior varsity team must participate in at least four intercollegiate contests in order for the two additional coaches to be employed. Such additional coaches may perform football-related duties only during the permissible playing and practice season in football. *(Revised: 1/10/92 effective 8/1/92, 1/12/04 effective 8/1/04, 12/15/06)*

**11.7.5.1.6 Sprint Football. [FCS]** The limits on the number of coaches in this section do not apply to sprint football programs. Sprint football coaches are prohibited from off-campus recruiting.

**11.7.5.1.7 Special Attrition Provision. [FCS]** The institution is permitted to meet these limitations through normal attrition only if the institution had in effect prior to September 15, 1990, a written obligation to the assistant coach through academic tenure, an enforceable contract or a formal security-of-employment commitment. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.5.2 Off-Campus Contact and Evaluation of Prospective Student-Athletes. [FCS]** Only those coaches who are counted by the institution within the numerical limitations on head and assistant coaches may contact or evaluate prospective student-athletes off campus. *(Revised: 4/28/05 effective 8/1/05, 1/19/13 effective 8/1/13)*

**11.7.6  Limitations on Number of Coaches and Off-Campus Recruiters.** There shall be a limit on the number of coaches (other than graduate assistant coaches per Bylaws 11.01.3 and 11.01.4, student assistant assistant coaches per Bylaw 11.01.5 and volunteer coaches per Bylaw 11.01.6) who may be employed by an institution and who may contact or evaluate prospective student-athletes off campus in each sport as follows: *(Revised: 1/10/91 effective 8/1/92, 1/10/92 effective 8/1/92, 1/9/96 effective 8/1/96, 1/14/97, 4/25/02 effective 8/1/02, 1/12/04 effective 8/1/04, 4/29/04 effective 8/1/04, 4/28/05, 2/3/06, 12/15/06, 4/26/07 effective 8/1/07, 1/17/09 effective 8/1/09, 1/15/11 effective 8/1/11, 4/28/11 effective 8/1/12, 8/11/11, 1/19/13 effective 8/1/13, 1/18/14 effective 8/1/14, 7/31/15, 1/15/16 effective 8/1/16, 4/26/17 effective 8/1/17)*

| Sport | Limit | Sport | Limit |
|---|---|---|---|
| Baseball | 3 | Golf, Men's | 2 |
| Basketball, Men's | 4 | Golf, Women's | 2 |
| Basketball, Women's | 4 | Gymnastics, Men's | 3 |
| Beach Volleyball, Women's | 2 | Gymnastics, Women's | 3 |
| Bowling, Women's | 2 | Ice Hockey, Men's | 3 |
| Equestrian | 3 | Ice Hockey, Women's | 3 |
| Fencing, Men's | 2 | Lacrosse, Men's | 3 |
| Fencing, Women's | 2 | Lacrosse, Women's | 3 |
| Football, Bowl Subdivision (See Bylaw 11.7.4) | 10 | Rifle, Men's | 2 |
| Football, Championship Subdivision (See Bylaw 11.7.5) | 11 | Rifle, Women's | 2 |
| Field Hockey | 3 | Rowing, Women's | 4 |
| | | Rugby, Women's | 3 |
| | | Skiing, Men's | 2 |

**11**

**PERSONNEL**

Skiing, Women's ................................ 2
Soccer, Men's ..................................... 3
Soccer, Women's ................................ 3
Softball ............................................. 3
Swimming, Men's .............................. 2
Swimming and Diving, Men's ........... 3
Swimming, Women's ......................... 2
Swimming and Diving, Women's ...... 3
Tennis, Men's .................................... 2
Tennis, Women's ............................... 2
Cross Country, Men's
   (Without Track and Field) ......... 2
Track and Field, Men's ..................... 3

Cross Country/
   Track and Field, Men's ............... 3
Cross Country, Women's
   (Without Track and Field) ......... 2
Track and Field, Women's ................. 3
Cross Country/Track and Field,
   Women's .................................... 3
Triathlon, Women's ........................... 2
Volleyball, Men's ............................... 3
Volleyball, Women's ........................... 3
Water Polo, Men's .............................. 3
Water Polo, Women's ........................ 3
Wrestling .......................................... 3

**11.7.6.1  Combined Sports Program. [A]**  A member institution that conducts a combined program in a sport (one in which all coaching staff members in the same sport are involved in practice activities or competition with both the men's and women's teams on a daily basis) may employ the total number of coaches specified separately for men and for women in that sport. *(Adopted: 1/16/93)*

**11.7.6.2  Exceptions to Number Limits. [A]**  No individual other than coaches designated to fill the coaching limits set forth in Bylaw 11.7.6 may participate in any manner in the coaching of the intercollegiate team of a member institution during any game, practice or other organized activity, with the following exceptions: *(Revised: 1/10/91 effective 8/1/92)*

**11.7.6.2.1  Weight or Strength Coach. [A]**  A weight (strength and conditioning) coach may conduct flexibility, warm-up and physical conditioning activities prior to any game and prior to or during any practice or other organized activities without being included in the limitations on number of coaches. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.6.2.2  Student Assistant Coach. [A]**  An institution may employ student assistant coaches (see Bylaw 11.01.5). The limit on the number of student assistant coaches in each sport shall be the same as the limit on the number of coaches in the sport per Bylaw 11.7.6. *(Revised: 1/10/91 effective 8/1/92, 8/23/05, 4/29/10 effective 8/1/10, 1/15/16 effective 8/1/16)*

**11.7.6.2.3  Volunteer Coach. [A]**  In sports other than football, basketball, women's equestrian, women's rowing, swimming and diving and women's triathlon, a member institution may use the services of one volunteer coach (per Bylaw 11.01.6). Indoor track and field, outdoor track and field, and cross country are separate sports for purposes of this provision. In sports in which the NCAA conducts separate men's and women's championships, a combined men's and women's program may use two volunteer coaches. *(Adopted: 1/19/92 effective 8/1/92, Revised: 4/26/01 effective 8/1/01, 1/8/07 effective 8/1/07, 1/18/14 effective 8/1/14, 1/15/16 effective 8/1/16)*

**11.7.6.2.3.1  Volunteer Coach—Women's Rowing. [A]**  In women's rowing, an institution may use the services of four volunteer coaches. *(Adopted: 4/25/01 effective 8/1/01)*

**11.7.6.2.3.2  Volunteer Coach—Swimming and Diving. [A]**  An institution that conducts separate men's and women's swimming programs with a combined men's and women's diving program may employ three volunteer coaches, one for men's swimming, one for women's swimming and one for diving. An institution that only sponsors either men's swimming and diving or women's swimming and diving may use the services of two volunteer coaches, one for swimming and one for diving. *(Adopted: 1/10/95 effective 8/1/95, Revised: 1/15/16 effective 8/1/16)*

**11.7.6.2.3.3  Volunteer Coach—Cross Country/Track and Field. [A]**  An institution that sponsors cross country, indoor track and field, or outdoor track and field as separate sports may use the services of one volunteer coach for each of the sports that it sponsors. Each volunteer coach may coach student-athletes in any of the three sports throughout the academic year. *(Adopted: 4/27/00 effective 8/1/00)*

**11.7.6.2.3.4  Volunteer Coach—Track and Field—Pole Vault. [A]**  An institution that competes in pole vault may use the services of one additional volunteer coach (to coach both genders), limited to coaching pole vault. *(Adopted: 1/12/04)*

**11.7.6.2.3.5  Volunteer Coach—Women's Equestrian. [A]**  In women's equestrian, an institution may use the services of one volunteer coach for the hunt seat riding discipline and one volunteer coach for the western riding discipline. *(Adopted: 1/8/07 effective 8/1/07)*

**11.7.6.2.3.6  Volunteer Coach—Women's Triathlon. [A]**  In women's triathlon, an institution may use the services of one volunteer coach for the swimming element, one volunteer coach for the cycling element and one volunteer coach for the running element. *(Adopted: 1/18/14 effective 8/1/14)*

**11.7.6.2.4  Special Attrition Provision. [A]** The institution is permitted to meet these limitations through normal attrition only if the institution had in effect prior to September 15, 1990, a written obligation to the assistant coach through academic tenure, an enforceable contract or formal security-of-employment commitment. *(Revised: 1/10/91 effective 8/1/92)*

**11.7.6.2.5  Additional Coaches—National Service Academies. [A]** National service academies may employ two additional coaches in basketball. *(Revised: 1/10/91 effective 8/1/92, 1/12/04 effective 8/1/04)*

**11.7.6.2.6  Exception for Lightweight Rowing. [A]** An institution that conducts a rowing program that includes heavyweight rowing and lightweight rowing may employ two additional coaches. Each of the institution's rowing teams must have at least one "eight" or two "fours" that compete in at least four spring events. *(Adopted: 1/9/96 effective 8/1/96)*

**11.7.6.2.7  Graduate Assistant Coach—Women's Rowing. [A]** In women's rowing, an institution may employ one graduate assistant coach (see Bylaw 11.01.4). *(Adopted: 1/9/06 effective 8/1/06)*

**11**

**PERSONNEL**

### FIGURE 11-1
## Coaches' Compensation and Benefits

| | Head Coach (Bylaw 11.01.2) Assistant Coach (Bylaw 11.01.2) | Volunteer Coach (Bylaw 11.01.6) | Graduate Assistant Coach (Bylaws 11.01.3 and 11.01.4) | Student Assistant Coach (Bylaw 11.01.5) |
|---|---|---|---|---|
| **I. Compensation or Remuneration** | | | | |
| A. In excess of full grant-in-aid based on nonresident status | X | | | |
| B. Not more than full grant-in-aid based on actual resident status | | | X | X |
| C. Compensation or remuneration from athletics department prohibited | | X | | |
| D. May receive camp compensation from athletics department | X | X | X | X |
| E. May receive camp compensation from source other than athletics department | X | X | X | X |
| F. Employment outside athletics department arranged by institution | X | X | X (only during summer) | X |
| G. May receive compensation from institution for duties actually performed outside athletics department, from source outside athletics department | X | X | | X |
| H. Bowl or postseason-play bonuses | X | | | |
| I. Established graduate or postgraduate award administered outside the institution | | | X | |
| **II. Benefits** | | | | |
| A. Complimentary-ticket limit | Unlimited | 2 (home contests only in coach's sport) | 4 | Regular Season: 4* Postseason: 6* |
| B. Training table (over and above I-A, B and C compensation) | X | | | |
| C. Use of car (over and above I-A, B and C compensation) | X | | | |
| D. Country club/health club membership or similar complimentary services (over and above I-A, B or C compensation) | X | | | |
| E. Benefits available to all institutional employees (life insurance, health insurance, disability insurance, tuition waiver) | X | | X | |
| F. Reduction in teaching load without reduction in non-athletics department compensation in recognition of coaching duties (in addition to I-A, B or C compensation) | X | | | |
| G. Complimentary meals incidental to organized team activities, other than training table meals, or in conjunction with official visits | X | X | X | X |
| H. Actual and necessary expenses for spouse and children to attend a postseason football game or an NCAA championship in football or, in women's rowing, a season-ending tournament | X | | X | |
| I. Incidental expenses during travel and practice for NCAA championship or bowl game | | | X | X |

* Admissions, not hard tickets.

*2017-18 Division I – August*

## FIGURE 11-2
### Coaches' Reimbursable Expenses

| | | Head Coach (Bylaw 11.01.2) Assistant Coach (Bylaw 11.01.2) | Volunteer Coach (Bylaw 11.01.6) | Graduate Assistant Coach (Bylaws 11.01.3 and 11.01.4) | Student Assistant Coach (Bylaw 11.01.5) |
|---|---|---|---|---|---|
| **Expenses—Reimbursable (Room, Board and Transportation)** | | | | | |
| A. | Away games | X | X | X | X |
| B. | Off-campus recruiting contacts | X | | | |
| C. | Evaluate prospective student-athletes | X | | | |
| D. | Parking expenses associated with practice and competition | X | X | X | X |

**11**

**PERSONNEL**

BYLAW, ARTICLE 12
# Amateurism and Athletics Eligibility

## 12.01  General Principles.
**12.01.1  Eligibility for Intercollegiate Athletics.**  Only an amateur student-athlete is eligible for inter-collegiate athletics participation in a particular sport.

**12.01.2  Clear Line of Demarcation.**  Member institutions' athletics programs are designed to be an integral part of the educational program. The student-athlete is considered an integral part of the student body, thus maintaining a clear line of demarcation between college athletics and professional sports.

**12.01.3  "Individual" vs. "Student-Athlete."**  NCAA amateur status may be lost as a result of activities prior to enrollment in college. If NCAA rules specify that an "individual" may or may not participate in certain activities, this term refers to a person prior to and after enrollment in a member institution. If NCAA rules specify a "student-athlete," the legislation applies only to that person's activities after enrollment.

**12.01.4  Permissible Grant-in-Aid.**  A grant-in-aid administered by an educational institution is not considered to be pay or the promise of pay for athletics skill, provided it does not exceed the financial aid limitations set by the Association's membership.

## 12.02  Definitions and Applications.
**12.02.1  Agent. [A]**  An agent is any individual who, directly or indirectly: *(Adopted: 1/14/12)*

(a) Represents or attempts to represent an individual for the purpose of marketing his or her athletics ability or reputation for financial gain; or

(b) Seeks to obtain any type of financial gain or benefit from securing a prospective student-athlete's enrollment at an educational institution or from a student-athlete's potential earnings as a professional athlete.

    **12.02.1.1  Application. [A]**  An agent may include, but is not limited to, a certified contract advisor, financial advisor, marketing representative, brand manager or anyone who is employed or associated with such persons. *(Adopted: 1/14/12)*

**12.02.2  Actual and Necessary Expenses.**  Actual and necessary expenses are limited to: *(Adopted: 1/19/13 effective 8/1/13)*

(a) Meals;

(b) Lodging;

(c) Apparel, equipment and supplies;

(d) Coaching and instruction;

(e) Health/medical insurance;

(f) Transportation (expenses to and from practice and competition, cost of transportation from home to training/practice site at the beginning of the season/preparation for an event and from training/practice/event site to home at the end of season/event);

(g) Medical treatment and physical therapy;

(h) Facility usage;

(i) Entry fees; and

(j) Other reasonable expenses.

    **12.02.2.1  Application**  Unless otherwise permitted by the NCAA constitution or bylaws, actual and necessary expenses may be provided only if such expenses are for competition on a team or in a specific event or for practice that is directly related to such competition. The value of such expenses must be commensurate with the fair market value of similar goods and services in the locality in which the expenses are provided and must not be excessive in nature. Actual and necessary expenses shall not include the expenses or fees of anyone other than the individual who participates as a member of the team or in a specific event. *(Adopted: 1/19/13 effective 8/1/13)*

**12.02.3  Calculation of Actual and Necessary Expenses—Individual Sports.**  In individual sports, the calculation of an individual's actual and necessary expenses shall be based on expenses incurred during each calendar year (January—December), rather than on an event-by-event basis. *(Adopted: 1/19/13 effective 8/1/13)*

**12.02.4  Individual.**  An individual, for purposes of this bylaw, is any person of any age without reference to enrollment in an educational institution or status as a student-athlete.

**12.02.5  Intercollegiate Competition.**  Intercollegiate competition is considered to have occurred when a student-athlete in either a two-year or a four-year collegiate institution does any of the following: *(Revised: 1/10/91, 1/16/93, 1/11/94, 1/10/95, 1/9/06)*

(a) Represents the institution in any contest against outside competition, regardless of how the competition is classified (e.g., scrimmage, exhibition or joint practice session with another institution's team) or whether the student is enrolled in a minimum full-time program of studies;

(b) Competes in the uniform of the institution, or, during the academic year, uses any apparel (excluding apparel no longer used by the institution) received from the institution that includes institutional identification; or

(c) Competes and receives expenses (e.g., transportation, meals, room or entry fees) from the institution for the competition.

**12.02.5.1 Exempted Events.** Participation in events listed in Bylaw 16.8.1.2 is exempted from the application of this legislation. *(Revised: 1/10/92)*

**12.02.5.2 Participation on an Institution's Club Team.** Participation on a collegiate institution's club team is exempted from the application of this legislation, provided the institution did not sponsor the sport on the varsity intercollegiate level at the time of participation. *(Adopted: 6/24/09)*

**12.02.6 Limited Benefit—Prior to Initial Full-Time Enrollment at an NCAA Institution—Expenses from a Permissible Source.** Prior to initial full-time enrollment at an NCAA institution, if an individual receives expenses from a permissible source (e.g., event sponsor, club team) that exceed his or her actual and necessary expenses by $300 or less, the eligibility of the individual shall not be affected. *(Adopted: 1/19/13 effective 8/1/13)*

**12.02.7 Limited Benefit—Enrolled Student-Athlete—Expenses from a Permissible Source.** If a student-athlete engages in permissible outside competition and receives expenses from a permissible source (e.g., event sponsor, club team) that exceed his or her actual and necessary expenses by $300 or less, the eligibility of the student-athlete shall not be affected and the institution is not required to submit a self-report of the infraction. *(Adopted: 1/19/13 effective 8/1/13)*

**12.02.8 Organized Competition.** Athletics competition shall be considered organized if any of the following conditions exists: *(Adopted: 7/31/14)*

(a) Competition is scheduled and publicized in advance;

(b) Official score is kept;

(c) Individual or team standings are maintained;

(d) Official timer or game officials are used;

(e) Admission is charged;

(f) Teams are regularly formed or team rosters are predetermined;

(g) Team uniforms are used;

(h) A team is privately or commercially sponsored; or

(i) The competition is either directly or indirectly sponsored, promoted or administered by an individual, an organization or any other agency.

**12.02.9 Pay.** Pay is the receipt of funds, awards or benefits not permitted by the governing legislation of the Association for participation in athletics.

**12.02.10 Professional Athlete.** A professional athlete is one who receives any kind of payment, directly or indirectly, for athletics participation except as permitted by the governing legislation of the Association.

**12.02.11 Professional Athletics Team.** A professional team is any organized team that: *(Revised: 4/25/02 effective 8/1/02, 8/8/02, 4/23/03, 4/24/04, 10/28/04)*

(a) Provides any of its players more than actual and necessary expenses for participation on the team, except as otherwise permitted by NCAA legislation. Actual and necessary expenses are limited to the items listed in Bylaw 12.02.2, provided the value of these items is commensurate with the fair market value in the locality of the player(s) and is not excessive in nature; or

(b) Declares itself to be professional.

**12.02.12 Religious Mission, Official.** An official religious mission is one that is established by the religious organization of which the individual is a member and that results in the individual being unable to attend a collegiate institution during the period of the mission. *(Revised: 1/9/06, 4/2/10)*

**12.02.13 Student-Athlete.** A student-athlete is a student whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department, as specified in Constitution 3.2.4.5. A student is not deemed a student-athlete solely on the basis of prior high school athletics participation.

**12.02.14 Triathlon and Cross Country, Track and Field and Swimming.** Triathlon and cross country are considered the same sport, triathlon and track and field are considered the same sport, and triathlon and swimming are considered the same sport for purposes of Bylaw 12. *(Adopted: 1/18/14 effective 8/1/14)*

**12.02.15 Volleyball and Beach Volleyball.** Volleyball and beach volleyball are considered the same sport for the purposes of Bylaws 12.1, 12.2 and 12.8.3.2. *(Adopted: 8/26/10, Revised: 7/31/14)*

# 12.1 General Regulations.

An individual must comply with the following to retain amateur status. (See Bylaw 12.12 regarding the eligibility restoration process.)

**12.1.1 Validity of Amateur Status.** As a condition and obligation of membership, it is the responsibility of an institution to determine the validity of the information on which the amateur status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) and student-athlete is based. (See Bylaw 14.01.3.) *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 1/8/07, 4/30/07)*

**12.1.1.1 Amateurism Certification Process.** An institution shall use an initial eligibility center approved by the Board of Governors to determine the validity of the information on which the amateur status of a student-athlete is based. *(Adopted: 1/9/06 effective 8/1/06 for final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 4/30/07, 10/30/14)*

**12.1.1.1.1 Scope.** The certification of amateur status issued by the NCAA Eligibility Center is limited to activities that occur prior to a prospective student-athlete's request for final amateurism certification or his or her initial full-time enrollment at an NCAA Division I or II institution, whichever occurs earlier. *(Adopted: 4/30/07)*

**12.1.1.1.2 Institutional Responsibilities.**

**12.1.1.1.2.1 Amateur Status After Certification.** An institution is responsible for certifying the amateur status of a prospective student-athlete (including two-year and four-year college transfers initially enrolling at an NCAA Division I institution) from the time he or she requests that a final certification be issued by the NCAA Eligibility Center or from the time he or she enrolls as a full-time student at an NCAA Division I or II institution (whichever occurs earlier). *(Adopted: 4/30/07)*

**12.1.1.1.2.2 Sharing Information and Reporting Discrepancies.** If an institution receives additional information or otherwise has cause to believe that a prospective student-athlete's amateur status has been jeopardized, the institution is responsible for promptly notifying the NCAA Eligibility Center of such information. Further, an institution is responsible for promptly reporting to the NCAA Eligibility Center all discrepancies in information related to a student-athlete's amateurism certification. *(Adopted: 4/30/07)*

**12.1.1.1.3 Eligibility for Practice or Competition.** Prior to engaging in practice or competition, a student-athlete shall receive a final certification of amateur status based on activities that occur prior to his or her request for final certification or initial full-time enrollment at an NCAA Division I or II institution (whichever occurs earlier). *(Adopted: 4/30/07)*

**12.1.1.1.3.1 Temporary Certification.** If a prospective student-athlete reports for athletics participation before the student's amateur status has been certified, the student may practice, but not compete, for a maximum period of 45 days. After this period, the student shall have his or her amateur status certified to continue to practice or to compete. *(Adopted: 1/9/06 effective 8/1/06 for all final certifications for student-athletes initially enrolling at a Division I or Division II institution on or after 8/1/07, Revised: 11/29/09)*

**12.1.1.1.3.2 Effect of Violations.** A violation of Bylaw 12.1.1.1.3 or Bylaw 12.1.1.1.3.1 in which the student-athlete is subsequently certified without conditions shall be considered an institutional violation per Constitution 2.8.1 but shall not affect the student-athlete's eligibility. *(Adopted: 10/29/15)*

**12.1.1.1.4 Eligibility for Practice After a Final Not-Certified Certification.** After a final not-certified certification is rendered, a student-athlete may continue to engage in practice activities, provided the institution has submitted a notice of appeal. At the point in which all appeal opportunities have been exhausted and no eligibility has been granted, the student-athlete may no longer participate in practice activities. *(Adopted: 3/21/07)*

**12.1.2 Amateur Status.** An individual loses amateur status and thus shall not be eligible for intercollegiate competition in a particular sport if the individual: *(Revised: 4/25/02 effective 8/1/02, 4/23/03 effective 8/1/03, 4/29/10 effective 8/1/10)*

(a) Uses his or her athletics skill (directly or indirectly) for pay in any form in that sport;

(b) Accepts a promise of pay even if such pay is to be received following completion of intercollegiate athletics participation;

(c) Signs a contract or commitment of any kind to play professional athletics, regardless of its legal enforceability or any consideration received, except as permitted in Bylaw 12.2.5.1;

(d) Receives, directly or indirectly, a salary, reimbursement of expenses or any other form of financial assistance from a professional sports organization based on athletics skill or participation, except as permitted by NCAA rules and regulations;

(e) Competes on any professional athletics team per Bylaw 12.02.11, even if no pay or remuneration for expenses was received, except as permitted in Bylaw 12.2.3.2.1;

(f) After initial full-time collegiate enrollment, enters into a professional draft (see Bylaw 12.2.4); or

(g) Enters into an agreement with an agent.

**12.1.2.1 Prohibited Forms of Pay.** "Pay," as used in Bylaw 12.1.2 above, includes, but is not limited to, the following:

**12.1.2.1.1 Salary, Gratuity or Compensation.** Any direct or indirect salary, gratuity or comparable compensation.

**12.1.2.1.2 Division or Split of Surplus.** Any division or split of surplus (bonuses, game receipts, etc.).

**12.1.2.1.3 Educational Expenses.** Educational expenses not permitted by the governing legislation of this Association (see Bylaw 15 regarding permissible financial aid to enrolled student-athletes).

**12.1.2.1.3.1 Educational Expenses or Services—Prior to Collegiate Enrollment.** A prospective student-athlete may receive educational expenses or services (e.g., tuition, fees, room and board, books, tutoring, standardized test preparatory classes) prior to collegiate enrollment from any individual or entity other than an agent, professional sports team/organization, member institution or a representative of an institution's athletics interests, provided the payment for such expenses or services is disbursed directly to the individual, organization or educational institution (e.g., high school, preparatory school) providing the educational expense or service. *(Adopted: 4/25/02 effective 8/1/02, Revised: 1/14/08)*

**12.1.2.1.3.2 Educational Expenses From Outside Sports Team or Organization—After Collegiate Enrollment.** Educational expenses provided to an individual after initial collegiate enrollment by an outside sports team or organization that are based on any degree on the recipient's athletics ability [except for financial aid that is received from a team or organization that conducts a competitive sports program by an individual who is not a member of that team or organization (see Bylaw 15.2.6.3)], even if the funds are given to the institution to administer to the recipient. *(Revised: 1/10/95, 4/25/02 effective 8/1/02, 1/15/11 effective 8/1/11, 8/18/11)*

**12.1.2.1.3.2.1 Educational Expenses—Olympic Committee.** A student-athlete may receive educational expenses awarded by the U.S. Olympic Committee (or for international student-athletes, expenses awarded by the equivalent organization of a foreign country) pursuant to the applicable conditions set forth in Bylaw 15.2.6.4. *(Adopted: 4/15/97, Revised: 11/1/00, 4/25/02 effective 8/1/02)*

**12.1.2.1.3.2.2 Educational Expenses—National Governing Body.** A student-athlete may receive educational expenses awarded by a U.S. national governing body (or, for international student-athletes, expenses awarded by the equivalent organization of a foreign country) pursuant to the applicable conditions set forth in Bylaw 15.2.6.4. *(Adopted: 10/28/97 effective 8/1/98, Revised: 11/1/00, 4/25/02 effective 8/1/02)*

**12.1.2.1.4 Expenses, Awards and Benefits.** Excessive or improper expenses, awards and benefits.

**12.1.2.1.4.1 Cash or Equivalent Award.** Cash, or the equivalent thereof (e.g., trust fund), as an award for participation in competition at any time, even if such an award is permitted under the rules governing an amateur, noncollegiate event in which the individual is participating. An award or a cash prize that an individual could not receive under NCAA legislation may not be forwarded in the individual's name to a different individual or agency. *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.1.4.1.1 Exception—Prospective Student-Athlete's Educational Institution.** A financial award may be provided to a prospective student-athlete's educational institution in conjunction with the prospective student-athlete being recognized as part of an awards program in which athletics participation, interests or ability is a criterion, but not the sole criterion, in the selection process. Such an award must also include nonathletics criteria, such as the prospective student-athlete's academic record and nonathletics extracurricular activities and may not be based on the prospective student-athlete's place finish or performance in a particular athletics event. In addition, it is permissible for an outside organization (other than a professional sports organization) to provide actual and necessary expenses for the prospective student-athlete (and the prospective student-athlete's parents or other relatives) to travel to a recognition event designed to recognize the prospective student-athlete's accomplishments in conjunction with his or her selection as the recipient of a regional, national or international award. *(Adopted: 10/28/99)*

**12.1.2.1.4.1.2 Operation Gold Grant.** An individual (prospective student-athlete or student-athlete) may accept funds that are administered by the U.S. Olympic Committee pursuant to its Operation Gold program. *(Adopted: 4/26/01 effective 8/1/01)*

**12.1.2.1.4.1.3 Incentive Programs for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from his or her country's national Olympic governing body (equivalent to the U.S. Olympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 1/17/15 effective 8/1/15)*

**12.1.2.1.4.2 Expenses/Awards Prohibited by Rules Governing Event.** Expenses incurred or awards received by an individual that are prohibited by the rules governing an amateur, noncollegiate event in which the individual participates.

**12.1.2.1.4.3 Expenses from an Outside Sponsor.** An individual who participates in a sport as a member of a team may receive actual and necessary expenses for competition and practice held in preparation for such competition (directly related to the competition and conducted during a continuous time period preceding the competition) from an outside sponsor (e.g., team, neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial full-time collegiate enrollment, other than a professional sports organization). An individual who participates in a sport as an individual (not a member of a team) may receive actual and necessary expenses associated with an athletics event and practice immediately preceding the event, from an outside sponsor (e.g., neighbor, business) other than an agent or a representative of an institution's athletics interests (and, after initial full-time collegiate enrollment, other than a professional sports organization). *(Revised: 8/26/10, 1/19/13 effective 8/1/13, 11/7/13)*

**12.1.2.1.4.3.1 Expenses Prior to Full-Time Collegiate Enrollment—Professional Sports Organization.** Prior to full-time collegiate enrollment, an individual may accept up to actual and necessary expenses for competition and practice held in preparation for such competition from a professional sports organization that sponsors the event. *(Adopted: 10/16/12)*

**12.1.2.1.4.3.2 Expenses/Benefits Related to Olympic Games.** Members of an Olympic team may receive all nonmonetary benefits and awards provided to members of an Olympic team beyond actual and necessary expenses and any other item or service for which it can be demonstrated that the same benefit is available to all members of that nation's Olympic team or the specific sport Olympic team. *(Adopted: 11/1/00, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.1.4.4 Expenses for Parents/Legal Guardians of Participants in Athletics Competition.** Expenses received by the parents or legal guardians of a participant in athletics competition from a nonprofessional organization sponsoring the competition in excess of actual and necessary travel, room and board expenses, or any entertainment expenses, unless such expenses are made available to the parents or legal guardians of all participants in the competition. *(Adopted: 1/16/93, Revised: 1/11/97)*

**12.1.2.1.4.4.1 Postseason Bowl Event. [FBS]** On one occasion per year, a student-athlete may designate either additional individuals or substitutes (not to exceed a total of six individuals) to receive entertainment expenses related to an event organized by the nonprofessional sponsor of a postseason bowl game specifically for the parents or legal guardians of student-athletes participating in the postseason bowl. The additional individuals or substitutes designated by the student-athlete shall be subject to the review and approval of the institution's athletics director, or his or her designee. *(Adopted: 4/29/04 effective 8/1/04)*

**12.1.2.1.5 Payment Based on Performance.** Any payment conditioned on the individual's or team's place finish or performance or given on an incentive basis that exceeds actual and necessary expenses, or receipt of expenses in excess of the same reasonable amount for permissible expenses given to all individuals or team members involved in the competition. *(Revised: 4/25/02 effective 8/1/02, 1/19/13 effective 8/1/13)*

**12.1.2.1.5.1 Operation Gold Grant.** An individual (prospective student-athlete or student-athlete) may accept funds that are administered by the U.S. Olympic Committee pursuant to its Operation Gold program. *(Adopted: 4/26/01)*

**12.1.2.1.5.2 Incentive Programs for International Athletes.** An international prospective student-athlete or international student-athlete may accept funds from his or her country's national Olympic governing body (equivalent to the U.S. Olympic Committee) based on place finish in one event per year that is designated as the highest level of international competition for the year by the governing body. *(Adopted: 1/17/15 effective 8/1/15)*

**12.1.2.1.5.3 Awards Based on Performance in Outside Competition.** An individual may receive an award (e.g., trophy, medal, saddle) based on place finish or performance in outside competition, subject to the applicable awards limits (see Bylaw 16.1). *(Adopted: 8/26/10)*

**12.1.2.1.6 Preferential Treatment, Benefits or Services.** Preferential treatment, benefits or services because of the individual's athletics reputation or skill or pay-back potential as a professional athlete, unless such treatment, benefits or services are specifically permitted under NCAA legislation. **[R]** *(Revised: 1/11/94, 1/14/08)*

**12.1.2.1.7  Prize for Participation in Institution's Promotional Activity.**  Receipt of a prize for participation (involving the use of athletics ability) in a member institution's promotional activity that is inconsistent with the provisions of Bylaw 12.5 or approved official interpretations. *(Revised: 11/1/07 effective 8/1/08)*

**12.1.2.2  Use of Overall Athletics Skill—Effect on Eligibility.**  Participation for pay in competition that involves the use of overall athletics skill (e.g., "superstars" competition) constitutes a violation of the Association's amateur-status regulations; therefore, an individual participating for pay in such competition is ineligible for intercollegiate competition in all sports. (See Bylaw 12.5.2.3.3 for exception related to promotional contests.) *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.3  Road Racing.**  "Road racing" is essentially the same as cross country or track and field competition and cannot be separated effectively from those sports for purposes of Bylaws 12.1, 12.2 and 12.8.3.2. Therefore, a student-athlete who accepts pay in any form for participation in such a race is ineligible for intercollegiate cross country or track and field competition. *(Revised: 4/25/02 effective 8/1/02)*

**12.1.2.4  Exceptions to Amateurism Rule.**

**12.1.2.4.1  Exception for Prize Money Based on Performance—Sports Other Than Tennis.**  In sports other than tennis, an individual may accept prize money based on his or her place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, parent's expenses). *(Adopted: 4/25/02 effective 8/1/02, Revised: 12/12/06 applicable to any expenses received by a prospective student-athlete on or after 8/23/06, 4/26/12, 1/19/13 effective 8/1/13)*

**12.1.2.4.2  Exception for Prize Money—Tennis.**

**12.1.2.4.2.1  Prior to Full-Time Collegiate Enrollment.**  In tennis, prior to full-time collegiate enrollment, an individual may accept up to $10,000 per calendar year in prize money based on his or her place finish or performance in athletics events. Such prize money may be provided only by the sponsor of an event in which the individual participates. Once the individual has accepted $10,000 in prize money in a particular year, he or she may receive additional prize money on a per-event basis, provided such prize money does not exceed the individual's actual and necessary expenses for participation in the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, parent's expenses). *(Adopted: 4/26/12, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.4.2.2  After Initial Full-Time Collegiate Enrollment.**  In tennis, after initial full-time collegiate enrollment, an individual may accept prize money based on his or her place finish or performance in an athletics event. Such prize money may not exceed actual and necessary expenses and may be provided only by the sponsor of the event. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, parent's expenses). *(Adopted: 1/19/13 effective 8/1/13)*

**12.1.2.4.3  Exception for Payment Based on Team Performance.**  An individual may accept payment from his or her amateur team or the sponsor of the event based on his or her team's place finish or performance, or given on an incentive basis (e.g., bonus), provided the combination of such payments and expenses provided to the individual does not exceed his or her actual and necessary expenses to participate on the team. The calculation of actual and necessary expenses shall not include the expenses or fees of anyone other than the individual (e.g., coach's fees or expenses, parent's expenses). *(Adopted: 10/28/10, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.4.4  Exception for Insurance Against Disabling Injury or Illness, or Loss of Value. [A]**  An individual may borrow against his or her future earnings potential from an established, accredited commercial lending institution exclusively for the purpose of purchasing insurance (with no cash surrender value) against a disabling injury or illness that would prevent the individual from pursuing a chosen career or for the purpose of purchasing loss-of-value insurance, provided a third party (including a representative of an institution's athletics interests) is not involved in arrangements for securing the loan. However, an institution's president or chancellor (or his or her designated representative from outside the department of athletics) may designate an institutional staff member (or staff members) (e.g., professional sports counseling panel) to assist a student-athlete with arrangements for securing the loan and insurance. The institution shall retain copies of all documents related to loan transactions and insurance policies, regardless of whether the institution is involved in the arrangements. *(Revised: 1/16/93, 1/14/97 effective 8/1/97, 1/16/10, 1/17/15)*

**12.1.2.4.5  Exception for Institutional Fundraising Activities Involving the Athletics Ability of Student-Athletes.**  Institutional, charitable or educational promotions or fundraising activities that involve the use of athletics ability by student-athletes to obtain funds (e.g., "swim-a-thons") are permitted only if: *(Revised: 5/11/05)*

(a)  All money derived from the activity or project go directly to the member institution, member conference or the charitable, educational or nonprofit agency;

(b) The student-athletes receive no compensation or prizes for their participation; and

(c) The provisions of Bylaw 12.5.1 are satisfied.

**12.1.2.4.6  Exception for USOC Elite Athlete Health Insurance Program.** An individual may receive the comprehensive benefits of the USOC Elite Athlete Health Insurance Program. *(Adopted: 1/10/90)*

**12.1.2.4.7  Exception for Training Expenses.** An individual (prospective or enrolled student-athlete) may receive actual and necessary expenses [including grants, but not prize money, whereby the recipient has qualified for the grant based on his or her performance in a specific event(s)] to cover development training, coaching, facility usage, equipment, apparel, supplies, comprehensive health insurance, travel, room and board without jeopardizing the individual's eligibility for intercollegiate athletics, provided such expenses are approved and provided directly by the U.S. Olympic Committee (USOC), the appropriate national governing body in the sport (or, for international student-athletes, the equivalent organization of that nation) or a governmental entity. *(Adopted: 1/10/91, Revised: 4/27/00, 1/19/13 effective 8/1/13)*

**12.1.2.4.8  Exception for Benefits to Family Members—National Team Competition.** A commercial company (other than a professional sports organization) or members of the local community may provide actual and necessary expenses for an individual's family members to attend national team competition in which the individual will participate. In addition, an individual's family members may receive nonmonetary benefits provided to the family members of all national team members in conjunction with participation in national team competition. (See Bylaw 16.02.4.) *(Adopted: 1/11/94, Revised: 1/19/13 effective 8/1/13)*

**12.1.2.4.9  Exception for Payment of NCAA Eligibility Center Fee.** A high school booster club (as opposed to specific individuals) may pay the necessary fee for prospective student-athletes at that high school to be certified by the NCAA Eligibility Center, provided no particular prospective student-athlete is singled out because of his or her athletics ability or reputation. *(Adopted: 1/11/94, Revised: 5/9/07)*

**12.1.2.4.10  Exception for Camp or Academy Sponsored by a Professional Sports Organization.** An individual may receive actual and necessary expenses from a professional sports organization to attend an academy, camp or clinic, provided: *(Adopted: 1/10/95, Revised: 11/1/01 effective 8/1/02)*

(a) No NCAA institution or conference owns or operates the academy, camp or clinic;

(b) No camp participant is above the age of 15;

(c) The professional sports organization provides to the participants nothing more than actual and necessary expenses to attend the camp or clinic and equipment/apparel necessary for participation;

(d) Athletics ability or achievements may not be the sole criterion for selecting participants; and

(e) Academy participants must be provided with academic services (e.g., tutoring).

**12.1.2.4.11  Exception for Receipt of Free Equipment and Apparel Items by a Prospective Student-Athlete.** It is permissible for prospective student-athletes (as opposed to student-athletes) to receive free equipment and apparel items for personal use from apparel or equipment manufacturers or distributors under the following circumstances: *(Adopted: 1/11/97)*

(a) The apparel or equipment items are related to the prospective student-athlete's sport and are received directly from an apparel or equipment manufacturer or distributor;

(b) The prospective student-athlete does not enter into an arrangement (e.g., open account) with an apparel or equipment manufacturer or distributor that permits the prospective student-athlete to select apparel and equipment items from a commercial establishment of the manufacturer or distributor; and

(c) A member institution's coach is not involved in any manner in identifying or assisting an apparel or equipment manufacturer or distributor in determining whether a prospective student-athlete is to receive any apparel or equipment items.

**12.1.2.4.12  Expenses for Participation in Olympic Exhibitions.** An individual may receive actual and necessary expenses from the U.S. Olympic Committee (USOC), national governing body or the non-professional organizations sponsoring the event to participate in Olympic tours or exhibitions involving Olympic team members and/or members of the national team, provided that if the individual is a student-athlete, he or she misses no class time, and the exhibition does not conflict with dates of institutional competition. *(Adopted: 10/28/97 effective 8/1/98)*

**12.1.2.4.13  Commemorative Items for Student-Athletes Participating in Olympic Games, World University Games (Universiade), World University Championships, Pan American Games, World Championships and World Cup Events.** It is permissible for student-athletes to receive commemorative items incidental to participation in the Olympic Games, World University Games (Universiade), World University Championships, Pan American Games, World Championships and World Cup events through the applicable national governing body. These benefits may include any and all apparel, leisure wear, footwear and other items that are provided to all athletes participating in the applicable event. *(Adopted: 11/1/00 effective 8/1/01, Revised: 1/14/12)*

**12.1.2.4.14 Exception—NCAA First-Team Program.** A prospective student-athlete who is a participant in the NCAA First-Team Mentoring Program may receive actual and necessary expenses to attend the First-Team Program's annual educational conference and training seminar. *(Adopted: 8/7/03)*

**12.1.3 Amateur Status if Professional in Another Sport.** A professional athlete in one sport may represent a member institution in a different sport and may receive institutional financial assistance in the second sport. *(Revised: 4/27/06 effective 8/1/06)*

# 12.2 Involvement With Professional Teams.

## 12.2.1 Tryouts.

**12.2.1.1 Tryout Before Enrollment—Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, a student-athlete remains eligible in a sport even though, prior to enrollment in a collegiate institution, the student-athlete may have tried out with a professional athletics team in a sport or received not more than one expense-paid visit from each professional team (or a combine including that team), provided such a visit did not exceed 48 hours and any payment or compensation in connection with the visit was not in excess of actual and necessary expenses. The 48-hour tryout period begins at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. A self-financed tryout may be for any length of time. *(Revised: 12/22/08, 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.1.1.1 Exception for National Hockey League Scouting Combine—Men's Ice Hockey.** In men's ice hockey, prior to full-time enrollment in a collegiate institution, a prospective student-athlete may accept actual and necessary expenses from the National Hockey League (NHL) to attend the NHL scouting combine, regardless of the duration of the combine. *(Adopted: 1/16/10)*

**12.2.1.2 Tryout Before Enrollment—Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, prior to initial full-time collegiate enrollment, an individual may participate in a tryout with a professional team or league, provided he or she does not receive more than actual and necessary expenses to participate. *(Adopted: 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.1.3 Tryout After Enrollment.** After initial full-time collegiate enrollment, an individual who has eligibility remaining may try out with a professional athletics team (or participate in a combine including that team) at any time, provided the individual does not miss class. The individual may receive actual and necessary expenses in conjunction with one 48-hour tryout per professional team (or a combine including that team). The 48-hour tryout period shall begin at the time the individual arrives at the tryout location. At the completion of the 48-hour period, the individual must depart the location of the tryout immediately in order to receive return transportation expenses. A tryout may extend beyond 48 hours if the individual self-finances additional expenses, including return transportation. A self-financed tryout may be for any length of time, provided the individual does not miss class. *(Revised: 1/10/92, 4/24/03, 5/26/06, 4/26/07 effective 8/1/07)*

**12.2.1.3.1 Exception for Basketball Draft Combine.** In basketball, a student-athlete may accept actual and necessary travel, and room and board expenses from a professional sports organization to attend that organization's basketball draft combine regardless of the duration of the camp. [See Bylaw 14.6.4-(e).] *(Adopted: 4/23/03, Revised: 5/26/06, 4/26/07 effective 8/1/07, 11/7/13)*

**12.2.1.3.2 Exception—Men's Basketball.** In men's basketball, an individual may receive actual and necessary expenses each year in conjunction with one 48-hour tryout per professional team and in conjunction with a professional organization's draft combine. An individual who is invited to participate in a professional organization's draft combine is permitted to miss class for such participation and associated travel. *(Adopted: 1/14/16)*

**12.2.1.3.3 Exception for National Hockey League Scouting Combine—Men's Ice Hockey.** In men's ice hockey, a student-athlete may accept actual and necessary travel, and room and board expenses from the National Hockey League (NHL) to attend the NHL scouting combine, regardless of the duration of the combine. *(Adopted: 1/16/10)*

**12.2.1.3.4 Outside Competition Prohibited.** During a tryout, an individual may not take part in any outside competition (games or scrimmages) as a representative of a professional team.

## 12.2.2 Practice Without Competition.

**12.2.2.1 Practice Without Competition—Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of NCAA legislation governing tryouts with professional athletics teams (see Bylaw 12.2.1) and the individual does not: *(Revised: 4/13/10 effective 8/1/10)*

(a) Receive any compensation for participation in the practice sessions;

(b) Enter into any contract or agreement with a professional team or sports organization; or

(c) Take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2.2 Practice Without Competition—Sports Other Than Men's Ice Hockey and Skiing.**

**12.2.2.2.1 Before Enrollment.** In sports other than men's ice hockey and skiing, prior to initial full-time enrollment in a collegiate institution, an individual may participate in practice sessions conducted by a professional team, provided he or she does not receive more than actual and necessary expenses to participate. *(Adopted: 4/13/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.2.2.2 After Enrollment.** In sports other than men's ice hockey and skiing, after initial full-time collegiate enrollment, an individual may participate in practice sessions conducted by a professional team, provided such participation meets the requirements of Bylaw 12.2.1.3 and the individual does not: *(Adopted: 4/13/10 effective 8/1/10)*

(a) Receive any compensation for participation in the practice sessions;

(b) Enter into any contract or agreement with a professional team or sports organization; or

(c) Take part in any outside competition (games or scrimmages) as a representative of a professional team.

**12.2.2.3 Prohibited Involvement of Institution's Coach.** An institution's coaching staff member may not arrange for or direct student-athletes' participation in football or basketball practice sessions conducted by a professional team.

## 12.2.3 Competition.

**12.2.3.1 Competition Against Professionals.** An individual may participate singly or as a member of an amateur team against professional athletes or professional teams. *(Revised: 8/24/07)*

**12.2.3.2 Competition With Professionals.** An individual shall not be eligible for intercollegiate athletics in a sport if the individual ever competed on a professional team (per Bylaw 12.02.11) in that sport. However, an individual may compete on a tennis, golf, two-person beach volleyball or two-person synchronized diving team with persons who are competing for cash or a comparable prize, provided the individual does not receive payment or prize money that exceeds his or her actual and necessary expenses, which may only be provided by the sponsor of the event. *(Revised: 1/9/96 effective 8/1/96, 1/14/97, 4/25/02 effective 8/1/02, 4/28/14, 7/31/15)*

**12.2.3.2.1 Exception—Competition Before Initial Full-Time Collegiate Enrollment—Sports Other Than Men's Ice Hockey and Skiing.** In sports other than men's ice hockey and skiing, before initial full-time collegiate enrollment, an individual may compete on a professional team (per Bylaw 12.02.11), provided he or she does not receive more than actual and necessary expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.3.2.2 Professional Player as Team Member.** An individual may participate with a professional on a team, provided the professional is not being paid by a professional team or league to play as a member of that team (e.g., summer basketball leagues with teams composed of both professional and amateur athletes).

**12.2.3.2.3 Professional Coach or Referee.** Participation on a team that includes a professional coach or referee does not cause the team to be classified as a professional team.

**12.2.3.2.4 Major Junior Ice Hockey.** Ice hockey teams in the United States and Canada, classified by the Canadian Hockey Association as major junior teams, are considered professional teams under NCAA legislation.

**12.2.3.2.4.1 Limitation on Restoration of Eligibility.** An appeal for restoration of eligibility may be submitted on behalf of an individual who has participated on a major junior ice hockey team under the provisions of Bylaw 12.12; however, such individual shall be denied at least the first year of intercollegiate athletics competition in ice hockey at the certifying institution and shall be charged with the loss of at least one season of eligibility in ice hockey. *(Revised: 1/11/89)*

**12.2.3.2.5 Exception—Olympic/National Teams.** It is permissible for an individual (prospective student-athlete or student-athletes) to participate on Olympic or national teams that are competing for prize money or are being compensated by the governing body to participate in a specific event, provided the student-athlete does not accept prize money or any other compensation (other than actual and necessary expenses). *(Adopted: 8/8/02)*

**12.2.3.3 Competition in Professional All-Star Contest.** A student-athlete who agrees to participate in a professional (players to be paid) all-star game becomes ineligible to compete in any intercollegiate contest that occurs after that agreement. Thus, a senior entering into such an agreement immediately following the last regular-season intercollegiate contest would not be eligible to compete in a bowl game, an NCAA championship or any other postseason intercollegiate contest.

#### 12.2.4 Draft and Inquiry.

**12.2.4.1 Inquiry.** An individual may inquire of a professional sports organization about eligibility for a professional-league player draft or request information about the individual's market value without affecting his or her amateur status.

**12.2.4.2 Draft List.** After initial full-time collegiate enrollment, an individual loses amateur status in a particular sport when the individual asks to be placed on the draft list or supplemental draft list of a professional league in that sport, even though: *(Revised: 4/25/02 effective 8/1/02)*

(a) The individual asks that his or her name be withdrawn from the draft list prior to the actual draft;

(b) The individual's name remains on the list but he or she is not drafted; or

(c) The individual is drafted but does not sign an agreement with any professional athletics team.

##### 12.2.4.2.1 Exception—Basketball—Four-Year College Student-Athlete.

###### 12.2.4.2.1.1 Men's Basketball. In men's basketball, an enrolled student-athlete may enter a professional league's draft each year during his collegiate career without jeopardizing eligibility in that sport, provided: *(Adopted: 4/30/09 effective 8/1/09, Revised: 4/28/11 effective 8/1/11, 1/14/16)*

(a) The student-athlete requests that his name be removed from the draft list and declares his intent to resume intercollegiate participation not later than 10 days after the conclusion of the professional league's draft combine. If the professional league does not conduct a draft combine, the student-athlete must request that his name be removed from the draft list not later than the end of the day before the first day of the spring National Letter of Intent signing period for the applicable year;

(b) The student-athlete's declaration of intent is submitted in writing to the institution's director of athletics; and

(c) The student-athlete is not drafted.

###### 12.2.4.2.1.2 Women's Basketball. In women's basketball, an enrolled student-athlete may enter a professional league's draft one time during her collegiate career without jeopardizing eligibility in that sport, provided the student-athlete is not drafted by any team in that league and the student-athlete declares her intention to resume intercollegiate participation within 30 days after the draft. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 1/11/94, Revised: 1/10/95, 1/14/97 effective 4/16/97, 4/24/03 effective 8/1/03, 4/30/09 effective 8/1/09)*

##### 12.2.4.2.2 Exception—Basketball—Two-Year College Prospective Student-Athlete. A prospective student-athlete enrolled at a two-year collegiate institution in basketball may enter a professional league's draft one time during his or her collegiate career without jeopardizing eligibility in that sport, provided the prospective student-athlete is not drafted by any team in that league. *(Adopted: 4/24/03 effective 8/1/03)*

##### 12.2.4.2.3 Exception—Football. [FBS/FCS] In football, an enrolled student-athlete (as opposed to a prospective student-athlete) may enter the National Football League draft one time during his collegiate career without jeopardizing eligibility in that sport, provided the student-athlete is not drafted by any team in that league and the student-athlete declares his intention to resume intercollegiate participation within 72 hours following the National Football League draft declaration date. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 10/31/02, Revised: 4/14/03, 12/15/06)*

##### 12.2.4.2.4 Exception—Sports Other Than Basketball and Football. An enrolled student-athlete in a sport other than basketball or football may enter a professional league's draft one time during his or her collegiate career without jeopardizing his or her eligibility in the applicable sport, provided the student-athlete is not drafted and within 72 hours following the draft he or she declares his or her intention to resume participation in intercollegiate athletics. The student-athlete's declaration of intent shall be in writing to the institution's director of athletics. *(Adopted: 4/26/07 effective 8/1/07)*

**12.2.4.3 Negotiations.** An individual may request information about professional market value without affecting his or her amateur status. Further, the individual, his or her parents or legal guardians or the institution's professional sports counseling panel may enter into negotiations with a professional sports organization without the loss of the individual's amateur status. An individual who retains an agent shall lose amateur status. *(Adopted: 1/10/92)*

#### 12.2.5 Contracts and Compensation. An individual shall be ineligible for participation in an intercollegiate sport if he or she has entered into any kind of agreement to compete in professional athletics, either orally or in writing, regardless of the legal enforceability of that agreement. *(Revised: 1/10/92)*

##### 12.2.5.1 Exception—Before Initial Full-Time Collegiate Enrollment—Sports Other Than Men's Ice Hockey and Skiing. In sports other than men's ice hockey and skiing, before initial full-time collegiate enrollment, an individual may enter into an agreement to compete on a professional team (per Bylaw 12.02.11), provided the agreement does not guarantee or promise payment (at any time) in excess of actual and necessary

expenses to participate on the team. *(Adopted: 4/29/10 effective 8/1/10 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/10)*

**12.2.5.2 Nonbinding Agreement.** An individual who signs a contract or commitment that does not become binding until the professional organization's representative or agent also signs the document is ineligible, even if the contract remains unsigned by the other parties until after the student-athlete's eligibility is exhausted.

# 12.3 Use of Agents. [A]

**12.3.1 General Rule. [A]** An individual shall be ineligible for participation in an intercollegiate sport if he or she ever has agreed (orally or in writing) to be represented by an agent for the purpose of marketing his or her athletics ability or reputation in that sport. Further, an agency contract not specifically limited in writing to a sport or particular sports shall be deemed applicable to all sports, and the individual shall be ineligible to participate in any sport.

**12.3.1.1 Exception—Baseball—Prior to Full-Time Collegiate Enrollment. [A]** In baseball, prior to full-time collegiate enrollment, an individual who is drafted by a professional baseball team may be represented by an agent or attorney during contract negotiations. The individual may not receive benefits (other than representation) from the agent or attorney and must pay the going rate for the representation. If the individual does not sign a contract with the professional team, the agreement for representation with the agent or attorney must be terminated prior to full-time collegiate enrollment. *(Adopted: 1/15/16)*

**12.3.1.2 Representation for Future Negotiations. [A]** An individual shall be ineligible per Bylaw 12.3.1 if he or she enters into an oral or written agreement with an agent for representation in future professional sports negotiations that are to take place after the individual has completed his or her eligibility in that sport.

**12.3.1.3 Benefits from Prospective Agents. [A]** An individual shall be ineligible per Bylaw 12.3.1 if he or she (or his or her relatives or friends) accepts transportation or other benefits from: *(Revised: 1/14/97)*

(a) Any person who represents any individual in the marketing of his or her athletics ability. The receipt of such expenses constitutes compensation based on athletics skill and is an extra benefit not available to the student body in general; or

(b) An agent, even if the agent has indicated that he or she has no interest in representing the student-athlete in the marketing of his or her athletics ability or reputation and does not represent individuals in the student-athlete's sport.

**12.3.1.4 Exception—Career Counseling and Internship/Job Placement Services. [A]** A student-athlete may use career counseling and internship/job placement services available exclusively to student-athletes, provided the student-athlete is not placed in a position in which the student-athlete uses his or her athletics ability. *(Adopted: 4/28/11)*

**12.3.2 Legal Counsel. [A]** Securing advice from a lawyer concerning a proposed professional sports contract shall not be considered contracting for representation by an agent under this rule, unless the lawyer also represents the individual in negotiations for such a contract.

**12.3.2.1 Presence of a Lawyer at Negotiations. [A]** A lawyer may not be present during discussions of a contract offer with a professional organization or have any direct contact (in person, by telephone or by mail) with a professional sports organization on behalf of the individual. A lawyer's presence during such discussions is considered representation by an agent.

**12.3.3 Athletics Scholarship Agent. [A]** Any individual, agency or organization that represents a prospective student-athlete for compensation in placing the prospective student-athlete in a collegiate institution as a recipient of institutional financial aid shall be considered an agent or organization marketing the individual's athletics ability or reputation.

**12.3.3.1 Talent Evaluation Services and Agents. [A]** A prospective student-athlete may allow a scouting service or agent to distribute personal information (e.g., high school academic and athletics records, physical statistics) to member institutions without jeopardizing his or her eligibility, provided the fee paid to such an agent is not based on placing the prospective student-athlete in a collegiate institution as a recipient of institutional financial aid.

**12.3.4 Professional Sports Counseling Panel. [A]** It is permissible for an authorized institutional professional sports counseling panel to: *(Adopted: 1/16/93, Revised: 1/11/94, 1/16/10)*

(a) Advise a student-athlete about a future professional career;

(b) Assist a student-athlete with arrangements for securing a loan for the purpose of purchasing insurance against a disabling injury or illness and with arrangements for purchasing such insurance;

(c) Review a proposed professional sports contract;

(d) Meet with the student-athlete and representatives of professional teams;

(e) Communicate directly (e.g., in person, by mail or telephone) with representatives of a professional athletics team to assist in securing a tryout with that team for a student-athlete;

(f) Assist the student-athlete in the selection of an agent by participating with the student-athlete in interviews of agents, by reviewing written information player agents send to the student-athlete and by having direct communication with those individuals who can comment about the abilities of an agent (e.g., other agents, a professional league's players association); and

(g) Visit with player agents or representatives of professional athletics teams to assist the student-athlete in determining his or her market value (e.g., potential salary, draft status).

**12.3.4.1 Appointment by President or Chancellor. [A]** This panel shall consist of at least three persons appointed by the institution's president or chancellor (or his or her designated representative from outside the athletics department). *(Revised: 3/8/06)*

**12.3.4.2 Composition. [A]** The majority of panel members shall be full-time employees outside the institution's athletics department. No sports agent or any person employed by a sports agent or agency may be a member of the panel. All panel members shall be identified to the NCAA national office. *(Revised: 1/11/94, 1/10/05, 1/20/17 effective 8/1/17)*

# 12.4 Employment.

## 12.4.1 Criteria Governing Compensation to Student-Athletes. Compensation may be paid to a student-athlete: *(Revised: 11/22/04)*

(a) Only for work actually performed; and

(b) At a rate commensurate with the going rate in that locality for similar services.

**12.4.1.1 Athletics Reputation.** Such compensation may not include any remuneration for value or utility that the student-athlete may have for the employer because of the publicity, reputation, fame or personal following that he or she has obtained because of athletics ability.

## 12.4.2 Specific Athletically Related Employment Activities.

**12.4.2.1 Fee-for-Lesson Instruction.** A student-athlete may receive compensation for teaching or coaching sport skills or techniques in his or her sport on a fee-for-lesson basis, provided: **[R]** *(Revised: 1/9/96 effective 8/1/96, 4/25/02 effective 8/1/02, 4/2/03 effective 8/1/03)*

(a) Institutional facilities are not used;

(b) Playing lessons shall not be permitted;

(c) The institution obtains and keeps on file documentation of the recipient of the lesson(s) and the fee for the lesson(s) provided during any time of the year;

(d) The compensation is paid by the lesson recipient (or the recipient's family) and not another individual or entity;

(e) Instruction to each individual is comparable to the instruction that would be provided during a private lesson when the instruction involves more than one individual at a time; and

(f) The student-athlete does not use his or her name, picture or appearance to promote or advertise the availability of fee-for-lesson sessions.

**12.4.2.2 National Team Practice and Competition** A student-athlete may receive actual and necessary expenses and reasonable benefits associated with national team practice and competition (e.g., health insurance, broken-time payments). **[R]** *(Revised: 1/19/13 effective 8/1/13)*

**12.4.2.3 Athletics Equipment Sales.** A student-athlete may not be employed to sell equipment related to the student-athlete's sport if his or her name, picture or athletics reputation is used to advertise or promote the product, the job or the employer. If the student-athlete's name, picture or athletics reputation is not used for advertising or promotion, the student-athlete may be employed in a legitimate sales position, provided he or she is reimbursed at an hourly rate or set salary in the same manner as any nonathlete salesperson. **[R]**

**12.4.2.4 Goodwill Tour Commissions.** A student-athlete representing the institution in a goodwill tour during summer months, in conjunction with the tour, may sell such items as jackets, blazers or similar institutional promotional items to booster groups or other friends of the institution on a salary, but not a commission, basis. **[R]**

## 12.4.3 Camp/Clinic Employment, General Rule. A student-athlete may be employed by his or her institution, by another institution, or by a private organization to work in a camp or clinic as a counselor, unless otherwise restricted by NCAA legislation (see Bylaw 13.12 for regulations relating to camps and clinics). Out-of-season playing and practice limitations may restrict the number of student-athletes from the same institution who may be employed in that institution's camp (see the specific sport in Bylaw 17 for these employment restrictions and Bylaw 13.12).

## 12.4.4 Self-Employment. [A] A student-athlete may establish his or her own business, provided the student-athlete's name, photograph, appearance or athletics reputation are not used to promote the business. *(Adopted: 12/12/06)*

## 12.5  Promotional Activities.

### 12.5.1  Permissible.

**12.5.1.1  Institutional, Charitable, Education or Nonprofit Promotions.**  A member institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a member conference or a noninstitutional charitable, educational or nonprofit agency may use a student-athlete's name, picture or appearance to support its charitable or educational activities or to support activities considered incidental to the student-athlete's participation in intercollegiate athletics, provided the following conditions are met: (*Revised: 1/11/89, 1/10/91, 1/10/92, 1/16/93, 1/9/96, 11/12/97, 4/26/01, 4/28/05, 4/27/06 effective 8/1/06, 5/6/08, 4/28/16 effective 8/1/16*)

(a)  The student-athlete's participation is subject to the limitations on participants in such activities as set forth in Bylaw 17;

(b)  The specific activity or project in which the student-athlete participates does not involve co-sponsorship, advertisement or promotion by a commercial agency other than through the reproduction of the sponsoring company's officially registered regular trademark or logo on printed materials such as pictures, posters or calendars. The company's emblem, name, address, telephone number and website address may be included with the trademark or logo. Personal names, messages and slogans (other than an officially registered trademark) are prohibited;

(c)  The name or picture of a student-athlete with remaining eligibility may not appear on an institution's printed promotional item (e.g., poster, calendar) that includes a reproduction of a product with which a commercial entity is associated if the commercial entity's officially registered regular trademark or logo also appears on the item;

(d)  The student-athlete does not miss class;

(e)  All moneys derived from the activity or project go directly to the member institution, member conference or the charitable, educational or nonprofit agency;

(f)  The student-athlete may accept actual and necessary expenses from the member institution, member conference or the charitable, educational or nonprofit agency related to participation in such activity;

(g)  The student-athlete's name, picture or appearance is not used to promote the commercial ventures of any nonprofit agency;

(h)  Any commercial items with names, likenesses or pictures of multiple student-athletes (other than highlight films or media guides per Bylaw 12.5.1.7) may be sold only at the member institution at which the student-athletes are enrolled, the institution's conference, institutionally controlled (owned and operated) outlets or outlets controlled by the charitable, educational or nonprofit organization (e.g., location of the charitable or educational organization, site of charitable event during the event). Items that include an individual student-athlete's name, picture or likeness (e.g., name on jersey, name or likeness on a bobblehead doll), other than informational items (e.g., media guide, schedule cards, institutional publications), may not be sold; and

(i)  The student-athlete and an authorized representative of the charitable, educational or nonprofit agency affirm that the student-athlete's name, image or appearance is used in a manner consistent with the requirements of this section.

**12.5.1.1.1  Promotions Involving NCAA Championships, Events, Activities or Programs.**  The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of an enrolled student-athlete to generally promote NCAA championships or other NCAA events, activities or programs. (*Adopted: 8/7/03*)

**12.5.1.1.2  Promotions Involving Commercial Locations/Sponsors.**  A member institution, a member conference or a charitable, educational or nonprofit organization may use the appearance, name or picture of an enrolled student-athlete to promote generally its fundraising activities at the location of a commercial establishment, provided the commercial establishment is not a co-sponsor of the event and the student-athlete does not promote the sale of a commercial product in conjunction with the fundraising activity. A commercial establishment would become a co-sponsor if the commercial establishment either advertises the presence of the student-athlete at the commercial location or is involved directly or indirectly in promoting the activity. (*Adopted: 1/10/92*)

**12.5.1.1.3  Distribution of Institutional Items through Commercial Outlets.**  A member institution may distribute noncommercial items that include names or pictures of student-athletes (items not for sale) at commercial establishments, provided the institution generally distributes such items to other commercial establishments in the community and the distribution of the items does not require the recipient to make a purchase at the commercial establishment. (*Adopted: 1/16/93, Revised: 5/21/08*)

**12.5.1.1.4  Player/Trading Cards.**  A member institution or recognized entity thereof (e.g., fraternity, sorority or student government organization), a member conference or a noninstitutional charitable, educa-

tional or nonprofit agency may distribute but may not sell player/trading cards that bear a student-athlete's name or picture. *(Adopted: 1/11/94 effective 8/1/94)*

**12.5.1.1.4.1 Exception—Olympic/National Team.**  A national governing body may sell player/trading cards that bear the name or picture of a student-athlete who is a member of the Olympic/national team in that sport, provided all of the funds generated through the sale of such cards are deposited directly with the applicable Olympic/national team. *(Adopted: 1/6/96)*

**12.5.1.1.5 Schedule Cards.**  An advertisement on an institution's wallet-size playing schedule that includes the name or picture of a student-athlete may include language other than the commercial product's name, trademark or logo, provided the commercial language does not appear on the same page as the picture of the student-athlete. **[D]** *(Adopted: 1/10/92, Revised: 1/14/08, 5/21/08)*

**12.5.1.1.6 Effect of Violations.**  The following violations of Bylaw 12.5.1.1 shall be considered institutional violations; however, the student-athlete's eligibility shall not be affected: *(Adopted: 1/14/97, Revised: 4/26/07, 10/29/09, 4/28/16 effective 8/1/16)*

(a) An institution, without the student-athlete's knowledge or consent, uses or permits the use of the student-athlete's name or picture in a manner contrary to Bylaw 12.5.1.1; or

(b) A violation in which the only condition of the legislation not satisfied is the requirement that the student-athlete and an authorized representative of the charitable, educational or nonprofit agency affirm that the student-athlete's name, image or appearance is used in a manner consistent with the requirements of Bylaw 12.5.1.1, provided the affirmation would have been given if requested.

**12.5.1.2  U.S. Olympic Committee/National Governing Body Advertisement Prior to Collegiate Enrollment.**  Prior to initial, full-time collegiate enrollment, an individual may receive payment for the display of athletics skill in a commercial advertisement, provided: *(Adopted: 1/11/94)*

(a) The individual receives prior approval to appear in the advertisement from the U.S. Olympic Committee or the applicable national governing body;

(b) The U.S. Olympic Committee or national governing body approves of the content and the production of the advertisement;

(c) The individual forwards the payment to the U.S. Olympic Committee or national governing body for the general use of the organization(s); and

(d) The funds are not earmarked for the individual.

**12.5.1.3  Continuation of Modeling and Other Nonathletically Related Promotional Activities After Enrollment. [A]**  If an individual accepts remuneration for or permits the use of his or her name or picture to advertise or promote the sale or use of a commercial product or service prior to enrollment in a member institution, continued remuneration for the use of the individual's name or picture (under the same or similar circumstances) after enrollment is permitted without jeopardizing his or her eligibility to participate in intercollegiate athletics only if all of the following conditions apply: *(Revised: 1/14/97, 3/10/04)*

(a) The individual's involvement in this type of activity was initiated prior to his or her enrollment in a member institution;

(b) The individual became involved in such activities for reasons independent of athletics ability;

(c) No reference is made in these activities to the individual's name or involvement in intercollegiate athletics;

(d) The individual does not endorse the commercial product; and

(e) The individual's remuneration under such circumstances is at a rate commensurate with the individual's skills and experience as a model or performer and is not based in any way upon the individual's athletics ability or reputation.

**12.5.1.4  Congratulatory Advertisement.**  It is permissible for a student-athlete's name or picture, or the group picture of an institution's athletics squad, to appear in an advertisement of a particular business, commercial product or service, provided: *(Revised: 11/1/07 effective 8/1/08, 5/21/08)*

(a) The primary purpose of the advertisement is to publicize the sponsor's congratulations to the student-athlete or team;

(b) The advertisement does not include a reproduction of the product with which the business is associated or any other item or description identifying the business or service other than its name or trademark;

(c) There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or service of the advertiser;

(d) The student-athlete has not signed a consent or release granting permission to use the student-athlete's name or picture in a manner inconsistent with the requirements of this section; and

(e) If the student-athlete has received a prize from a commercial sponsor in conjunction with participation in a promotional contest and the advertisement involves the announcement of receipt of the prize, the receipt of the prize is consistent with the provisions of Bylaw 12.5.2.3.3 and official interpretations.

**12.5.1.5 Educational Products Related to Sport-Skill Instruction.** It is permissible for a student-athlete's name or picture to appear in books, articles and other publications, films, videotapes, and other types of electronic reproduction related to sport-skill demonstration, analysis or instruction, provided: *(Revised: 1/9/06 effective 8/1/06)*

(a)  Such print and electronic media productions are for educational purposes;

(b)  There is no indication that the student-athlete expressly or implicitly endorses a commercial product or service;

(c)  The student-athlete does not receive, under any circumstances, any remuneration for such participation; however, the student-athlete may receive actual and necessary expenses related to his or her participation; and

(d)  The student-athlete has signed a release statement ensuring that the student-athlete's name or image is used in a manner consistent with the requirements of this section and has filed a copy of the statement with the student-athlete's member institution.

**12.5.1.6 Camps.** An institutional or privately owned camp may use a student-athlete's name, picture and institutional affiliation only in the camp counselor section in its camp brochure to identify the student-athlete as a staff member. A student-athlete's name or picture may not be used in any other way to directly advertise or promote the camp. **[D]** *(Revised: 4/26/01 effective 8/1/01, 4/17/02, 7/12/04, 1/9/06)*

**12.5.1.7 Promotion by Third Party of Highlight Film, Video or Media Guide.** Any party other than the institution or a student-athlete (e.g., a distribution company) may sell and distribute an institutional highlight film or video or an institutional or conference media guide that contains the names and pictures of enrolled student-athletes only if: *(Revised: 1/16/93)*

(a)  The institution specifically designates any agency that is authorized to receive orders for the film, video or media guide;

(b)  Sales and distribution activities have the written approval of the institution's athletics director;

(c)  The distribution company or a retail store is precluded from using the name or picture of an enrolled student-athlete in any poster or other advertisement to promote the sale or distribution of the film or media guide; and

(d)  There is no indication in the makeup or wording of the advertisement that the squad members, individually or collectively, or the institution endorses the product or services of the advertiser.

**12.5.1.8 Promotion of NCAA and Conference Championships.** The NCAA [or a third party acting on behalf of the NCAA (e.g., host institution, conference, local organizing committee)] may use the name or picture of a student-athlete to generally promote NCAA championships. A student-athlete's name or picture may appear in a poster that promotes a conference championship, provided the poster is produced by a member that hosts a portion of the championship or by the conference. *(Adopted: 1/11/89, Revised: 8/7/03)*

**12.5.1.9 Olympic, Pan American, World Championships, World Cup, World University Games (Universiade) and World University Championships.** A student-athlete's name or picture may be used to promote Olympic, Pan American, World Championships, World Cup, World University Games (Universiade) or World University Championships as specified in this section. *(Adopted: 1/10/92, Revised: 1/9/96 effective 8/1/96, 1/14/12)*

**12.5.1.9.1 Sale and Distribution of Promotional Items.** Promotional items (e.g., posters, postcards, film, videotapes) bearing the name or picture of a student-athlete and related to these events may be sold or distributed by the national or international sports governing body sponsoring these events or its designated third-party distributors. It is not permissible for such organizations to sell player/trading cards that bear a student-athlete's name or picture, except as noted in Bylaw 12.5.1.1.4.1. Promotional items may include a corporate sponsor's trademark or logo but not a reproduction of the product with which the business is associated. The name or picture of the student-athlete may not be used by the distribution company or retail store on any advertisement to promote the sale or distribution of the commercial item. *(Adopted: 1/10/92, Revised: 1/16/93, 1/11/94 effective 8/1/94)*

**12.5.1.9.1.1 Corporate Sponsors.** A corporate sponsor may sell a promotional item related to these events that uses the name or picture of a team but not an individual student-athlete. *(Adopted: 1/10/92)*

**12.5.2 Nonpermissible.**

**12.5.2.1 Advertisements and Promotions After Becoming a Student-Athlete.** After becoming a student-athlete, an individual shall not be eligible for participation in intercollegiate athletics if the individual:

(a)  Accepts any remuneration for or permits the use of his or her name or picture to advertise, recommend or promote directly the sale or use of a commercial product or service of any kind; or

(b)  Receives remuneration for endorsing a commercial product or service through the individual's use of such product or service.

**12.5.2.1.1 Exceptions.** The individual's eligibility will not be affected, provided the individual participated in such activities prior to enrollment and the individual:

(a) Meets the conditions set forth in Bylaw 12.5.1.3 that would permit continuation of such activities; or

(b) Takes appropriate steps upon becoming a student-athlete to retract permission for the use of his or her name or picture and ceases receipt of any remuneration for such an arrangement.

**12.5.2.1.2 Improper Use of Student-Athlete's Name or Picture.** If an institution, without the student-athlete's knowledge or consent, uses or permits the use of the student-athlete's name or picture in a manner contrary to Bylaw 12.5.2.1, the violation shall be considered an institutional violation; however, the student-athlete's eligibility shall not be affected. *(Adopted: 1/11/97)*

**12.5.2.2 Use of a Student-Athlete's Name or Picture Without Knowledge or Permission.** If a student-athlete's name or picture appears on commercial items (e.g., T-shirts, sweatshirts, serving trays, playing cards, posters) or is used to promote a commercial product sold by an individual or agency without the student-athlete's knowledge or permission, the student-athlete (or the institution acting on behalf of the student-athlete) is required to take steps to stop such an activity in order to retain his or her eligibility for intercollegiate athletics. Such steps are not required in cases in which a student-athlete's photograph is sold by an individual or agency (e.g., private photographer, news agency) for private use. *(Revised: 1/11/97, 5/12/05)*

**12.5.2.3 Specifically Restricted Activities.** A student-athlete's involvement in promotional activities specified in this section is prohibited.

**12.5.2.3.1 Name-the-Player Contest.** A student-athlete may not permit use of his or her name or picture in a "name-the-player" contest conducted by a commercial business for the purpose of promoting that business.

**12.5.2.3.2 Athletics Equipment Advertisement.** A student-athlete's name or picture may not be used by an athletics equipment company or manufacturer to publicize the fact that the institution's team uses its equipment.

**12.5.2.3.3 Promotional Contests.** Receipt of a prize for winning an institutional or noninstitutional promotional activity (e.g., making a half-court basketball shot, being involved in a money scramble) by a prospective or enrolled student-athlete (or a member of his or her family) does not affect his or her eligibility, provided the prize is won through a random drawing in which all members of the general public or the student body are eligible to participate. *(Revised: 1/9/96 effective 8/1/96, 3/25/05, 6/12/07)*

**12.5.2.4 Other Promotional Activities.** A student-athlete may not participate in any promotional activity that is not permitted under Bylaw 12.5.1. *(Adopted: 11/1/01)*

**12.5.3 Media Activities. [A]** A student-athlete may participate in media activities, including but not limited to, radio, television and internet-based programs (e.g., coaches' shows), and writing projects when the student-athlete's appearance or participation is related in any way to his or her status as a student-athlete. The student-athlete shall not receive any remuneration for participation in the activity. The student-athlete shall not make any endorsement, expressed or implied, of any commercial product or service. The student-athlete may, however, receive actual and necessary expenses directly related to the appearance or participation in the activity. A student-athlete participating in such media activities may not miss class, except for class time missed in conjunction with away-from-home competition or to participate in an NCAA or conference-sponsored media activity. *(Revised: 1/16/93, 1/14/97, 1/9/06, 4/27/06, 8/7/14, 1/20/17 effective 8/1/17)*

**12.5.4 Use of Commercial Trademarks or Logos on Equipment, Uniforms and Apparel.** A student-athlete may use athletics equipment or wear athletics apparel that bears the trademark or logo of an athletics equipment or apparel manufacturer or distributor in athletics competition and pre- and postgame activities (e.g., celebrations on the court, pre- or postgame press conferences), provided the following criteria are met. **[D]** *(Revised: 1/11/94, 1/10/95, 1/9/96 effective 8/1/96, 2/16/00, 5/27/11)*

(a) Athletics equipment (e.g., shoes, helmets, baseball bats and gloves, batting or golf gloves, hockey and lacrosse sticks, goggles and skis) shall bear only the manufacturer's normal label or trademark, as it is used on all such items for sale to the general public; and

(b) The student-athlete's institution's official uniform (including numbered racing bibs and warm-ups) and all other items of apparel (e.g., socks, head bands, T-shirts, wrist bands, visors or hats, swim caps and towels) shall bear only a single manufacturer's or distributor's normal label or trademark (regardless of the visibility of the label or trademark), not to exceed 2-1/4 square inches in area (rectangle, square, parallelogram) including any additional material (e.g., patch) surrounding the normal trademark or logo. The student-athlete's institution's official uniform and all other items of apparel shall not bear a design element similar to the manufacturer's trademark/logo that is in addition to another trademark/logo that is contrary to the size restriction.

**12.5.4.1 Laundry Label.** If an institution's uniform or any item of apparel worn by a student-athlete in competition contains washing instructions on the outside of the apparel on a patch that also includes the manufacturer's or distributor's logo or trademark, the entire patch must be contained within a four-sided geometrical figure (rectangle, square, parallelogram) that does not exceed 2-1/4 square inches. **[D]** *(Adopted: 1/10/95)*

AMATEURISM AND
ATHLETICS ELIGIBILITY

**12.5.4.2 Pre- or Postgame Activities.** The restriction on the size of a manufacturer's or distributor's logo is applicable to all apparel worn by student-athletes during the conduct of the institution's competition, which includes any pre- or postgame activities (e.g., postgame celebrations on the court, pre- or postgame press conferences) involving student-athletes. **[D]** *(Adopted: 1/10/95)*

**12.5.4.3 Outside Team Uniforms and Apparel.** The provisions of Bylaw 12.5.4-(b) do not apply to the official uniforms and apparel worn by outside teams.

**12.5.4.4 Title-Sponsor Recognition.** Racing bibs and similar competition identification materials (e.g., bowl-game patches) worn by participants may include the name of the corporate sponsor of the competition, provided the involved commercial company is the sole title sponsor of the competition. **[D]**

# 12.6 Financial Donations From Outside Organizations.

## 12.6.1 Professional Sports Organizations.

**12.6.1.1 To Intercollegiate Event.** A professional sports organization may serve as a financial sponsor of an intercollegiate competition event, provided the organization is not publicly identified as such. A professional sports organization may serve as a financial sponsor of an activity or promotion that is ancillary to the competition event and may be publicly identified as such. **[D]** *(Adopted: 1/10/92, Revised: 8/5/04, 1/14/12)*

**12.6.1.2 Developmental Funds to NCAA.** A professional sports organization may provide funds for intercollegiate athletics developmental purposes in a particular sport (e.g., officiating expenses, research and educational projects, the conduct of summer leagues, purchase of equipment). However, such funds shall be provided in an unrestricted manner and administered through the Association's national office.

**12.6.1.3 To Institution, Permissible.** A member institution may receive funds from a professional sports organization, provided: *(Adopted: 4/29/04 effective 8/1/04, Revised: 1/14/12, 4/17/12)*

(a) The money is placed in the institution's general fund and used for purposes other than athletics;

(b) The money is placed in the institution's general scholarship fund and commingled with funds for the assistance of all students generally;

(c) The money is received by the institution as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the institution's budget for the specific event, including ancillary activities and promotions; or

(d) The money is received by the institution as a result of a reciprocal contractual marketing relationship and is placed in the athletics department's budget for the specific purpose of marketing and promoting any institutionally sponsored sport other than football and men's basketball.

**12.6.1.4 To Conference, Permissible.** A member conference may receive funds from a professional sports organization, provided the money is received by the conference as a result of the professional sports organization's financial sponsorship of a specific intercollegiate competition event and is placed in the conference's budget for the specific event, including ancillary activities and promotions. *(Adopted: 1/14/12)*

**12.6.1.5 To Institution, Nonpermissible.** A member institution shall not accept funds from a professional sports organization if:

(a) The funds are for the purpose of recognizing the development of a former student-athlete in a particular sport. The receipt of such funds by an institution would make additional money available that could benefit student-athletes and thus result in student-athletes indirectly receiving funds from a professional sports organization;

(b) The money, even though not earmarked by the donor, is received and credited to institutional funds for the financial assistance of student-athletes generally; or

(c) The money is placed in the institution's general fund and credited to the athletics department for an unspecified purpose.

**12.6.1.6 Revenues Derived from Pro-Am Events.** The distribution of revenues from an event involving an intercollegiate athletics team and a professional sports team (e.g., a baseball game in which a member institution's team plays against a professional baseball team) or pro-am event (e.g., golf, tennis) that results in a member institution's receiving a share of receipts from such a contest is permitted, provided the institution has a formal agreement with the professional sports team regarding the institution's guarantee or share of receipts and the contractual terms are consistent with agreements made by the professional team or individuals for similar intercollegiate or nonprofessional competition.

**12.6.1.7 Promotion of Professional Athletics Contests.** A member institution may host and promote an athletics contest between two professional teams from recognized professional sports leagues as a fundraising activity for the institution. *(Revised: 1/9/96 effective 8/1/96)*

**12.6.1.8 Reciprocal Marketing Agreements—Sports Other Than Football and Men's Basketball.** In sports other than football and men's basketball, an institution's marketing department may enter into a reciprocal contractual relationship with a professional sports organization for the specific purpose of marketing and promoting an institutionally sponsored sport. *(Adopted: 4/29/04 effective 8/1/04, Revised: 2/17/12)*

### 12.6.2 Organizations (Nonprofessional Sports Organizations).

**12.6.2.1 Individual Athletics Performance.** A member institution shall not accept funds donated from a nonprofessional sports organization based on the place finish of a student-athlete or the number of student-athletes representing the institution in an event. However, the organization may donate an equal amount of funds to every institution with an athlete or team participating in a particular event.

**12.6.2.2 Individual and Team Rankings.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's national or regional ranking. *(Revised: 1/9/06 effective 8/1/06)*

**12.6.2.3 Academic Performance.** A member institution may accept funds donated to its athletics program from a nonprofessional sports organization based on an individual's or a team's academic performance (e.g., the number of Academic All-American award recipients).

## 12.7 General Eligibility Requirements.

### 12.7.1 Postseason and Regular-Season Competition.
To be eligible for regular-season competition, NCAA championships, and for postseason football bowl games, the student-athlete shall meet all general eligibility requirements.

### 12.7.2 Student-Athlete Statement.

**12.7.2.1 Content and Purpose.** Prior to participation in intercollegiate competition each academic year, a student-athlete shall sign a statement in a form prescribed by the Council in which the student-athlete submits information related to eligibility, recruitment, financial aid, amateur status, previous positive-drug tests administered by any other athletics organization and involvement in organized gambling activities related to intercollegiate or professional athletics competition under the Association's governing legislation. Failure to complete and sign the statement shall result in the student-athlete's ineligibility for participation in all intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight, and the student-athlete subsequently signs the form; however, the violation shall be considered an institutional violation per Constitution 2.8.1. *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 2/19/97, 4/24/03, 11/1/07 effective 8/1/08, 8/7/14)*

**12.7.2.2 Administration.** The following procedures shall be used in administering the form: *(Revised: 8/4/89, 1/9/06 effective 8/1/06, 7/30/10)*

(a) The statement shall be administered individually to each student-athlete by the athletics director or the athletics director's designee prior to the student's participation in intercollegiate competition each academic year; and

(b) The statement shall be kept on file by the athletics director and shall be available for examination upon request by an authorized representative of the NCAA.

**12.7.2.3 Institutional Responsibility—Notification of Positive Test.** The institution shall promptly notify the NCAA's chief medical officer, in writing, regarding a student-athlete's disclosure of a previous positive test for banned substances administered by any other athletics organization. *(Adopted: 1/14/97 effective 8/1/97, Revised: 7/31/14)*

### 12.7.3 Drug-Testing Consent Form.

**12.7.3.1 Content and Purpose.** Each academic year, a student-athlete shall sign a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Council in which the student consents to be tested for the use of drugs prohibited by NCAA legislation. Failure to complete and sign the consent form prior to practice or competition, or before the Monday of the fourth week of classes (whichever occurs first) shall result in the student-athlete's ineligibility for participation (practice and competition) in all intercollegiate athletics. *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/16/93, 1/10/95 effective 8/1/95, 1/14/97, 4/24/03, 8/5/04, 11/1/07 effective 8/1/08, 7/30/10, 8/7/14)*

**12.7.3.2 Administration.** The following procedures shall be used in administering the form (see Constitution 3.2.4.7): *(Adopted: 1/10/92 effective 8/1/92, Revised: 4/27/00, 7/30/10, 7/31/14)*

(a) The consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee each academic year;

(b) The athletics director or the athletics director's designee shall disseminate the list of banned drug classes to all student-athletes and educate them about products that might contain banned drugs. All student-athletes are to be notified that the list may change during the academic year, that updates may be found on the NCAA website (www.ncaa.org) and informed of the appropriate athletics department procedures for disseminating updates to the list; and

(c) The consent form shall be kept on file by the athletics director and shall be available for examination upon request by an authorized representative of the NCAA.

**12.7.3.3 Exception—14-Day Grace Period.** A student-athlete who is "trying out" for a team is not required to complete the form until 14 days from the first date the student-athlete engages in countable athletically related activities or before the student-athlete participates in a competition, whichever occurs earlier. *(Adopted: 4/27/06 effective 8/1/06, Revised: 7/31/14)*

**12.7.3.4 Effect of Violation.** A violation of Bylaw 12.7.3 or its subsections shall be considered institutional violations per Constitution 2.8.1; however, a violation shall not affect the student-athlete's eligibility, provided the student-athlete signs the consent form. *(Revised: 4/28/05 effective 8/1/05, 7/30/10)*

**12.7.4 Student-Athlete Health Insurance Portability and Accountability Act (HIPAA) Authorization/Buckley Amendment Consent Form—Disclosure of Protected Health Information.**

**12.7.4.1 Content and Purpose.** Each academic year, a student-athlete may voluntarily sign a statement in a form maintained by the Committee on Competitive Safeguards and Medical Aspects of Sports and approved by the Council in which the student-athlete authorizes/consents to the institution's physicians, athletics directors and health care personnel to disclose the student-athlete's injury/illness and participation information associated with the student-athlete's training and participation in intercollegiate athletics to the NCAA and to its Injury Surveillance Program (ISP), agents and employees for the purpose of conducting research into the reduction of athletics injuries. The authorization/consent by the student-athlete is voluntary and is not required for the student-athlete to be eligible to participate. **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 11/1/07 effective 8/1/08, 8/7/14)*

**12.7.4.2 Administration.** The following procedures shall be used in administering the form: **[D]** *(Adopted: 4/24/03, Revised: 8/7/03 effective 8/1/04, 7/30/10)*

(a) The authorization/consent form shall be administered individually to each student-athlete by the athletics director or the athletics director's designee before the student-athlete's participation in intercollegiate athletics each academic year.

(b) Signing the authorization/consent shall be voluntary and is not required by the student-athlete's institution for medical treatment, payment for treatment, enrollment in a health plan or for any benefits (if applicable) and is not required for the student-athlete to be eligible to participate.

(c) Any signed authorization/consent forms shall be kept on file by the athletics director.

**12.7.5 Eligibility Requirements for Male Students to Practice With Women's Teams.** A male student may engage in practice sessions with women's teams subject to the following conditions: *(Revised: 5/12/05, 5/29/08, 7/31/14, 4/26/17, 4/26/17 effective 8/1/17)*

(a) A male student who practices with an institution's women's team must be verified as eligible for practice in accordance with Bylaw 14.2.1 and must have eligibility remaining under the five-year rule (see Bylaw 12.8.1);

(b) It is not permissible for an institution to provide a male student financial assistance (room and board, tuition and fees, and books) in return for practicing with a women's team. A male student who is receiving financial aid or any compensation for serving in any position in the athletics department may not practice with a women's team. A male student-athlete who is a counter in a men's sport may not engage in practice sessions with an institution's women's team in any sport;

(c) It is not permissible for an institution to provide a male student room and board to remain on campus during a vacation period to participate in practice sessions with a women's team;

(d) It is not permissible for a recruited male student-athlete who is serving an academic year of residence as a non-qualifier to participate in practice sessions with a women's team. A nonrecruited male student who is serving an academic year of residence as a nonqualifier may participate in practice sessions with a women's team;

(e) It is permissible for an institution to provide practice apparel to a male student for the purpose of practicing with a women's team; and

(f) A male student who practices with an institution's women's basketball team may participate in required summer athletic activities, provided he was enrolled full time at the conclusion of the regular academic term (e.g., spring semester or quarter) immediately preceding the institution's summer term.

# 12.8 Seasons of Competition: Five-Year Rule.

A student-athlete shall not engage in more than four seasons of intercollegiate competition in any one sport (see Bylaws 12.02.5 and 14.3.3). An institution shall not permit a student-athlete to represent it in intercollegiate competition unless the individual completes all of his or her seasons of participation in all sports within the time periods specified below: *(Revised: 7/31/14)*

**12.8.1 Five-Year Rule.** A student-athlete shall complete his or her seasons of participation within five calendar years from the beginning of the semester or quarter in which the student-athlete first registered for a minimum full-time program of studies in a collegiate institution, with time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government being excepted. For international students, service in the armed forces or on an official religious mission of the student's home country is considered equivalent to such service in the United States. *(Revised: 4/2/10, 7/31/14)*

**12.8.1.1  Determining the Start of the Five-Year Period.**  For purposes of starting the count of time under the five-year rule, a student-athlete shall be considered registered at a collegiate institution (domestic or foreign; see Bylaw 14.02.5) when the student-athlete initially registers in a regular term (semester or quarter) of an academic year for a minimum full-time program of studies, as determined by the institution, and attends the student's first day of classes for that term (see Bylaw 12.8.2). *(Revised: 7/31/14)*

**12.8.1.2  Service Exceptions to the Five-Year Rule.**  Time spent in the armed services, on official religious missions or with recognized foreign aid services of the U.S. government is excepted from the application of the five-year rule. Among such services that qualify a student-athlete for an extension of the five-year rule are: *(Revised: 4/2/10, 7/31/14)*

(a)  Military Sea Transport Service;

(b)  Peace Corps; or

(c)  Service as a conscientious objector ordered by the Selective Service Commission (or the equivalent authority in a foreign nation) in lieu of active military duty.

**12.8.1.2.1  Elapsed Time/Service to Enrollment.**  If a student-athlete enrolls in a regular term of a collegiate institution at the first opportunity following completion of any one of the commitments described in the exceptions to this bylaw, the elapsed time (the exact number of calendar days) between completion of the commitment and the first opportunity for enrollment may be added to the exact number of days served on active duty in the armed services, with foreign aid services or on official religious missions and will not count toward the student-athlete's five years of eligibility. It is not permissible to extend the five-year period by any additional time beyond the first opportunity to enroll (the opening day of classes of the first regular term at the institution in which the student-athlete enrolls as a regular student immediately following the termination of the active-duty commitment). *(Revised: 4/2/10, 7/31/14)*

**12.8.1.2.2  Collegiate Enrollment Concurrent With Service Assignment.**  Any time in which a student-athlete is enrolled for a minimum full-time load as a regular student in a collegiate institution while simultaneously on active duty in the U.S. military, on an official religious mission or with a recognized foreign aid service of the U.S. government shall count against the five calendar years in which the student-athlete's seasons of eligibility must be completed. *(Revised: 4/2/10, 7/31/14)*

**12.8.1.3  Academic Study Abroad Exception.**  Time spent participating in a full-time study-abroad program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17)*

(a)  The institution recognizes the student-athlete as a full-time student at the time he or she participates in the study-abroad program;

(b)  At the time of participation in the study-abroad program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c)  The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the study-abroad program;

(d)  The student-athlete satisfactorily completes the study-abroad program; and

(e)  The student-athlete earns a baccalaureate degree within five years or fewer.

**12.8.1.4  Internship or Cooperative Educational Work Experience Program Exception.**  Time spent participating in a full-time internship or cooperative educational work experience program during a regular term of an academic year may be excepted from the application of the five-year rule, provided: *(Adopted: 1/19/17 effective 8/1/17)*

(a)  The institution recognizes the student-athlete as a full-time student at the time he or she participates in the internship or cooperative educational work experience program;

(b)  At the time of participation in the internship or cooperative educational work experience program, the student-athlete is academically eligible for competition and is not subject to an athletically related suspension;

(c)  The student-athlete does not participate in practice or competition with the institution's team and does not engage in outside competition while participating in the internship or cooperative educational work experience program;

(d)  The student-athlete satisfactorily completes the internship or cooperative educational work experience program; and

(e)  The student-athlete earns a baccalaureate degree within five years or fewer.

**12.8.1.5  Pregnancy Exception.**  A member institution may approve a one-year extension of the five-year period of eligibility for a female student-athlete for reasons of pregnancy. *(Revised: 7/31/14)*

**12.8.1.6  Athletics Activity Waiver.**  The Committee on Student-Athlete Reinstatement, or a committee designated by it, shall have the authority to waive this provision by a two-thirds majority of its members present and voting to permit student-athletes to participate in: *(Revised: 1/10/91, 1/9/96, 1/14/12, 7/31/14)*

(a) Official Pan American, World Championships, World Cup, World University Games (Universiade), World University Championships and Olympic training, tryouts and competition;

(b) Officially recognized training and competition directly qualifying participants for final Olympic tryouts; or

(c) Official tryouts and competition involving national teams sponsored by the appropriate national governing bodies of the U.S. Olympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation, or, for student-athletes competing in a non-Olympic sport, the equivalent organization of that sport).

**12.8.1.6.1 Junior Level Competition.** The athletics activity waiver does not apply to junior level training, tryouts or competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the training, tryouts or competition specified in Bylaw 12.8.1.4. *(Adopted: 2/17/17)*

**12.8.1.6.2 Athletics Activity Waiver Criteria.** Extensions of the five-year period of eligibility for student-athletes by the Committee on Student-Athlete Reinstatement, or its designated committee, shall be based on the following criteria: The member institution in which the student-athlete is enrolled must establish to the satisfaction of the Committee on Student-Athlete Reinstatement (by objective evidence) that the student-athlete was unable to participate in intercollegiate athletics as a result of participation in one of the activities listed in the above legislation for a specific period of time. Further, such an extension shall be limited to one time and for a period not to exceed one year per student-athlete, per sport. *(Revised: 8/11/98, 7/31/14)*

**12.8.1.7 Five-Year Rule Waiver.** The Committee on Student-Athlete Reinstatement, or its designated committee, by a two-thirds majority of its members present and voting, may approve waivers of the five-year rule as it deems appropriate. *(Revised: 7/30/10, 7/31/14)*

**12.8.1.7.1 Waiver Criteria.** A waiver of the five-year period of eligibility is designed to provide a student-athlete with the opportunity to participate in four seasons of intercollegiate competition within a five-year period. This waiver may be granted, based upon objective evidence, for reasons that are beyond the control of the student-athlete or the institution, which deprive the student-athlete of the opportunity to participate for more than one season in his or her sport within the five-year period. The Committee on Student-Athlete Reinstatement reserves the right to review requests that do not meet the more-than-one-year criteria detailed in this bylaw for circumstances of extraordinary or extreme hardship. A student-athlete who has exhausted his or her five years of eligibility may continue to practice (but not compete) for a maximum of 30 consecutive calendar days, provided the student-athlete's institution has submitted a waiver request. The student-athlete may not commence practice until the institution has filed such a request. Further, if such a request is denied prior to exhausting the 30-day practice period, the student-athlete must cease all practice activities upon the institution's notification of the denial. *(Revised: 4/17/91, 1/11/94, 8/10/94, 10/12/95, 4/27/00, 7/30/10, 7/31/14)*

**12.8.1.7.1.1 Circumstances Beyond Control.** Circumstances considered to be beyond the control of the student-athlete or the institution and do not cause a participation opportunity to be used shall include, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 8/12/97, 1/9/06, 7/30/10, 7/31/14)*

(a) Situations clearly supported by contemporaneous medical documentation, which states that a student-athlete is unable to participate in intercollegiate competition as a result of incapacitating physical or mental circumstances;

(b) The student-athlete is unable to participate in intercollegiate athletics as a result of a life-threatening or incapacitating injury or illness suffered by a member of the student-athlete's immediate family, which clearly is supported by contemporaneous medical documentation;

(c) Reliance by the student-athlete upon written, contemporaneous, clearly erroneous academic advice provided to the student-athlete from a specific academic authority from a collegiate institution regarding the academic status of the student-athlete or prospective student-athlete, which directly leads to that individual not being eligible to participate and, but for the clearly erroneous advice, the student-athlete would have established eligibility for intercollegiate competition;

(d) Natural disasters (e.g., earthquake, flood); and

(e) Extreme financial difficulties as a result of a specific event (e.g., layoff, death in the family) experienced by the student-athlete or by an individual upon whom the student-athlete is legally dependent, which prohibit the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent.

**12.8.1.7.1.2 Circumstances Within Control.** Circumstances that are considered to be within the control of the student-athlete or the institution and cause a participation opportunity to be used in-

clude, but are not limited to, the following: *(Adopted: 8/10/94, Revised: 10/12/95, 10/9/96, 7/30/10, 7/31/14)*

(a) A student-athlete's decision to attend an institution that does not sponsor his/her sport, or decides not to participate at an institution that does sponsor his/her sport;

(b) An inability to participate due to failure to meet institutional/conference or NCAA academic requirements, or disciplinary reasons or incarceration culminating in or resulting from a conviction;

(c) Reliance by a student-athlete upon misinformation from a coaching staff member;

(d) Redshirt year;

(e) An inability to participate as a result of a transfer year in residence or fulfilling a condition for restoration of eligibility; and

(f) A student-athlete's lack of understanding regarding the specific starting date of his or her five-year period of eligibility.

## 12.8.2  Additional Applications of the Five-Year Rule.

**12.8.2.1  Athletics Competition.**  Even though a student is enrolled for less than a minimum full-time program of studies at a collegiate institution, the student's five-year period of eligibility begins if the individual represents the institution in intercollegiate athletics. *(Revised: 7/31/14)*

**12.8.2.2  Nonrecognized College.**  Enrollment in a postsecondary, noncollegiate institution (e.g., technical school, seminary or business college) in the United States that is not accredited at the college level by an agency or association recognized by the secretary of the Department of Education and legally authorized to offer at least a one-year program of study creditable toward a degree, constitutes enrollment in the application of the five-year rule only if: *(Revised: 1/10/90, 8/8/02, 7/31/14)*

(a) The student is enrolled in a minimum full-time program of studies at such an institution that conducts an intercollegiate athletics program; or

(b) The student, whether enrolled for a minimum full-time program of studies or not, represents the institution in intercollegiate athletics.

**12.8.2.3  Joint College/High School Program.**  A student-athlete's eligibility under the five-year rule does not begin while a student is enrolled in a collegiate institution in a joint high school/college academic program for high school students in which the courses count as both high school graduation credit and college credit, provided the student has not officially graduated from high school and does not participate in intercollegiate athletics while enrolled in the joint program. *(Revised: 11/1/01 effective 8/1/02, 7/31/14)*

**12.8.2.4  Vocational Program.**  A student-athlete's eligibility under the five-year rule does not begin while the student is enrolled in a minimum full-time program of studies as a part of a special vocational program that combines enrollment in regular college courses and participation in vocational training courses, provided the student is not considered to be regularly matriculated by the institution, does not go through the customary registration and testing procedures required of all regular entering students and is not eligible for the institution's extracurricular activities, including athletics. *(Revised: 7/31/14)*

**12.8.2.5  Eligibility for Practice.**  A student-athlete receiving institutional financial aid after having engaged in four seasons of intercollegiate competition in a sport may continue to take part in organized, institutional practice sessions in that sport without being a counter (see Bylaw 15.02.3), provided the individual has eligibility remaining under the five-year rule. **[D]** *(Revised: 8/5/04, 7/31/14)*

## 12.8.3  Criteria for Determining Season of Competition.

**12.8.3.1  Minimum Amount of Competition.**  Any competition, regardless of time, during a season in an intercollegiate sport shall be counted as a season of competition in that sport, except as provided in Bylaws 12.8.3.1.1, 12.8.3.1.2, 12.8.3.1.3, 12.8.3.1.4 and 12.8.3.1.5. This provision is applicable to intercollegiate athletics competition conducted by a two-year or four-year collegiate institution at the varsity or subvarsity level. *(Revised: 1/11/94, 4/28/05 effective 8/1/05, 5/9/06, 1/16/10 effective 8/1/10, 7/31/14)*

**12.8.3.1.1  Two-Year College Scrimmages.**  A two-year college prospective student-athlete may compete in a scrimmage as a member of a two-year college team without counting such competition as a season of competition, provided the competition meets all of the following conditions: *(Adopted: 1/11/94, Revised: 5/9/06, 7/31/14)*

(a) The scrimmage is approved by the two-year college;

(b) No official score is kept;

(c) No admission is charged;

(d) No official time is kept;

(e) The scrimmage is played prior to the two-year college's first regularly scheduled outside competition; and

(f) The prospective student-athlete participates in not more than two such scrimmages or dates of competition per academic year.

**12.8.3.1.2 Exception—Nonchampionship Segment Competition—Field Hockey, Men's Soccer, Women's Soccer, Women's Volleyball and Men's Water Polo.** In field hockey, men's soccer, women's soccer, women's volleyball and men's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete was academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 11/1/01, Revised: 8/8/02, 10/31/02, 5/9/06, 7/31/14)*

**12.8.3.1.3 Exception—Nonchampionship Segment Competition—Baseball, Women's Beach Volleyball, Lacrosse, Softball, Men's Volleyball and Women's Water Polo.** In baseball, women's beach volleyball, lacrosse, softball, men's volleyball and women's water polo, a student-athlete may engage in intercollegiate competition during the segment of the playing season that does not conclude with the NCAA championship without using a season of competition, provided the student-athlete remains academically eligible during the segment that concludes with the NCAA championship. *(Adopted: 6/28/17 may be applied retroactively to a student-athlete with eligibility remaining in his or her five-year period of eligibility)*

**12.8.3.1.4 Preseason Exhibitions/Preseason Practice Scrimmages.** A student-athlete may compete in preseason exhibition contests and preseason practice scrimmages (as permitted in the particular sport per Bylaw 17) without counting such competition as a season of competition. *(Revised: 5/9/06, 7/31/14, 4/26/17 may be applied retroactively to a student-athlete with eligibility remaining in his or her five-year period of eligibility)*

**12.8.3.1.5 Alumni Game, Fundraising Activity or Celebrity Sports Activity.** A student-athlete may engage in outside competition in either one alumni game, one fundraising activity or one celebrity sports activity during a season without counting such competition as a season of competition, provided the event is exempted from the institution's maximum number of contests or dates of competition as permitted in the particular sport per Bylaw 17. *(Adopted: 1/16/10 effective 8/1/10, Revised: 7/31/14)*

**12.8.3.2 Delayed Enrollment—Seasons of Competition.**

**12.8.3.2.1 Sports Other Than Men's Ice Hockey, Skiing and Tennis.** In sports other than men's ice hockey, skiing and tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term during a one-year time period after his or her high school graduation date or the graduation date of his or her class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to the following: *(Adopted: 1/9/96 effective 8/1/97, Revised: 4/29/04 effective 8/1/04, 4/20/09, 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, 7/31/14)*

(a) The student-athlete shall be charged with a season of intercollegiate eligibility for each calendar year after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and prior to full-time collegiate enrollment during which the student-athlete has participated in organized competition per Bylaw 12.02.8.

(b) After the one-year time period, if the student-athlete has engaged in competition per Bylaw 12.02.8, on matriculation at the certifying institution, the student-athlete must fulfill an academic year in residence before being eligible to represent the institution in intercollegiate competition.

**12.8.3.2.1.1 Exception—National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the one-year time period after his or her high school graduation date or the graduation date of his or her class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.8.3.2.1: *(Adopted: 1/15/11 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 1/14/12, 7/31/14)*

(a) Official Olympic Games, Pan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships competition;

(b) Officially recognized competition from which participants may directly qualify for final tryouts for a national team that will participate in the Olympic Games, Pan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation).

**12.8.3.2.1.1.1  Junior Level Competition.** The national/international competition exception does not apply to junior level national/international competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the events specified in Bylaw 12.8.3.2.1.1. *(Adopted: 8/11/11, Revised: 7/31/14)*

**12.8.3.2.1.2  Track and Field and Cross Country.** A student-athlete who has participated in organized competition after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and prior to full-time collegiate enrollment during a cross country, indoor track and field, or outdoor track and field season (as opposed to general road racing events) shall be charged with a season of competition in the sport in which the student has participated for each calendar year after the one-year time period in which he or she participated in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 7/31/14)*

**12.8.3.2.1.3  Road Racing.** A student-athlete who has participated in road racing activities after the one-year time period (the next opportunity to enroll after one calendar year has elapsed) and prior to full-time collegiate enrollment shall be charged with a season of competition in each of the sports of cross country, indoor track and field, and outdoor track and field for each calendar year after the one-year time period in which he or she participates in organized competition. *(Adopted: 4/29/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, Revised: 7/31/14)*

**12.8.3.2.2  Tennis.** In tennis, a student-athlete who does not enroll in a collegiate institution as a full-time student in a regular academic term within six months (or the first opportunity to enroll after six months have elapsed) after his or her high school graduation date or the graduation date of his or her class (as determined by the first year of high school enrollment or the international equivalent as specified in the NCAA Guide to International Academic Standards for Athletics Eligibility and based on the prescribed educational path in the student-athlete's country), whichever occurs earlier, shall be subject to the following: *(Adopted: 4/29/10 effective 8/1/12 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/12, Revised: 7/31/14)*

(a) The student-athlete shall be charged with a season of intercollegiate eligibility for each calendar year after the six-month period has elapsed (or the next opportunity to enroll) and prior to full-time collegiate enrollment during which the student-athlete has participated in organized competition per Bylaw 12.02.8.

(b) After the six-month period, if the student-athlete has engaged in organized competition per Bylaw 12.02.8, on matriculation at the certifying institution, the student-athlete must fulfill an academic year in residence before being eligible to represent the institution in intercollegiate competition.

**12.8.3.2.2.1  Exception—National/International Competition.** For a maximum of one year after a prospective student-athlete's first opportunity to enroll full time in a collegiate institution following the six-month time period after his or her high school graduation date or the graduation date of his or her class, whichever occurs earlier, participation in the following organized national/international competition is exempt from application of Bylaw 12.8.3.2.2: *(Adopted: 1/15/11 effective 8/1/12 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/12, Revised: 1/14/12, 7/31/14)*

(a) Official Olympic Games, Pan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships competition;

(b) Officially recognized competition from which participants may directly qualify for final tryouts for a national team that will participate in the Olympic Games, Pan American Games, World Championships, World Cup or World University Games (Universiade), World University Championships and final tryout competition from which participants are selected for such teams; or

(c) Official competition involving a national team sponsored by the appropriate national governing body of the U.S. Olympic Committee (or, for student-athletes representing another nation, the equivalent organization of that nation.)

**12.8.3.2.2.1.1  Junior Level Competition.** The national/international competition exception does not apply to junior level national/international competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the events specified in Bylaw 12.8.3.2.2.1. *(Adopted: 8/11/11, Revised: 7/31/14)*

**12.8.3.2.2.2  Matriculation After 20th Birthday—Tennis.** In tennis, a student who is eligible under Bylaw 12.8.3.2.2, but who participates in organized tennis events after his or her 20th birthday and before full-time enrollment at the certifying institution shall be subject to the following: *(Adopted: 4/29/04 effective 8/1/04 for competition occurring after 8/1/04, Revised: 6/10/04, 7/31/14)*

(a) The student will be charged with one season of intercollegiate tennis competition for each calendar year after his or her 20th birthday and prior to full-time enrollment at the certifying institution during which the student-athlete has participated in organized tennis competition per Bylaw 12.02.8. [Note: This includes participation in intercollegiate tennis while enrolled full-time in another two-year or four-year institution; however, this provision replaces the season of competition counted in Bylaw 12.8 (only one season is used in any one year).]

(b) Upon matriculation at the certifying institution, the student-athlete must fulfill an academic year in residence before being eligible to represent the institution in intercollegiate tennis, unless the student transfers to the certifying institution with a minimum of 24 semester hours (or equivalent) of transferable degree credit. (Note: All other NCAA transfer and academic eligibility requirements apply.)

**12.8.3.2.2.2.1 Exception—Olympic Games, Pan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships Participation.** Participation in the Olympic Games, Pan American Games, World Championships, World Cup, World University Games (Universiade) and World University Championships is exempt from the application of Bylaw 12.8.3.2.2.2. *(Adopted: 4/26/07 effective 8/1/07, Revised: 1/14/12, 7/31/14)*

**12.8.3.2.2.2.1.1 Junior Level Competition.** The national/international competition exception does not apply to junior level national/international competition (e.g., Youth Olympic Games, U20 World Cup, Junior National Teams) that may be associated with the events specified in Bylaw 12.8.3.2.2.2.1. *(Adopted: 8/11/11, Revised: 7/31/14)*

**12.8.3.3 Track and Field and Cross Country.** Cross country, indoor track and field, and outdoor track and field shall be considered separate sports. *(Revised: 1/10/90, 7/31/14)*

**12.8.3.4 Intercollegiate Competition.** A student-athlete is considered to have engaged in a season of intercollegiate competition when he or she competes in an athletics event involving any one of the conditions characterizing intercollegiate competition (per Bylaw 12.02.5). *(Revised: 7/31/14)*

**12.8.3.5 Participation After 21st Birthday—Men's Ice Hockey and Skiing.** In men's ice hockey and skiing, any participation as an individual or a team representative in organized sports competition by a student during each 12-month period after the student's 21st birthday and prior to initial full-time enrollment in a collegiate institution shall count as one year of varsity competition in that sport. Participation in organized competition during time spent in the U.S. armed services shall be excepted. *(Revised: 1/10/90, 1/16/93, 1/10/95 effective 8/1/95, 1/9/96 effective 8/1/96, 6/10/04, 1/17/09 effective 8/1/10, 4/13/10 effective 8/1/11 applicable to student-athletes who initially enroll full time in a collegiate institution on or after 8/1/11, 7/31/14)*

**12.8.3.6 Foreign-Tour Competition.** A student-athlete who did not compete during the institution's season just completed and who represents the institution in a certified foreign tour after that intercollegiate season and prior to the start of the next academic year shall not be charged with a season of eligibility (see Bylaw 17.29.1.4). *(Revised: 8/11/98, 7/31/14)*

**12.8.3.7 Participation on an Institution's Club Team.** An individual is charged with a season of competition for participation in intercollegiate competition (see Bylaw 12.02.5) as a member of an institution's club team if that institution sponsored the sport as a varsity intercollegiate sport and as a club sport at the time of participation. *(Adopted: 6/24/09, Revised: 7/31/14)*

**12.8.4 Hardship Waiver.** A student-athlete may be granted an additional year of competition by the conference or the Committee on Student-Athlete Reinstatement for reasons of "hardship." Hardship is defined as an incapacity resulting from an injury or illness that has occurred under all of the following conditions: *(Revised: 1/10/92 effective 8/1/92, 1/14/97, 8/1/97, 4/26/01 effective 8/1/01, 11/1/01, 4/3/02, 8/8/02, 3/10/04, 5/11/05, 9/18/07, 11/1/07 effective 8/1/08, 4/24/08, 7/31/14)*

(a) The incapacitating injury or illness occurs in one of the four seasons of intercollegiate competition at any two-year or four-year collegiate institutions or occurs after the first day of classes in the student-athlete's senior year in high school;

(b) The injury or illness occurs prior to the first competition of the second half of the playing season that concludes with the NCAA championship in that sport (see Bylaw 12.8.4.3.4) and results in incapacity to compete for the remainder of that playing season;

(c) In team sports, the injury or illness occurs when the student-athlete has not participated in more than three contests or dates of competition (whichever is applicable to that sport) or 30 percent (whichever number is greater) of the institution's scheduled or completed contests or dates of competition in his or her sport. Only scheduled or completed competition against outside participants during the playing season that concludes with the NCAA championship, or, if so designated, during the official NCAA championship playing season in that sport (e.g., spring baseball, fall soccer), shall be countable under this limitation in calculating both the number of contests or dates of competition in which the student-athlete has participated and the number of scheduled or completed contests or dates of competition during that season in the sport. Dates of competition

that are exempted (e.g., alumni contests, foreign team in the United States) from the maximum permissible number of contests or dates of competition shall count toward the number of contests or dates in which the student-athlete has participated and the number of scheduled or completed contests or dates of competition in the season, except for scrimmages and exhibition contests that are specifically identified as such in the sport's Bylaw 17 playing and practice season regulations. Scrimmages and exhibition contests that are not exempted from the maximum permissible number of contests or dates of competition may be excluded from the calculation only if they are identified as such in the sport's Bylaw 17 playing and practice season regulations; and

(d) In individual sports, the injury or illness occurs when the student-athlete has not participated in more than three dates of competition or 30 percent (whichever number is greater) of the maximum permissible number of dates of competition as set forth in Bylaw 17 plus one date for a conference championship (e.g., gymnastics: 13+1=14, wrestling: 16+1=17), regardless of whether the team participates in the conference championship, provided the institution is a member of a conference and the conference holds a championship event in the applicable sport. Dates of competition that are exempted per Bylaw 17 (e.g., alumni contests, foreign team in the United States) from the maximum permissible number of dates of competition do not count toward the number of dates in which the student-athlete has participated.

**12.8.4.1 Additional Criteria—Two-Year College Hardship.** Institutions shall apply the following additional conditions if the injury or illness occurred at a two-year college: *(Adopted: 1/10/92 effective 8/1/92, Revised: 1/11/94, 7/31/14)*

(a) The appropriate two-year college athletics association (e.g., National Junior College Athletic Association, Community College League of California) shall review and approve each hardship waiver request;

(b) After approval by the appropriate two-year college athletics association, the request shall be reviewed and approved by the appropriate NCAA member conference or, in the case of an independent member institution, by the Committee on Student-Athlete Reinstatement, to ensure compliance with the provisions of NCAA legislation;

(c) Waiver requests shall be submitted only from two-year college organizations that apply the same or more stringent rules related to the administration of hardship waivers (compliance with all of the regulations of Bylaw 12.8.4); and

(d) Each waiver request must be accompanied by a signed statement by the physician who treated the student-athlete, indicating the reason(s) why the injury or illness was incapacitating.

**12.8.4.2 Administration of Hardship Waiver.** The hardship waiver shall be administered by the member conferences of the Association or, in the case of an independent member institution, by the Committee on Student-Athlete Reinstatement. *(Revised: 10/28/04, 4/20/09, 7/31/14)*

**12.8.4.2.1 Review of Denied Waiver.** A conference that denies an institution's hardship waiver may submit the waiver to the Committee on Student-Athlete Reinstatement. The committee shall have the authority to review and determine whether to approve the waiver based on circumstances that may warrant relief from the application of the legislated waiver criteria. *(Adopted: 4/20/09, Revised: 7/31/14)*

**12.8.4.3 Criteria for Administration of Hardship Waiver.**

**12.8.4.3.1 Use of Scheduled or Completed Contests.** An institution may use scheduled or completed contests or dates of competition, but it is not permissible to combine the two methods of calculation. *(Adopted: 8/4/05, Revised: 7/31/14)*

**12.8.4.3.2 Nature of Injury/Illness.** It is not necessary for the incapacitating injury or illness to be the direct result of the student's participation in the institution's organized practice or game competition. *(Revised: 11/1/01, 7/31/14)*

**12.8.4.3.3 Medical Documentation.** Contemporaneous or other appropriate medical documentation, from a physician (a medical doctor) who administered care at the time of the injury or illness, that establishes the student-athlete's inability to compete as a result of that injury or illness shall be submitted with any hardship-waiver request. *(Adopted: 4/20/99, Revised: 2/22/01, 7/31/14)*

**12.8.4.3.4 First-Half-of-Season Calculation.**

**12.8.4.3.4.1 Team Sports.** In team sports, the first half of the season is measured by the number of scheduled contests or dates of competition not exceeding the maximum limitations in each sport as set forth in Bylaw 17 as set prior to the first scheduled contest or date of competition of the designated official NCAA championship playing season in the applicable sport or the number of completed contests or dates of competition. In determining if an injury or illness occurs prior to the first competition of the second half of the season that concludes with the NCAA championship in a sport with an odd number of scheduled or completed contests or dates of competition, the injury or illness must have occurred prior to the beginning of the scheduled or completed varsity contest or date of competition that starts the second half of the season that concludes with the NCAA championship (e.g., an injury or illness occurring at any time after the beginning of the scheduled sixth game of an 11-game schedule would be considered to be after the first half of the institution's season and would not qualify the

*2017-18 Division I – August*

student-athlete for a hardship waiver). *(Revised: 1/14/97 effective 8/1/97, 4/26/01 effective 8/1/01, 8/4/05, 4/24/08, 7/31/14)*

### 12.8.4.3.4.1.1 Contests or Dates of Competition Based on Championship Selection.
In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., ice hockey), the first half of the season shall be measured by the institution's number of scheduled or completed varsity contests or dates of competition for the entire season (e.g., nonchampionship and championship segments). In sports in which the playing season may be divided into two segments, but championship selection is based on competition during only one segment of the season (e.g., spring baseball, fall soccer), the first half of the season shall be measured by the institution's number of scheduled or completed varsity contests or dates of competition for only the championship segment. *(Adopted: 4/23/08, Revised: 7/31/14)*

### 12.8.4.3.4.2 Individual Sports.
In individual sports, the first half of the season calculation is based on the number of days in the season that concludes with the NCAA championship, as declared by the institution, between the first date of competition used by any individual on the team and the last date of competition used by any individual on the team at the end of the declared playing season, including a conference championship and any regular-season competition scheduled after the conference championship (e.g., "last chance" meet). Any break in the declared season shall not be counted (e.g., institutional vacation period in which no practice or competition occurs). The total number of days in the championship season shall be divided by two in order to determine the first half of the season. A fractional portion of a day shall be rounded up to the next whole number. *(Adopted: 4/24/08, Revised: 7/31/14)*

### 12.8.4.3.4.2.1 Championship Selection Based on Entire Season.
In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., golf, tennis), the first half of the season is based on the number of days in the entire season (e.g., nonchampionship and championship segments), as declared by the institution between the first date of competition used by any individual on the team and the last date of competition used by any individual on the team at the end of the declared playing season, including a conference championship and any regular-season competition scheduled after the conference championship (e.g., "last chance" meet). *(Revised: 9/2/10, 7/31/14)*

### 12.8.4.3.5 Reinjury in Second Half of Season.
A student-athlete who suffers an injury in the first half of the season that concludes with the NCAA championship or who suffers an injury after the first day of classes in his or her senior year of high school, attempts to return to competition during the second half of that season and then is unable to participate further as a result of aggravating the original injury does not qualify for the hardship waiver. *(Revised: 11/1/01, 8/8/02, 7/31/14)*

### 12.8.4.3.6 Percent Calculation.
The following requirements are to be met in determining the percent calculation under this waiver provision: (Note: The percent calculation requirements set forth in Bylaws 12.8.4 and 12.8.4.3.6 apply only to the waiver provisions of this section and do not apply to the maximum- and minimum-contests requirements in Bylaws 17 and 20.) *(Revised: 7/31/14)*

### 12.8.4.3.6.1 Denominator in Percent Computation.

### 12.8.4.3.6.1.1 Team Sports.
The denominator in the institution's percent calculation shall be based on the institution's number of scheduled or completed varsity contests or dates of competition [see Bylaw 12.8.4-(c)] as computed for playing and practice season purposes in Bylaw 17 for the applicable sport. [Note: Exempted events in Bylaw 17 are included in the percent calculation, except as provided in Bylaw 12.8.4-(c).] An institution participating in a single-elimination event may only count the actual contests in which the institution participates (as opposed to the number of contests scheduled in the event) in determining the number of scheduled or completed contests in the denominator. *(Revised: 1/14/97 effective 8/1/97, 2/11/98, 4/26/01 effective 8/1/01, 6/21/01, 8/4/05, 4/24/08, 7/31/14)*

### 12.8.4.3.6.1.1.1 Conference Championships.
A conference championship shall be counted as one contest or date of competition in determining the institution's scheduled or completed contests or dates of competition in that sport, regardless of the number of days or games involved in the championship. However, for purposes of this regulation, the calculation of scheduled or completed contests or dates of competition in a particular season does not include postseason competition conducted after the completion of the institution's regular-season schedule and conference tournament. *(Revised: 1/14/97 effective 8/1/97, 4/26/01 effective 8/1/01, 8/4/05, 7/31/14)*

### 12.8.4.3.6.1.1.2 Contests or Dates of Competition Based on Championship Selection.
In sports in which the playing season may be divided into two segments, but championship selection is based on competition throughout the season (e.g., ice hockey), the denominator shall be based on the institution's number of scheduled or completed varsity

contests or dates of competition for the entire season (e.g., nonchampionship and championship segments). In sports in which the playing season may be divided into two segments, but championship selection is based on competition during only one segment of the season (e.g., spring baseball, fall soccer), the denominator shall be based on the institution's number of scheduled or completed varsity contests or dates of competition for only the championship segment. *(Adopted: 4/23/08, Revised: 7/31/14)*

**12.8.4.3.6.1.2 Individual Sports.** The denominator in the institution's percent calculation shall be the maximum permissible number of dates of competition as set forth in Bylaw 17 plus one date for a conference championship (e.g., gymnastics: 13+1=14, wrestling: 16+1=17), regardless of whether the team participates in the conference championship, provided the institution is a member of a conference and the conference sponsors a championship in the applicable sport. For institutions that sponsor both indoor and outdoor track and field, the denominator for indoor track and field shall be nine, plus one date for a conference championship, if applicable, and the denominator for outdoor track and field shall be nine, plus one date for a conference championship, if applicable. *(Adopted: 4/24/08, Revised: 7/31/14)*

**12.8.4.3.6.2 Fraction in Percent Computation.** Any computation of the percent limitation that results in a fractional portion of a contest or date of competition shall be rounded to the next whole number (e.g., 30 percent of a 29-game basketball schedule—8.7 games—shall be considered nine games). *(Revised: 1/14/97 effective 8/1/97, 4/26/07, 7/31/14)*

**12.8.4.3.7 Transfer Student-Athletes.** The application of the hardship legislation for a transfer student-athlete may be based on the method that would be most beneficial to the student-athlete (the rule applicable to the division in which the injury or illness occurred or the Division I rule). The application of a particular division's legislation must include all the applicable elements of that division's legislation. It is not permissible to use selected elements of the legislation of more than one division. *(Adopted: 11/12/97, Revised: 4/26/01 effective 8/1/01, 9/17/09, 7/31/14)*

**12.8.4.3.8 Foreign-Tour Competition.** A student-athlete who qualifies for a hardship for the previous academic year would not use a season of competition if the student-athlete represents the institution on a certified foreign tour during the summer-vacation period at the conclusion of that academic year. *(Adopted: 1/10/92, Revised: 4/26/01, 7/31/14)*

**12.8.5 Season-of-Competition Waiver—Competition While Ineligible.** In conjunction with a request for restoration of eligibility and any conditions imposed thereon per Bylaw 12.12, a student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement when the student-athlete participated in a limited amount of competition as a result of a good-faith, erroneous formal declaration of eligibility by the institution's appropriate certifying authority; or the student-athlete's good-faith, erroneous reliance on a coaching staff member's decision to put the student-athlete into competition prior to the coaching staff member receiving a formal declaration of the student-athlete's eligibility from the institution's appropriate certifying authority. The competition must have occurred under all of the following conditions: *(Adopted: 1/16/93, Revised: 1/14/97 effective 8/1/97, 4/20/99, 4/25/02 effective 8/1/02, 8/4/05, 7/31/14)*

(a) The competition occurred while the student-athlete was representing an NCAA member institution;

(b) The competition occurred within 60 days of the date the student-athlete first reported for athletics participation;

(c) The student-athlete did not participate in more than two events or 10 percent (whichever number is greater) of the institution's scheduled or completed events in his or her sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating both the number of events in which the student-athlete participated and the number of completed events during that season (both segments) in the sport;

(d) The student-athlete was involved innocently and inadvertently in the erroneous determination or declaration of eligibility, which permitted the student-athlete to compete while ineligible; and

(e) In the case of a coaching staff member's erroneous decision, the student-athlete had reason to believe he or she would be eligible to participate, and the student-athlete did not contribute to the coaching staff member's erroneous decision to allow the student-athlete to participate.

**12.8.5.1 Administrative Criteria.** The following criteria shall be employed in the administration of the season-of-competition waiver: *(Adopted: 1/16/93, Revised: 7/31/14)*

**12.8.5.1.1 Application—Use of Scheduled or Completed Contests.** An institution may use scheduled or completed contests or dates of competition, but it is not permissible to combine the two methods of calculation. *(Adopted: 8/4/05, Revised: 7/31/14)*

**12.8.5.1.2 Ten-Percent Calculation.** The requirements specified in Bylaw 12.8.4.3.6 shall apply to the 10-percent calculation specified in this waiver. *(Adopted: 1/16/93, Revised: 7/31/14)*

**12.8.6 Season-of-Competition Waiver—Competition While Eligible.** A student-athlete may be granted an additional season of competition by the Committee on Student-Athlete Reinstatement in a case in

which the student-athlete participated in a limited amount of competition while eligible due to a coach's documented misunderstanding of the legislation or other extenuating circumstances. In cases in which a student-athlete does not meet the criteria of this waiver, the Committee on Student-Athlete Reinstatement shall have authority to review and grant a waiver based on additional documented extenuating circumstances. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14)*

**12.8.6.1 Application—Use of Scheduled or Completed Contests.** An institution may use scheduled or completed contests or dates of competition, but it is not permissible to combine the two methods of calculation. *(Adopted: 8/4/05, Revised: 7/31/14)*

**12.8.6.2 Coach's Documented Misunderstanding.** The student-athlete participated as a result of good faith, reliance on a coaching staff member's decision to put the student-athlete in an alumni contest, exhibition contests, scrimmages, or nonchampionship segment contests based on the coach's documented misunderstanding of NCAA legislation and the competition occurred under the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 7/31/14)*

(a) The competition occurred while the student-athlete was representing an NCAA institution;

(b) The competition occurred prior to the completion of the first 20 percent of the championship segment of the institution's declared playing and practice season; and

(c) The student-athlete did not compete in more than two events or 10 percent (whichever number is greater) of the institution's scheduled or completed events in his or her sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating both the number of events in which the student-athlete participated and the number of scheduled or completed events during that season (both segments) in the sport.

**12.8.6.2.1 Percent Calculation.** The requirements specified in Bylaw 12.8.4.3.6 shall apply to the percent calculation specified in this waiver. *(Adopted: 10/20/04, Revised: 7/31/14)*

**12.8.6.3 Extenuating Circumstances.** Extenuating circumstances include, but are not limited to, the following: *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 7/31/14)*

(a) The student-athlete failed to complete the entire season of competition at the institution as a result of a life-threatening injury or illness suffered by a member of the student-athlete's immediate family, that clearly is supported by contemporaneous medical documentation;

(b) The student-athlete failed to complete the entire season of competition at the institution as a result of extreme financial difficulties as a result of a specific event (e.g., layoff, death in family) experienced by the student-athlete or an individual upon whom the student-athlete is legally dependent and prohibited the student-athlete from participating in intercollegiate athletics. These circumstances must be clearly supported by objective documentation (e.g., decree of bankruptcy, proof of termination) and must be beyond the control of the student-athlete or the individual upon whom the student-athlete is legally dependent;

(c) The student-athlete's institution dropped the sport (in which the student practiced or competed) from its intercollegiate program.

**12.8.6.3.1 Conditions of Competition.** The competition must have occurred under all of the following conditions: *(Adopted: 10/28/04, Revised: 8/4/05, 1/14/08 effective 8/1/04, 7/31/14)*

(a) The competition occurred prior to the completion of the first half of the championship segment of the institution's declared playing and practice season; and

(b) The student-athlete did not compete in more than three events or 30 percent (whichever number is greater) of the institution's scheduled or completed events in his or her sport. All competition (including a scrimmage) against outside participants shall be countable under this limitation in calculating both the number of events in which the student-athlete participated and the number of scheduled or completed events during that season (both segments) in the sport.

**12.8.6.3.1.1 Percent Calculation.** The requirements specified in Bylaw 12.8.4.3.6 shall apply to the percent calculation specified in this waiver. *(Adopted: 4/25/02 effective 8/1/02, Revised: 10/28/04, 1/14/08, 7/31/14)*

# 12.9 U.S. Service Academy Exceptions, Special Eligibility Provisions.

**12.9.1 Five-Year Rule.** The Committee on Student-Athlete Reinstatement, by a two-thirds majority of its members present and voting, may approve waivers to the five-year rule (see Bylaw 12.8) for student-athletes of the national service academies who have exhausted eligibility in one sport but wish to compete in another sport or sports in which they have eligibility remaining. *(Revised: 4/24/03 effective 8/1/03, 7/31/14)*

**12.9.2 Transfer Status.** A student who has attended as a freshman (plebe) only in the official summer-enrollment program of one of the four national service academies is not considered a transfer in the application of the transfer regulations of Bylaw 14.5. *(Revised: 7/31/14)*

## 12.10 Certification of Eligibility.

**12.10.1 Institutional Responsibility for Eligibility Certification.** The president or chancellor is responsible for approving the procedures for certifying the eligibility of an institution's student-athletes under NCAA legislation. The president or chancellor may designate an individual on the institution's staff to administer proper certification of eligibility. Certification of eligibility must occur prior to allowing a student-athlete to represent the institution in intercollegiate competition (see Bylaw 14.01.1). A violation of this bylaw in which the institution fails to certify a student-athlete's eligibility prior to allowing him or her to represent the institution in intercollegiate competition shall be considered an institutional violation per Constitution 2.8.1; however, such a violation shall not affect the student-athlete's eligibility, provided all the necessary information to certify the student-athlete's eligibility was available to the institution and the student-athlete otherwise would have been eligible for competition. *(Revised: 3/8/06, 1/14/08, 7/31/14)*

**12.10.2 Squad-List Form.** The institution's athletics director shall compile on a form approved by the Council a list of the squad members in each sport on the first day of competition and shall indicate thereon the status of each member in the designated categories. A student-athlete's name must be on the official institutional form in order for the student to be eligible to represent the institution in intercollegiate competition. Violations of this bylaw do not affect a student-athlete's eligibility if the violation occurred due to an institutional administrative error or oversight and the student-athlete is subsequently added to the form; however, the violation shall be considered an institutional violation per Constitution 2.8.1. (See Bylaw 15.5.11 for details about the administration of the squad list.) *(Revised: 1/14/97, 11/1/07 effective 8/1/08, 7/31/14, 8/7/14)*

## 12.11 Ineligibility.

**12.11.1 Obligation of Member Institution to Withhold Student-Athlete From Competition.** If a student-athlete is ineligible under the provisions of the constitution, bylaws or other regulations of the Association, the institution shall be obligated to apply immediately the applicable rule and to withhold the student-athlete from all intercollegiate competition. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 12.12 if it concludes that the circumstances warrant restoration. *(Revised: 7/31/14)*

**12.11.2 Ineligibility Resulting From Recruiting Violation.** An institution shall not enter a student-athlete (as an individual or as a member of a team) in any intercollegiate competition if it is acknowledged by the institution or established through the Association's infractions process that the institution or representative(s) of its athletics interests violated the Association's legislation in the recruiting of the student-athlete. The institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility as provided in Bylaw 12.12 if it concludes that circumstances warrant restoration. *(Revised: 7/31/14)*

**12.11.2.1 Payment of Legal Fees During Appeal.** A member institution may provide actual and necessary expenses for a prospective student-athlete to attend proceedings conducted by the institution, its athletics conference or the NCAA that relate to the prospective student-athlete's eligibility to participate in intercollegiate athletics, provided the prospective student-athlete either has signed a National Letter of Intent with the institution or (if the institution is not a subscribing member of the National Letter of Intent program) the prospective student-athlete has been accepted for enrollment by the institution and has provided written confirmation of his or her intent to enroll at the institution. The cost of legal representation in such proceedings also may be provided by the institution (or a representative of its athletics interests). *(Revised: 7/31/14)*

**12.11.3 Application of Ineligibility Ruling Pending Appeal.** Once an interpretation (per Constitution 5.4.1.2) applicable to a member institution has been issued and results in the ineligibility of a student-athlete, it is necessary for the institution to apply the rule to the eligibility of the student-athlete, even if review of the interpretation (per Constitution 5.4.1.2.1.1 or 5.4.1.2.2) at the request of the institution is pending. Failure to withhold such a student-athlete from competition is a violation of the conditions and obligations of membership. *(Revised: 12/22/08, 7/31/14)*

**12.11.4 Ineligible Participation.**

**12.11.4.1 Loss of Eligibility.** A student-athlete shall be denied eligibility for intercollegiate competition in a sport if he or she participates in intercollegiate competition in that sport while ineligible under this bylaw or other applicable NCAA legislation. The certifying institution may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student-athlete's eligibility if it concludes that the circumstances warrant restoration (see Bylaw 12.12). *(Revised: 7/31/14)*

## 12.12 Restoration of Eligibility.

**12.12.1 Basis for Appeal.** When a student-athlete is determined to be ineligible under any applicable provision of the constitution, bylaws or other regulations of the Association, the member institution, having applied the applicable rule and having withheld the student-athlete from all intercollegiate competition, may appeal to the Committee on Student-Athlete Reinstatement for restoration of the student's eligibility, provided the institution concludes that the circumstances warrant restoration of eligibility.

**12.12.2 Participation in Appeal Hearing.** Any appeal to restore a student-athlete's eligibility shall be submitted in the name of the institution by the president or chancellor (or an individual designated by the president or chancellor), faculty athletics representative, senior woman administrator or athletics director (for the men's or women's program). At least one of those individuals must participate in any hearing of the appeal that involves direct participation by the student-athlete or other individuals representing the institution or the student. *(Revised: 1/11/94, 3/8/06, 7/31/14)*

**12.12.3 Student Responsibility, Relationship to Restoration of Eligibility.** A student-athlete is responsible for his or her involvement in a violation of NCAA regulations (as defined in Bylaw 19), and the Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in any violation only when circumstances clearly warrant restoration. The eligibility of a student-athlete involved in a major violation shall not be restored other than through an exception authorized by the Committee on Student-Athlete Reinstatement in a unique case on the basis of specifically stated reasons.

BYLAW, ARTICLE 13
# Recruiting

## 13.01  General Principles.

**13.01.1  Eligibility Effects of Recruiting Violation.**  The recruitment of a student-athlete by a member institution or any representative of its athletics interests in violation of the Association's legislation, as acknowledged by the institution or established through the Association's infractions process, shall result in the student-athlete becoming ineligible to represent that institution in intercollegiate athletics. The Committee on Student-Athlete Reinstatement may restore the eligibility of a student involved in such a violation only when circumstances clearly warrant restoration. A student is responsible for his or her involvement in a violation of NCAA regulations during the student's recruitment, and involvement in a Level I or Level II violation (see Bylaws 19.1.1 and 19.1.2) may cause the student to become permanently ineligible for intercollegiate athletics competition at that institution. *(Revised: 7/31/14)*

**13.01.2  Institutional Responsibility in Recruitment.**  A member of an institution's athletics staff or a representative of its athletics interests shall not recruit a prospective student-athlete except as permitted by this Association, the institution and the member conference, if any.

**13.01.3  Additional Recruiting Restrictions.**  The Committee on Academics shall have the authority to determine the circumstances that would require an institution or team that fails to satisfy the academic performance program to apply additional recruiting restrictions. The Committee on Academics shall establish and annually publish to the membership such circumstances under which the additional restrictions apply (see Bylaw 14.8). *(Adopted: 4/29/04 effective 8/1/04, Revised: 8/7/14)*

## 13.02  Definitions and Applications.

**13.02.1  Business Day.**  A business day is any weekday that is not recognized as a national holiday, including any weekday during which an institution is closed for other reasons (e.g., holiday break). *(Adopted: 4/29/10 effective 8/1/10)*

**13.02.2  Camps.**

**13.02.2.1  Diversified Sports Camp.**  A diversified sports camp is a camp that offers a balanced camping experience, including participation in seasonal summer sports and recreational activities, without emphasis on instruction, practice or competition in any particular sport.

**13.02.2.2  Specialized Sports Camp.**  A specialized sports camp is a camp that places special emphasis on a particular sport or sports and provides specialized instruction.

**13.02.3  Competition Site.**  The "competition site" is the facility in which athletics competition is actually conducted, including any dressing room or meeting facility used in conjunction with the competition.

**13.02.4  Contact.**  A contact is any face-to-face encounter between a prospective student-athlete or the prospective student-athlete's parents, relatives or legal guardians and an institutional staff member or athletics representative during which any dialogue occurs in excess of an exchange of a greeting. Any such face-to-face encounter that is prearranged (e.g., staff member positions himself or herself in a location where contact is possible) or that takes place on the grounds of the prospective student-athlete's educational institution or at the site of organized competition or practice involving the prospective student-athlete or the prospective student-athlete's high school, preparatory school, two-year college or all-star team shall be considered a contact, regardless of whether any conversation occurs. However, an institutional staff member or athletics representative who is approached by a prospective student-athlete or the prospective student-athlete's parents, relatives or legal guardians at any location shall not use a contact, provided the encounter was not prearranged and the staff member or athletics representative does not engage in any dialogue in excess of a greeting and takes appropriate steps to immediately terminate the encounter. *(Revised: 1/11/94 effective 8/1/94)*

**13.02.4.1  Evaluation Activities During Contact Period—Football. [FBS/FCS]**  In football, a visit to a prospective student-athlete's high school, preparatory school or two-year college, or an evaluation at any site that occurs during a contact period shall constitute a contact (for all prospective student-athletes in that sport at the educational institution) for that particular week even if no contact is made with a prospective student-athlete. *(Adopted: 1/11/94 effective 8/1/94, Revised: 1/10/95 effective 8/1/95)*

**13.02.5  Periods of Recruiting Activities.**

**13.02.5.1  Contact Period.**  A contact period is a period of time when it is permissible for authorized athletics department staff members to make in-person, off-campus recruiting contacts and evaluations.

**13.02.5.2  Evaluation Period.**  An evaluation period is a period of time when it is permissible for authorized athletics department staff members to be involved in off-campus activities designed to assess the academic quali-

**13**

**RECRUITING**

fications and playing ability of prospective student-athletes. No in-person, off-campus recruiting contacts shall be made with the prospective student-athlete during an evaluation period. **[D]** *(Revised: 10/30/14)*

**13.02.5.3 Recruiting Period—Men's Basketball.** In men's basketball, a recruiting period is a period of time when it is permissible for authorized athletics department staff members to make in-person, off-campus recruiting contacts and evaluations. *(Adopted: 10/27/11 effective 8/1/12)*

**13.02.5.4 Quiet Period.** A quiet period is a period of time when it is permissible to make in-person recruiting contacts only on the institution's campus. No in-person, off-campus recruiting contacts or evaluations may be made during the quiet period. **[D]** *(Revised: 10/30/14)*

**13.02.5.5 Dead Period.** A dead period is a period of time when it is not permissible to make in-person recruiting contacts or evaluations on or off the institution's campus or to permit official or unofficial visits by prospective student-athletes to the institution's campus. It remains permissible, however, for an institutional staff member to write or telephone a prospective student-athlete during a dead period. **[D]** *(Revised: 1/11/94, 12/6/13, 10/30/14)*

> **13.02.5.5.1 Exception—Women's Volleyball.** In women's volleyball, an institutional coaching staff member may have incidental contact with a two-year college prospective student-athlete who is attending and being honored at the annual American Volleyball Coaches Association (AVCA) awards banquet, provided no recruiting conversation occurs. **[D]** *(Adopted: 10/30/03, Revised: 10/30/14)*

> **13.02.5.5.2 Exception—After Commitment.** Except for the application of Bylaw 13.02.5.5.2.1, a prospective student-athlete is no longer subject to the application of a dead period after one of the following events occurs: *(Adopted: 1/16/10 effective 8/1/10, Revised: 1/15/11 effective 8/1/11, 1/19/13 effective 8/1/13, 11/25/13, 4/6/16, 4/28/16 effective 8/1/16)*

> (a) The prospective student-athlete signs a National Letter of Intent (NLI) or the institution's written offer of admission and/or financial aid; or

> (b) The institution receives a financial deposit in response to the institution's offer of admission.

> For institutions that subscribe to the National Letter of Intent program, this exception does not apply to an individual who only signs an institution's written offer of admission and/or financial aid prior to the initial regular (as opposed to early) signing date of the National Letter of Intent program in the applicable sport.

>> **13.02.5.5.2.1 December and January Dead Period—Bowl Subdivision Football.** In bowl subdivision football, it is not permissible for an institution to make an in-person, on- or off-campus contact with a prospective student-athlete during the December and January dead period, even if the prospective student-athlete has signed the institution's written offer of admission and/or financial aid or the institution has received the prospective student-athlete's financial deposit in response to its offer of admission. However, it is permissible for the institution to make such contact with a prospective student-athlete who has arrived in the locale of the institution for initial full-time enrollment. *(Adopted: 4/6/16)*

**13.02.6 Enrolled Student-Athlete.** An enrolled student-athlete is an individual whose enrollment was solicited by a member of the athletics staff or other representative of athletics interests with a view toward the student's ultimate participation in the intercollegiate athletics program. Any other student becomes a student-athlete only when the student reports for an intercollegiate squad that is under the jurisdiction of the athletics department.

**13.02.7 Evaluation.** Evaluation is any off-campus activity designed to assess the academic qualifications or athletics ability of a prospective student-athlete, including any visit to a prospective student-athlete's educational institution (during which no contact occurs) or the observation of a prospective student-athlete participating in any practice or competition at any site. *(Revised: 1/10/91 effective 8/1/91, 1/11/94 effective 8/1/94)*

> **13.02.7.1 Exception—Football.** In football, any evaluation that occurs during a contact period by a coaching staff member is a countable contact per Bylaw 13.02.4.1 rather than a countable evaluation. *(Adopted: 1/10/95 effective 8/1/95)*

> **13.02.7.2 Evaluation Days—Football, Women's Volleyball and Women's Beach Volleyball.** An evaluation day is defined as one coach engaged in the evaluation of any prospective student-athlete on one day (12:01 a.m. to midnight). Two coaches making evaluations on the same day shall use two evaluation days. See Bylaws 13.1.7.4.4, 13.1.7.9 and 13.1.7.10. *(Adopted: 1/9/96 effective 8/1/96, Revised: 1/12/99 effective 8/1/99, 4/27/00 effective 8/1/01, 4/25/02 effective 8/1/02, 4/28/05 effective 8/1/05, 1/14/08 effective 8/1/08, 4/14/08, 1/16/10 effective 8/1/10, 1/15/11 effective 8/1/11, 4/26/17 effective 8/1/17)*

**13.02.8 Family Member. [A]** For purposes of Bylaw 13.6, a family member is an individual with any of the following relationships to the prospective student-athlete: spouse, parent or legal guardian, child, sibling, grandparent, domestic partner or any individual whose close association with the prospective student-athlete is the practical equivalent of a family relationship. *(Adopted: 1/15/16 effective 8/1/16)*

**13.02.9 Recruiting-Person Days—Men's Basketball.** In men's basketball, a recruiting-person day is defined as one coach engaged in an off-campus recruiting activity of a men's basketball prospective student-athlete

*2017-18 Division I – August*