MEMO ENDORSED

**WilmerHale**

February 28, 2019

**By Fax**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Brendan R. McGuire

+1 212 295 6278 (t)
+1 212 230 8888 (f)
brendan.mcguire@wilmerhale.com

RECEIVED FEB 28 2019 JUDGE KAPLAN'S CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-19

Re: *USA v. Gatto et al.*, Case No. 1:17-cr-00686-LAK

Dear Judge Kaplan:

We represent the National Collegiate Athletic Association ("NCAA"). Per the instruction of the Clerk of Court, the NCAA respectfully requests that the Court direct the Clerk to add the NCAA as an "Intervenor" to the docket in the above-captioned case so that the NCAA can electronically file a Motion to Intervene for the Limited Purpose of Obtaining Materials.

Respectfully submitted,

/s/ *Brendan R. McGuire*

Brendan R. McGuire

cc: All Counsel of Record

---

*Handwritten endorsement:*

Denied without prejudice to the service and filing of hard copies and the original (or filing) of the proposed motion.

Any such motion shall address the question whether intervention in a criminal case is permissible.

SO ORDERED

/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
2/28/19