USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR - 5 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. —<br><br>MERL CODE,<br><br>Defendant. | **Order of Restitution**<br><br>S2 17 Cr. 686 (LAK) |

LEWIS A. KAPLAN, United States District Judge:

Upon the application of the United States of America, by its attorney, Robert S. Khuzami, Attorney for the United States Acting Under Authority Conferred by 28 U.S.C. § 515, Edward B. Diskant, Noah Solowiejczyk, Eli J. Mark, Aline R. Flodr, Assistant United States Attorneys, of counsel; the Presentence Investigation Report for Merl Code, dated January 18, 2019; the conviction of MERL CODE, the defendant, on Counts One and Two of the above-referenced Indictment; the Government's Sentencing Submission, dated February 26, 2019, and the attached victim impact statements; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** MERL CODE, the defendant, shall pay restitution in the total amount of $28,261 to the victims of the offenses charged in Counts One and Two of the above-referenced Indictment. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

**2. Joint and Several Liability.** Defendant's liability for restitution shall be joint and several with any of the following defendants should they be ordered to make restitution for offenses in this matter: JAMES GATTO, a/k/a "Jim," and CHRISTIAN DAWKINS, in *United States v. Gatto*, 17 Cr. 686 (LAK), MUNISH SOOD, in *United States v. Sood*, 18 Cr. 620 (KMW),

and THOMAS GASSNOLA, in *United States v Gassnola*, 18 Cr. 252 (LAK). Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or every victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

**3. Sealing.** Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims attached hereto shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

Dated: New York, New York
March 5, 2019

SO ORDERED:

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE