**U.S. Department of Justice**

United States Attorney
Southern District of New York

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 20, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2021

**BY ECF**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Gatto et al.*, 17 Cr. 686 (LAK)

Dear Judge Kaplan:

The Government writes to request that the Court set the following surrender dates for the defendants to begin serving their sentences, in light of the Supreme Court's denial of the defendants' petition for a writ of certiorari in this case and the issuance of the mandate from the Second Circuit. (*See* Dkt. No. 353.)

- James Gatto: Surrender Date of February 18, 2022
- Merl Code: Surrender Date of February 18, 2022
- Christian Dawkins: Surrender Date of March 1, 2022

The defendants, through their respective defense counsel, consent to these surrender dates, which will permit the Bureau of Prisons to assign the defendants a facility to serve their sentence and permit the defendants time to get their affairs in order.

*Approved. Compliance shall be an additional bail condition.*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

*SO ORDERED*
[signature]
USDJ
12/21/21

By: /s Eli J. Mark
Noah Solowiejczyk
Eli J. Mark
Aline R. Flodr
Assistant United States Attorneys
(212) 637-2473/2431/1110

cc: Defense counsel (by ECF)