Merl Code                                                        4                                                4099343 - MLT
Docket Number: 1:17-CR-0686-2(LAK)



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

*JUDICIAL RESPONSE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/23

THE COURT ORDERS:

[v]     Transfer of Jurisdiction to the District of South Carolina APPROVED

[ ]     Transfer of Jurisdiction to the District of South Carolina DENIED

[ ]     Other

_____
_____
_____
_____

_____
Honorable Lewis A. Kaplan
Senior U.S. District Judge
1/11/23
Date